

Zavius Averette
AIS#217905  2-79
100 Warrior Lane
Bessemer, AL. 35023

June 2, 2006

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, AL 36101-0711

RE: Zavius Averette, #217905 v. Lt. Willie Copeland, et al., 2:06-CV-399-MHT

To whom it may concern:

I am responding to an order I received on June 1, 2006 at legal mail, that was dated May 31, 2006.

On May 15, 2006, the prison officials sent my money receipt of $50.00 dollars I received from my family and it stated that they was holding $10.00 dollars of the $50.00 dollars for my civil action in 2:06-CV-399-MHT.

On May 16, 2006, I authorized prison officials by request slip to withdraw $8.16 for partial filing fees in the reference above mentioned.

I am requesting to proceed forward in the legal matter at hand. If verification is needed, please contact the business office at Donaldson Correctional Facility at Phone: (205) 436-3681 or Fax: (205) 436-3399.

Your assistance is greatly needed and appreciated in the matter at hand.

Thanks in advance.

Respectfully,
Zavius Averette
Zavius Averette