**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Officer Kendrick
c/o William E. Donaldson Correctional Faci
100 Warrior Lane
Bessemer, AL 35023

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☒ Agent ☐ Addressee

B. Received by ( Printed Name): Jodi Green
C. Date of Delivery: 6-8-06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

06W399
PO +cmp

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service): 7005 1820 0002 3461 4599

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Lt. Willie Copeland
c/o William E. Donaldson Correctional Faci
100 Warrior Lane
Bessemer, AL 35023

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by ( Printed Name): Jodi Green
C. Date of Delivery: 6-8-06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

06W399
PO +cmp

3. Service Type
☐ Certified Mail ☒ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service): 7004 1160 0003 5811 1826

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540