**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Officer Latimore
c/o William E. Donaldson Correctional Fac
100 Warrior Lane
Bessemer, AL 35023

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_   ☑ Agent   ☐ Addressee

B. Received by (Printed Name): Jodi Green
C. Date of Delivery: 6-8-06

Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

06cv399
po + cm

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7004 1160 0003 5811 1819

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece,

Willie Thomas, Warden
c/o William E. Donaldson Correctional Faci
100 Warrior Lane
Bessemer, AL 35023

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_   ☑ Agent   ☐ Addressee

B. Received by (Printed Name): Jodi Green
C. Date of Delivery: 6-8-06

Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

06cv399
po + cm

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0002 3461 3356

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540