IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

ZAVIUS AVERETTE, #217 905                    *

    Plaintiff,                               *

    v.                                       *      2:06-CV-399-MHT

LT. WILLIE COPELAND, *et al.*,               *

    Defendants.                              *

_____

**ORDER**

It appears that service has not been perfected on Defendants Parnell and Adair. If a person has not been served, he or she is not a party to this lawsuit except in very unusual circumstances. Consequently, in order to maintain litigation against Defendants Parnell and Adair, Plaintiff must furnish the clerk's office with a correct address for this individual. Accordingly, it is

    ORDERED that:

    1. On or before July 5, 2006 Plaintiff shall furnish the clerk's office with the correct address for Defendants Parnell and Adair. Plaintiff is advised that the court will not continue to monitor this case to ensure that the defendant he wishes to sue has been served. This is Plaintiff's responsibility;

    2. Plaintiff is cautioned that if he fails to comply with this order, Defendants Parnell

and Adair will not be served, they will not be parties to this cause of action, and this case will proceed only against those defendants on whom service is perfected.  *See* Rule 4(m), *Federal Rules of Civil Procedure*.

   Done, this 21st day of June 2006.


                              **/s/ Delores R. Boyd**
                              DELORES. R. BOYD
                              UNITED STATES MAGISTRATE JUDGE