IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ZAVIUS AVERETTE (AIS# 217905) | * |
| Plaintiff, | * |
| v. | *   2:06-CV-399-MHT |
| | * |
| LT. WILLIE COPELAND, et al. | * |
| Defendants. | |

### DEFENDANTS' MOTION TO EXTEND TIME TO FILE
### SPECIAL REPORT AND ANSWER

COME NOW Defendants, Prison Health Services, Inc., Mary Adair, L.P.N., Sharon Richie, L.P.N., and Nurse Parnell and respectfully request that this Honorable Court extend the time period which these Defendants have to file their Answer and Special Report in this action by thirty (30) days up to and including August 17, 2006. As grounds for this Motion, Defendants show to the Court as follows:

1. Due to unavoidable scheduling conflicts with these Defendants respective medical practices, counsel has been unable to meet with these Defendants in order to defend their interests in this matter.

2. This brief extension of time will in no way prejudice any party, nor will it unduly delay the adjudication of this matter.

Respectfully submitted,

s/L. Peyton Chapman, III
Alabama State Bar Number CHA060

        s/R. Brett Garrett
Alabama State Bar Number GAR085
Attorneys for Defendants Prison Health
Services, Inc., Mary Adair, L.P.N., Sharon
Richie, L.P.N., and Nurse Parnell.

RUSHTON, STAKELY, JOHNSTON &
GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270
Telephone: (334) 834-8480
Fax: (334) 262-6277
E-mail: bg@rsjg.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 17th day of July, 2006, to:

Zavius Averette (AIS #217905)
100 Warrior Lane
Bessemer, Alabama 35023

        s/R. Brett Garrett GAR085
Attorney for Defendants Prison Health
Services, Inc., Mary Adair, L.P.N., Sharon
Richie, L.P.N., and Nurse Parnell.

2