IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ZAVIUS AVERETTE, #217905 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | 2:06-CV-399-MHT |
| | ) | |
| LT. WILLIE COPELAND, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT

**State of Alabama**   :

**Elmore County**   :

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared Willie Thomas, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is Willie Thomas. I am presently employed as a Correctional Warden III with the Alabama Department of Corrections at Elmore Correctional Facility, P.O. Box 8, Elmore, Alabama 36025. I am over twenty-one y ears of age and have personal knowledge of the facts set forth below.

I have reviewed the complaint of Inmate Zavius Avertte and this is my response to his complaint.

In this civil action, Inmate Averette makes no specific complaint against me, but I understand from reading his complaint that he claims that all defendants sought to violate his eighth amendment with the use of excessive force and the lack of medical attention. I received this civil action on or about June 12, 2006.

EXHIBIT 1

      Inmate Zavius Averette received disciplinary action from Lt. Willie Copeland for violation of Rule #38- Indecent Exposure/Exhibitionism and Rule #50 –Being in an Unauthorized Area. In addition, there was an investigation conducted by the Alabama Department of Corrections Inspections and Intelligence Division, which concluded there was no validity to Inmate Zavius Averette allegations against Lt. Copeland.

      To my knowledge, the above related facts are the entirety of my involvement with Inmate Averette concerning the allegations on which his complaint is based.

      I deny that I have violated any well-established civil rights of Inmate Averette.

_____
WILLIE THOMAS

SWORN TO and SUBSCRIBED before me this 17th day of June 2006.

_____
NOTARY PUBLIC

2-3-07
My Commission Expires: