IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ZAVIUS AVERETTE, #217905        )
                                )
            Plaintiff,          )
                                )
V.                              )        2:06-CV-399-MHT
                                )
LT. WILLIE COPELAND. et al.     )
                                )
            Defendants.         )

## A F F I D A V I T

**State of Alabama**    :

**Elmore County**       :

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared Annie Latimore, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is Annie Latimore. I am presently employed as a Correctional Officer I and serve in the capacity as Alternate Custodian of Records a t Staton Correctional Facility, P.O. Box 56, Elmore, Alabama 36025. I am over twenty-one years of age and have personal knowledge of the facts set fort h below.

I have reviewed the complaint of Inmate Zavius Averette and this is my response to his complaint.

In this civil action, I understand from reading his complaint that Inmate Averette alleges that Officer Annie Latimore had knowledge of his alleged physical and verbal abuse by Lt. Copeland.



Inmate Zavius Averette was escorted to the Shift Commanders' Office by Lt. Copeland and reprimanded for a violation of rule #38-Indecent Exposure/Exhibitionism and rule #50 – Being in an Unauthorized Area.  Officer Latimore was present in the Office when Lt.  Copeland escorted Inmate Averette into the Shift Commanders' Office. At no time did I see Lt. Copeland neither strike Inmate Averette nor did I state to Lt. Copeland don't him in the head.

To my knowledge, the above-related facts are the entirety of my involvement with Inmate Averette concerning the allegations on which his complaint is based.

I deny that I have violated any well-established civil rights of Inmate Averette.

The attached **State of Alabama Board of Corrections Institutional Incident** number SCF-04-0768 consisting of five pages and the **Alabama Department of Corrections Disciplinary Report** number SCF-04-0768 consisting of two pages are true, exact and correct photocopies of documents maintained in the institutional files.

I further certify and affirm that said documents are maintained in the usual course of business at Staton Correctional Facility and that said documents and entries therein were made at or reasonably near the time that such acts, events and transactions referred to therein are said to have occurred.

ANNIE LATIMORE

SWORN TO and SUBSCRIBED before me this ___ day of June 2006.

NOTARY PUBLIC

My Commission Expires:

N601
D of C
DOC No. 601 (REV. 4/81)

STATE OF ALABAMA
BOARD OF CORRECTIONS

INSTITUTIONAL INCIDENT REPORT

| 1. Institution: Staton Correctional Center | 2. Date: August 15, 2004 | 3. Time: 11:00 AM. | 4. Incident Number: SCC- 04- 0768 |
|---|---|---|---|

| 5. Location Where Incident Occurred: Staton Package Room/Common Area | 6. Type of Incident: RV#-38- Indecent Exposure/ Exhibitionism RV#-50-Being in an Unauthorized Area |
|---|---|

| 7. Time Incident Reported: 11:40 AM. | 8. Who Received Report: Captain George Edwards  *H Edwards* |
|---|---|

**9. Victim:**  a. __N/A__ (type full name)   No. __N/A__
b. _____ (type full name)   No. _____

**10. Suspects:**
a. **Zavius Averette**   No. **B/217905**
b. _____   No. _____
c. _____   No. _____
d. _____   No. _____
e. _____   No. _____

**11. Witnesses:**
a. _____   No. _____
c. _____   No. _____
d. _____   No. _____
e. _____   No. _____
f. _____   No. _____
g. _____   No. _____

Physical Evidence:

**12. Type of Evidence:**   N/A

**13. Description of Evidence:**   N/A

**14. Chain of Evidence:**
a. N/A
b. _____
c. _____
d. _____

**15. Narrative Summary:**
On August 15, 2004, Lieutenant Willie Copeland was assigned as Staton First Shift Commander. At approximately 11:00 AM, Lt. Copeland observed Inmate Zavius Averette, AIS#-217905, standing in the Staton's Package Room, near the Common Area. Inmate Averette's penis was exposed and Inmate Averette's was stroking Inmate Zavius penis in a back and forth motion, while looking in the direction of the Pill Call Room. Nurse Sharon Richie was in the Pill Call Room, dispensing medication.
Lt. Copeland instructed Inmate Averette into Staton Shift Office. Lt. Copeland verbally reprimanded Inmate Averette in regards to Inmate Averette's inappropriate behavior, rule violation #38- Indecent Exposure. Also, Lt. Copeland advised Inmate Averette that Inmate Avereete was also in an Unauthorized Area, rule violation #50- being in an Unauthorized Area. At approximately 11:05 AM, First Shift Nurse Adaire, examined Inmate Averette. At approximately 11:15 PM., Inmate Averette was placed in Holding Unit, Cell#3 pending disciplinary actions for RV's #38&#50—Indecent Exposure and Being in An Unauthorized Area. At approximately 11:40 AM, Lt. Copeland notified Captain George Edwards of the incident.
See attachment.

*Willie Copeland/cos*
Lieutenant Willie Copeland

DISTRIBUTION:    ORIGINAL Investigation and Inspection Division
COPY to Deputy Commissioner, Institutions
COPY to Institutional File COPY to Central Records File



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY | | ☐ SICK CALL | ☐ EMERGENCY |
|---|---|---|---|---|---|
| 08 / 15 / 04 | 11 AM/PM | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | | ☐ OUTPATIENT | |

ALLERGIES  NKA

| CONDITION ON ADMISSION |
| ☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |

VITAL SIGNS: TEMP ___98____  (ORAL) RECTAL   RESP __20__   PULSE __92__   B/P _130/92_   RECHECK IF SYSTOLIC <100> 50

| NATURE OF INJURY OR ILLNESS | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE z z | LACERATION / SUTURES |
|---|---|---|---|---|---|

S: "I hurt my arm."

PHYSICAL EXAMINATION

O: Superficial laceration to ① elbow. No other bruises or abrasions noted. O₂ Sat 97

A: Alteration in skin integrity

P: HCP Reviewed

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Clean area c̄ NS | | |
| Apply TAO to area | | |
| Bandage applied. | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT  Return upper sick call for any problem

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | CONDITION ON DISCHARGE |
|---|---|---|---|
| 08 / 15 / 04 | 11 AM/PM | ☐ DOC ☐ AMBULANCE ☐ | ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE | DATE 08/15/04 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|

INMATE NAME (LAST, FIRST, MIDDLE)

| | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| | 217905 | 6/28/79 | B/m | Dona |

## STATON CORRECTIOAL FACILITY
## INMATE DETENTION NOTIFICATION

FROM:    Lt. Willie Copeland _____    TEAM LEADER

TO: INMATE    Zavius Averette          AIS#  B/217905    DOB:  6/27/79

REF: **ADMINISTRATIVE SEGREGATION**

> On August 15, 2004 at approximately 11:00 AM, Lt Willie Copeland, observed Inmate Zavius Averette
> B/217905 standing in the Old Package Room in the Common Area with his penis exposed stroking Inmate
> Averette penis in a back and forth motion while looking in the direction of the Pill Call Room at Nurse S.
> Richie

You are placed in Administrative Segregation for:

> Pending disciplinary action for a Rule #38, Indecent Exposure/Exhibitionism.

Circumstances are as follows (be specific):

This is authorized by    Warden Willie Thomas _____    this   15 th   day of   August , 2004 _____
Your confinement in Segregation is for a period of not more than seventy-two (72) hours. Prior to 72 hours
confinement, you will be released, served a PR (Progress Review), disciplinary notice or extended.
Extensions must be authorized by the Assistant Warden for further investigation time when justified. The 72
hour confinement excludes weekends and holidays. You may also be confined in Segregation by order of
I & I for investigation, criminal prosecution, etc.
While in Administrative Segregation, you will be seen by the Shift Supervisor, a nurse, and officer's daily.
You will be seen by a medical doctor upon request from the nurse. You **will not** be permitted television (**No
exceptions**) personal newspapers, books, or magazines. You will be given a verbal and written orientation
concerning policy and procedures of the Segregation Unit at the time you enter the Unit. You will be
provided a healthy environment and personal hygiene items (soap, towel, comb, toothbrush and face cloth).
You are not allowed to keep personal items. Clothing and bedding will be issued by the Segregation Unit.
Reading materials allowed are one (1) religious book, one (1) additional book or magazine from the
Institutional Library and one (1) Alcohol Anonymous and/or Narcotic Anonymous book. You may receive
one (1) visit per month by person(s) on your approved visiting list. Request for visits must be sent to the
Assistant Warden. You will be permitted one (1) phone call per month by request to the Assistance Warden.
Canteen privileges will be authorized on a limited basis. Your signature below indicates that you have
collected and secured all of your property from population, and acknowledge receipt of the detention notice

INMATE SIGNATURE _Zuvius Averett_____    AIS # _21.905_____

DATE: __8-15-04___    TIME: __1230 p___

WITNESS: __Ralph Kelith_____

* Inmate's property has been collected and placed into the custody of the Segregation Unit.

STATON CORRECTIONAL FACILITY
## CELL BLOCK INSPECTION SHEET

TIME: 11 50 Am     DATE: 8-15-04

INMATE: Zavuis Averette     AIS #: 817905     CELL #: 3

INSPECTING OFFICERS'S SIGNATURE: _Relpl Kendrick_

WALLS: _good_

FLOORS: _good_

BED: _good_

COMMODE: _good_

LAVATORY: _good_

OTHER ITEMS: _____

I certify that my cell _3_ has been inspected by Officer _KENDRICK_

on the _15th_ day of _August_ 200 _4_, and the above noted defects were found.
I am responsible for keeping my cell in the same condition outlined.

_____ 17905
INMATE'S SIGNATURE

I certify that I have explained the rules and regulations to the above named inmate and have completely
searched the cell for any contraband and there was no contraband found on this date:

_August 15th 2004     12 05 Pm_
DATE AND TIME CELL WAS SEARCHED

_Relph Kendrick_
Officer's Signature

| | | | | |
|---|---|---|---|---|
| ✓ | Blanket | ✓ | Toothbrush |
| 2 | Sheets | ✓ | Tube of Toothpaste |
| 1 | Pair Socks | O | Comb |
| ✓ | Pair of Shoes | | Wash Cloth |
| ✓ | Under Shorts | ✓ | Bar of Soap |
| ✓ | Under Shirt | ✓ | Towel |
| ✓ | Pillow | | Shirt |
| ✓ | Pillow Case | ✓ | Pants |
| ✓ | Mattress | O | Jacket (weather dictates) |

Issuing Officer: _Relph Kendrick_

Processing Officer: _Relph Kendrick_

**INSTITUTION:** Staton C.F.

INMATE _Zavius Averette_          DATE _8-15-04_
                    B/

Red/White Air Max

| | | | | |
|---|---|---|---|---|
| _0_ | 1. | BIBLE (1) | _1_ | 9. | TENNIS SHOES - WHITE (1 pr.) |

0  1. BIBLE (1)
yes  2. STATIONARY/STAMPS
___  3. PENCIL (1)
3  4. SOCKS - WHITE (6 pr.)
7/6  5. UNDERSHIRTS/UNDERWEAR – WHITE (6)
0  6. HANDKERCHIEFS (6)
yes  7. TOILET ARTICLES - CLEAR, NON-GLASS CONTAINERS
X  8. LEGAL PAPERS

1  9. TENNIS SHOES - WHITE (1 pr.)
2  10. SHOWER SHOES (1 pr.) Slide
0  11. RELIGIOUS NECKLACE (1) - $25.00 VALUE OR LESS
0  12. WALLET (1)
0  13. WRIST WATCH (1) - $25.00 VALUE OR LESS
0  14. WEDDING BAND (1) - $50.00 VALUE OR LESS
1  15. RADIO — EARPHONES (1 ea.) - Store Sony PURCHASED FROM CANTEEN
3  16. BOOKS (3) - RELIGIOUS, LEGAL OR EDUCATIONAL (APPROVAL BY WARDEN REQUIRED)

**DECLARATION OF VALUE**

I UNDERSTAND THAT RELIGIOUS NECKLACES OR WRIST WATCHES VALUED AT MORE THAN $25.00, AND WEDDING BANDS VALUED AT MORE THAN $50.00 ARE UNAUTHORIZED AND MUST BE SENT HOME AT MY EXPENSE WITHIN THIRTY (30) DAYS OR IT WILL BE DONATED TO CHARITY OR DESTROYED. I HEREBY DECLARE THE VALUE OF MY PERSONAL PROPERTY TO BE:

RELIGIOUS NECKLACE $ _0_     WRIST WATCH $ _0_     WEDDING BAND $ _0_

_Zavius Avonette 217905_                    _Ralph Kelly_
(INMATE SIGNATURE)                              (WITNESS)

**PROPERTY STORED IN THE RECEIVING AREA:**

YOU HAVE THIRTY (30) CALENDAR DAYS FROM THE ABOVE DATE TO DISPOSE OF THE FOLLOWING ITEMS. YOU MAY SEND THE BELOW ITEMS HOME BY VISITORS, MAIL THE ITEMS HOME AT YOUR EXPENSE, OR DONATE THE ITEMS TO CHARITY. IF THESE ITEMS ARE NOT REMOVED IN THIRTY (30) DAYS, THEY WILL BE DESTROYED. BELOW ARE THE ITEMS YOU ARE NOT AUTHORIZED TO KEEP.

* 1 - Toothbrush Holder      * 2 - Towel
* 1 - Box Letter          * 2 - Toothpaste      * 1 - Sweat pant
* 1 - Leather Belt        * 2 - Lotion          * 3 - Face Cloth
* 4 - Sprite             * 1 - Lotion           * 1 - Towel
* 6 - Coke               * 3 - Shampoo
* 8 - Ambi Sopps         * 1 - Grease
* 7 - Loven              * 1 - ~~Toothbrush~~ O.K.
* 1 - Dove               * 1 - State Brojan
* 4 -                    * 1 - Thermat Set

_Zavius Avonette 217905_                    _Ralph Kelly_
(INMATE SIGNATURE)                              (WITNESS)

*(See reverse side for instructions)*

N795
Rev. 6/9/83

ALABAMA DEPARTMENT OF CORRECTIONS
DISCIPLINARY REPORT                         SCC-04-0768

ENTERED AUG 2 5 2004

DOC Form 223B (Revised 7/92)

1.   INMATE   Zavius Avereete          CUSTODY:   Medium        AIS NO.:  217905
     :

2.

3.   The above named inmate is being charged by <u>Lt. Willie Copeland  with a violation of Rule Number #38</u>
     <u>specifically  Indecent Exposure/ Exhibitionism    from regulation #403, which  occurred on or about August</u>
     <u>15, , 2004(time) 11:00AM Location: Old Packages Room  in Common Area    .  A hearing on this charge will</u>
     be held after 24 hours from service.

4.   Circumstances of the violation(s) are as follows: <u>On August 15, 2004, at approximately 11:00AM, Lt.</u>
     <u>Willie Copeland, observed Inmate Zavius Averette B/217905 standing in the Old Package Room in the Common</u>
     <u>Area with his penis exposed stroking Inmate Averette penis in a back and forth motion while looking in the</u>
     <u>direction of the Pill Call Room at Nurse Sharon Richie dispensing medication.</u>

5.   <u>**Lt. Willie Copeland, COSI**</u>                        _Willie Copeland_, COSI
     Arresting Officer / Typed / Rank                    Arresting Officer / Signature / Rank

6.   I hereby certify that I have personally served a copy of the foregoing upon the above named inmate and I
     informed inmate of his right to present a written or oral statement at the hearing and to present written
     questions for the witnesses on this the  15TH  day of  August , 2004, at (time)  12 30 pm
     (am/pm).

7.   _Kelyal Kendrick_                         _____ 217905
     Serving Officer / Signature / Rank              Inmate's Signature / AIS Number

8.   Witnesses desired?   NO  _____        (YES) _____
                          Inmate's Signature                Inmate's Signature

9.   If   yes,
     list:   Reginald Knight

10.  Hearing Date  8/19/04     Time  2 20 pm      Place  Station Shift Office

11.  Inmate must be present in Hearing Room.  If he is not present explain in detail on additional page and attach.

12.  A finding is made that inmate (is )is not) capable of representing himself.
                                   _Eddie Freeserring_, COSI
                                   Signature / Hearing Officer

13.  Plea: X _____  Not Guilty  _____  Guilty

14.  The Arresting Officer, Inmate, and all witnesses were sworn to tell the truth.
                                   _Eddie Freeserring_, COSI
                                   Signature / Hearing Officer

15.  Arresting Officer's testimony  (at the
     hearing):          <u>On August 15, 2004, at approximately 11:00AM</u>
     <u>Lt. Willie Copeland, observed inmate Zavius Averette B/217905 standing in the</u>
     <u>Old Package Room in the Common Area with his penis exposed stroking inmate Averette</u>
     <u>penis in a back and forth motion while looking in the direction of the Pill Call Room</u>
     <u>at Nurse Sharon Richie dispensing medication.</u>

Case 2:06-cv-00398-MHT-TFM   Document 7-10   Filed 07/17/2006   Page 1 of 9

16. Inmate Testimony ("continued") Regenial Knight was going to the Law Library to get a legal folder from
Courtney. Knight saw Lt. Copeland and told me to wait by the door of the package room. I went inside the
package room. I went inside the package room to scare Courtney when he came by. Lt. Copeland saw me
when he came into the hallway. I saw him before he saw me. He came into the package room and asked me
what was I doing in the package room. He grabbed my by the shirt and pulled me into the shift office"

Witness: Regenial Knight          Substance of Testimony: We were headed to the
common area. I told Avereete to stay in the common area until I went to the Law Library. I saw Lt. Copeland grab him
and take him to the Shift Office. I did see anything else.

Witness: _____          Substance of Testimony: _____

Witness: N/A                      Substance of Testimony: N/A

17. The Inmate was allowed to submit written question to all witnesses.
_____
Signature / Hearing Officer

18. The Following witnesses were not called  -  reason not called
1. N/A                                          N/A
2. _____
3. _____

19. **After hearing all testimony, the Hearing Officer makes the following findings of fact: (Be Specific)**
The Hearing Officer find that on August 15, 2004, at approximately 11:00 AM, at Staton Correctional Center, Inmate Zavius
Avereete, AIS#217905, did expose his penis which is considered to be a private part of his body to the sight of Lt. Willie Copeland in
a lewd / indecent manner by standing in the package room with his penis exposed stroking his penis in a back and forth motion
while looking in the direction of the pill call room at Nurse Sharon Richie dispensing medication. The HO further finds that any
inmate at SCC who exposes to sight any of his private parts of his body in a lewd/indecent manner is guilty of RV#38-Indecent Exposure

20. **BASIC FOR FINDING:**     This finding is based on the testimony of Lieutenant Willie Copeland, the arrestin officer, who
stated under oath, that he observer Inmate Zavius Avereete, AIS#-219705, exposing his penis in a lewd or indecent manner by standing
in the package room with his penis exposed stroking his penis in a back and forth motion. Inmate Avereete's witness
did not refute the charge. Therefore, The Hearing Officer finds Inmate Avereete guilty of Rule #38, Indecent Exposure/Exhibition.

21. Hearing Officer's Decision:    XX   **Guilty**      XX   **Major**
                                        Not Guilty            Minor

22. Recommendation of Hearing Officer:  45-days loss store, visit , 14days extra duty, refer to classification
for custody review

_____
Signature / Hearing Officer
**Lieutenant Eddie Browning**
Typed Name and Title

Warden's Action – Date  8/20/2004
Approved                George Edwards, COSII
Disapproved
Other (specify)  _____

24. Reason if more then 30 calendar days delay in
action.  _____

25. I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above
Named inmate on this the  23  day of  August  2004, at (time) 5:57  (am (pm)

Sgt. Richard Bowel, COII          219905
Signature / Serving Officer / Title          Inmate's Signature and AIS Number