IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ZAVIUS AVERETTE, #217905 ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| V. ) | 2:06-CV-399-MHT |
| ) | |
| LT. WILLIE COPELAND, et al. ) | |
| ) | |
| Defendants. ) | |

## AFFIDAVIT

**State of Alabama**     :

**Elmore County**     :

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared Eddie Browning, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is Eddie Browning. I am presently employed as a Correctional Officer Supervisor I with the Alabama Department of Corrections at Staton Correctional Facility, P.O. box 56, Elmore, Alabama 36025. I am over twenty-one years of age and have personal knowledge of the facts set forth below.

I have reviewed the complaint of Inmate Zavius Averette and this is my response to his complaint.

In this civil action, Inmate Averette makes no specific complaint against me, but I understand from reading his complaint that he claims that I had knowledge of his alleged physical and verbal abuse by Lt. Copeland.



EXHIBIT 5

Inmate Zavius Averette received disciplinary action from Lt. Willie Copeland for violation of Rule #38 – Indecent Exposure/Exhibitionism and Rule #50 – Being in an Unauthorized Area. I served as the Hearing Officer on the disciplinary hearing and found Inmate Averette guilty of the rule violation.

To my knowledge, the above-related facts are the entirety of my involvement with Inmate Averette concerning the allegations on which his complaint is based.

I deny that I have violated any well-established civil rights of Inmate Averette.

_____
EDDIE BROWNING

SWORN TO and SUBSCRIBED before me this _26th_ day of June 2006.

_____
NOTARY PUBLIC

_4/4/10_
My Commission Expires: