EXHIBIT
B-1

## AFFIDAVIT OF CUSTODIAN OF RECORDS

STATE OF _Alabama_

COUNTY OF _Jefferson_

I, _Cheryl Bryant_, being first duly sworn, on oath, depose and state that:

1.    I am a duly authorized custodian of the medical records of _William E. Donaldson_ facility located at _100 Warrior Lane Bessemer, AL 35023_, and have the authority to certify those records.

2.    Copies of the records attached to this affidavit are true copies of the medical records of _Averette Zarius_ _217905_.

3.    The records were prepared by the personnel or staff of the facility, or persons acting under their control, in the regular course of the business at or about the times of this act, conditions or event recorded.

_Cheryl Bryant_
Medical Records Custodian

STATE OF _Alabama_

COUNTY OF _Jefferson_

SUBSCRIBED AND SWORN to before the undersigned on the _22nd_ day of _June_, 200_6_.

_Patricia H. Parsons_
Notary Public

My Commission Expires: _5/31/2008_


-- NOTARY SEAL --

## ALABAMA DEPARTMENT OF CORRECTIONS

# PROBLEM LIST

INMATE NAME _Averette    Zavius_ AIS# _217905_

Medication Allergies: _NKA_

Medical: Chronic (Long-Term) Problems
        Roman Numerals for Medical/Surgical

Mental Health Code: SMI  HARM  HIST  NONE
        Capital Letter for Psychiatric Behavior

| Date Identified | Chronic Medical Problem | Mental Health Code | Date Resolved | Provider Initials |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| 7/29/05 | Tetanus Toxoid given | | | RG |

**If Asthmatic label:  Mild – Moderate – or Severe.**

60108-AL

# PROBLEM LIST

Name _Averette, Zavius_

ID # _217905_

D.O.B. _____

Medication Allergies _____ NKA _____

| Date Identified | Chronic (Long-Term) Problems Roman Numerals for Medical/Surgical Capital Letters for Psychiatric/Behavioral | Date Resolved | Health Care Practitioner Initial |
|---|---|---|---|
| 8/21/07 | Mental — no SMZ | | _RL_ |
| | | | |
| 5 May 07 | Chart reviewed & NONE MH status — OK Dr Foster | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

01/94

CMS 7189

TUBERCULIN PPD FOR INMATES

INITIAL SKIN TEST

Date Given: 9/29/05                     Date Read: 10/2/05

Site Given: _____             Size: Ø _____ mm

Lot #: 004 N4P

Nurse: _____                  Nurse: A Harperia

---

I have received a fact sheet on TB and have had the opportunity to have my questions answered.
I agreed to TB testing by PPD.  I understand the PPD must be read 72 hours after being
administered.  I have never had a positive reaction to a TB skin test, nor have I ever been treated
with TB drugs.  I have also been instructed to check with my regular physician or the public
health department if I am released prior to the TB test being read.

_____ Jarvis Arcitte          9-29-05.
Inmate Signature                         Date

_____                          9/29/05
Witness Signature                        Date

| INMATE NAME: Arcette Jarvis | ID#: 217905 | RACE: B M | LOCATION: |



PRISON HEALTH SERVICES, INC.

# YEARLY HEALTH EVALUATION

**I.    HISTORY – (LPN or RN)**

|  | YES | NO | COMMENT(S) |
|---|---|---|---|
| Weight Change (greater 15 lbs.) (Compare Weight Below) | | ✓ | ...t 6 months ago  Last weight · |
| Persistent Cough | | ✓ | |
| Chest Pain | | ✓ | |
| Blood in Urine or Stool | | ✓ | |
| Difficult Urination | | ✓ | |
| Other Illnesses (Details) | | ✓ | |
| Smoke, Dip or Chew | | ✓ | |
| ALLERGIES | | ✓ | NKDA |

Weight _178_  Temp _97.8_ Pulse _64_  R-P _18_  Blood Pressure _140/80_ _7130/70_

**If greater than > 140/90, repeat in 1hour.**
**Refer to M.D. if remains > 140/90.**

Eye Exam: _20/13_ OD _20/20_ OS _20/10_ OU

**II.    TESTING – (LPN or RN)                                   RESULTS**

Tuberculin Skin Test (q yr)          Date given _7/29/05_ Site _27A_
                                      Read on _10/2/05_ Results _____ mm

Past Positive TB Skin Test →         **Survey Completed**
(Chest x-ray if clinical symptoms)   Date _____ Results __—
RPR (q 3 yrs)   _due_                 Date _8/2/07_ Results _____
EKG (baseline at 35, over 45 q 3 yrs) _NA_
Cholesterol (at 35 then q 5 yrs)     _NA_
Tetanus/Diptheria  (q 10 yrs)  _1996_ Last Given _7/29/05_ Due _2001_
    (if done today)                  Site given _____ Dose _____ Lot # _____
Optometry Exam (@ 50 if not already seen)
~~Mammogram~~  _Blood Sugar_         Date _7/29/05_ Results _98_
    (females @ 40, q 2 yrs/other M.D. order)

**III.    PHYSICAL RESULTS – ( RN, Mid-Level, M.D.)**

Heart                _NSR_
Lungs                _Bil. Cl._
Breast Exam
Rectal (yearly after 45)    Results _____
    with Hemoccult           Results _____
Pelvic and PAP (q 1 yr)      Date _____ Results _____

Facility _Smaldsin_ Nurse Signature _S. Johnson R_ Date _7/29/05_

M.D. or Mid-Level  Signature _____ Date _10/4/05_

| INMATE NAME | AIS# | D.O.B. | RACE/SEX |
|---|---|---|---|
| _Avenette_  _Zarvis_ | _217905_ | ▓▓▓▓ | _F6_ |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# YEARLY HEALTH EVALUATION

I.    HISTORY – (LPN or RN)                YES    NO        COMMENT(S)

Weight Change (greater 15 lbs.)        ____    ✓
  (Compare Weight Below)                            Last weight at least 6 months ago
Persistent Cough                       ____    ✓
Chest Pain                             ____    ✓
Blood in Urine or Stool                ____    ✓
Difficult Urination                    ____    ✓
Other Illnesses (Details)              ✓      ✓      2-3 / wk
Smoke, Dip or Chew                     ____    ✓
ALLERGIES                              ____    ✓

Weight 180   Temp 97⁹   Pulse 70   Resp 16   Blood Pressure 136/84
                                               If greater than > 140/90, repeat in 1hour.
Eye Exam: 20/20 OD 20/20 OS 20/20 OU           Refer to M.D. if remains > 140/90.
                              20/20 distant vic.

II.   TESTING – (LPN or RN)               RESULTS

Tuberculin Skin Test (q yr)             Date given 8/2/04  Site LFA
                                        Read on 8/4/04  Results ∅  mm
Past Positive TB Skin Test      →       Survey Completed N/A
  (Chest x-ray if clinical symptoms)    Date ____ Results ____
RPR  (q 3 yrs)                          Date 8/2/04  Results ____
EKG (baseline at 35, over 45 q 3 yrs)          N/A
Cholesterol (at 35 then q 5 yrs)               N/A
Tetanus/Diptheria  (q 10 yrs)           Last Given 1996  Due 2006
  (if done today)                       Site given ____ Dose — Lot # —
Optometry Exam (@ 50 if not already seen)      N/A
Mammogram                               Date ____ N/A Results ____
  (females @ 40, q 2 yrs/other M.D. order)

III.  PHYSICAL RESULTS – ( RN, Mid-Level, M.D.)

Heart                                   Reg R↓R
Lungs                                   C Clear Bil ant isly
Breast Exam                             N/A
Rectal (yearly after 45)        Results N/A
  with Hemoccult               Results N/A
Pelvic and PAP (q 1 yr)         Date N/A  Results ____

Facility SFATon  Nurse Signature _____  Date ____

M.D. or Mid-Level  Signature  N. Kelly  Date 8/24/04

| INMATE NAME | AIS# | D.O.B. | RACE/SEX |
|---|---|---|---|
| Averette Jarvis | 217905 | ████ 2/6/10 | B/m |



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## DEPARTMENT OF CORRECTIONS

## KITCHEN CLEARANCE
## PHYSICAL ASSESMENT

|  | YES | NO |
|---|---|---|
| ANY OPEN SORES OR RASHES ON HANDS, ARMS, FACE & NECK | ____ | ✓ |
| TB TEST CURRENT | ____ | ✓ |
| DOES PT. SHOW ANY OBVIOUS SIGNS OF ANY OTHER DISEASE | ____ | ✓ |

OTHER: _____

_____

_____

THIS PATIENT HAS BEEN INFORMED OF THE NEED FOR THE FOLLOWING:

PROPER HANDWASHING, NOT TO HANDLE FOOD WHILE SICK, SEEK MEDICAL
EVALUATION WHEN NECESSARY AND TO NOTIFY THE DIETARY SERVICES SHIFT
SUPERVISOR OF ANY ILLNESS.

MEDICAL AUTHORITY: _Schuyt LPN_____    DATE: _8/2/04____

I attest that the above statement is true to the best of my knowledge.
PATIENT SIGNATURE: _Edward Austin_____    DATE: _8-2-04____

EXPIRATION DATE: _____

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | Race/Sex | FAC |
|---|---|---|---|---|
| _Auchette Jenkins_ | _217905_ | ▉ | _B/m_ | _State_ |

PHS-MD-70042   (White - Medical File, Yellow - Kitchen Supervisor,  Pink - Classification Administrator (Inmate))

*NOTE: Print firmly using blue or black ink to complete form.*

Alabama Department of Public Health
TB Division
RSA Tower/201 Monroe Street
Montgomery, ALabama 36130-3017

# TB
## Skin Test Report

County Code **26**     Target Testing     PROJECT **7017**     CHR# **217905**

Last Name

**AVERETTE**

First Name                                                                 MI

**ZARIUS**

Patient Home Address

**STATON**

City

State     Zip Code                              Home Phone

SSN: **—   —**

SEX: **M**   F

Date of Birth: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Race: W **B** AI A AN H/PI O

ETHNICITY:
Hispanic or Latino:    YES    NO

Test Administered By:
TB Staff
PH Nurse
**Other**

Site Test:
Health Department
**Other**

| Reason Tested: | | | |
|---|---|---|---|
| Health Care Worker | Foreign Born | Contact to Case/Suspect: | Risk Categories: |
| Medical Risk | Homeless | | A |
| Shelter | **Jail/Prison** | YES    NO | B |
| Student | Not at Risk | | C |
| Occupational | | | |

**PPD ONE:**

Provider#:          Lot#: **U1279A**

Date of Test                    Antigen

**07-02-2004**          AP    TU

**PPD TWO:**

Provider#:          Lot#:

Date of Test                    Antigen

—  —          AP    TU

Provider#:

Date Read          Result

**08-04-2004   00** mm    Not Read

Provider#:

Date Read          Result

—  —          mm    Not Read

Race codes:  W-White; B-Black; AI - American Indian; A-Asian; AN - Alaskan Native; H/PI-Hawaiian/Pacific Islander; O-Other          ADPH-TB - 26/REV-12-2002

NAPHCARE

## Annual Health and TB Screening for Inmates

Facility _Stata_

Date Given: _8/1/03_

Site Given: _LFA_

Lot# _4525C261_

Nurse _AH Smith Lpn_

Date Read _8/4/03_

Size in M.M _0_

Nurse _AH Smith_

Note: Past Positives and conversions, use Assessment of Tuberculin status for PPD reactors form _in addition to completing the bottom of this form._

I have received a fact sheet on TB and have had the opportunity to have my questions answered. I agreed to testing by PPD. I understand the PPD must be read 72 hours after being administered. I have never had a positive reaction to a TB skin test, nor have I ever been treated with TB drugs. I have also been instructed to check with my regular physician or the public health department if I am released prior to the TB test being read.

Current Weight _175_   Previous Weight _180_   B/P _120/80_

|  | circle |
|---|---|
| Recent chest pain | Yes or (No) |
| ~~Kitchen clearance assess. done and attached~~ | (Yes) or No |
| Productive cough | Yes or (No) |
| Any bleeding | Yes or (No) |

Emergency contact: _Glenda Averette_ ~~...~~ (mom)  Phone# _(256) 245-6179_

Address _5 East Park St   Sylocauga   Al 35150_

Inmate signature _Annette Brown_         Date _8/1/03_

Witness signature _AH Smith Lpn_         Date _8/1/03_

DOB ████  AGE _24_  Race _B_  SEX _W_  SSN ████████

Inmate Name _Annette Brown_            AIS# _217905_

NC-069

# NAPHCARE
## Annual Health and TB Screening for Inmates

Facility _Staton_

Date Given: _8-16-02_          Date Read _8/18/02_

Site Given: _L F A_           Size in M.M. _0_

Lot# _435-5696/_

Nurse _2 Sammala_          Nurse _N Winkfield W_

Note: **Past Positives and conversions,** use Assessment of Tuberculin status for PPD reactors form *in addition to completing the bottom of this form.*

I have received a fact sheet on TB and have had the opportunity to have my questions answered. I agreed to testing by PPD. I understand the PPD must be read 72 hours after being administered. I have never had a positive reaction to a TB skin test, nor have I ever been treated with TB drugs. I have also been instructed to check with my regular physician or the public health department if I am released prior to the TB test being read.

Current Weight _180_    Previous Weight _189_   B/P _136/72_

|  | *circle* | |
|---|---|---|
| Recent chest pain | Yes or No | |
| Kitchen clearance assess. done and attached | Yes or No | in jacket |
| Productive cough | Yes or No | |
| Any bleeding | Yes or No | |

Emergency contact _Glenda Averette_ Phone# _256-249-8422_

Address _5 E. Park St_

_Sylocaga AL 35150_

X Inmate signature _Jarvis Averette_          Date _8/16/02_

Witness signature _B Beck Lpn_          Date _8/16/02_

DOB ▓▓▓ AGE _23_ Race _B_ SEX _M_ SSN ▓▓▓▓▓▓▓

**Inmate Name** _Averette, Jarvis_          AIS# _217905_

NC-069

## PHYSICAL ASSESSMENT

_KCI_
**Institution**

**INMATE NAME:** Averette, Zavius

**TYPE OF ASSESSMENT:** INITIAL _____ OTHER _____

**FAMILY HISTORY: (F/FATHER, M/MOTHER, B/BROTHER, S/SISTER)**
TB ____ HEPATITIS ____ HIV+ ____ HYPERTENSION ____
CANCER ____ ASTHMA ____ EPILEPSY ____ ANEMIA ____
KIDNEY DISEASE ____ SICKLE CELL ____ SEIZURES ____
MENTAL ILLNESS ____ DIABETES ____ HEART DISEASE ____
OTHER ____

**VITAL SIGNS**
HT ____ WT ____ BP ____
PULSE ____ RESP ____ TEMP ____

**VISION (SNELLEN CHART)**
Rt: _20_ with glasses ____
Lt: _20_ with glasses ____

### PHYSICAL ASSESSMENT

| | Normal/Not Present Please ✓ | Abnormal/Comment |
|---|---|---|
| SKIN: Color | | |
| Condition | | |
| Turgor | ✓ | |
| Recent Injury | | |
| Tatoos | | |
| Scars | | |
| HEAD: Hair | ✓ | |
| Scalp (pediculi) | | |
| EARS: Appearance | ✓ | |
| Canals | | |
| MOUTH: Throat | | |
| Tongue | ✓ | |
| Tonsils | | |
| NOSE: Obstruction | ✓ | |
| Drainage | | |
| NECK: Veins | | |
| Mobility | | |
| Thyroid | ✓ | |
| Carotids | | |
| Lymph nodes | | |
| CHEST (BREASTS) | | |
| Configuration | | |
| Auscultation | ✓ | |
| Respirations | | |
| Cough/Sputum | | |
| HEART: Auscultation | | |
| Radial pulse | ✓ | |
| Apical pulse | | |
| Rythm | | |
| ABDOMEN: | ✓ | Post inguinal hernia Repair |
| Shape | | |
| Bowel Sounds | | |
| Palpation | | |
| Hernia | | |
| SPINE | ✓ | |
| NEUROLOGICAL: | ✓ | |
| Reflexes | | |
| GENITAL/URINARY: | ✓ | |
| Lesions | | |
| Discharge | | |
| RECTAL EXAM: | | |
| (For 40 yrs. old and older) | | |
| Hemorroids | | |
| Anal Warts | | |
| Stool for Occult | | |
| Blood + - | | |
| EXTREMITIES: | ✓ | |
| Pulses | | |
| Edema | | |
| Joints | | |

**FEMALES ONLY**

**PELVIC EXAM:**
Pap Smear
Gonorrhea Culture      N/A
(Admission PE only)

**IMMUNIZATION STATUS**
Date last Tetanus: _1996_
Other

**TB SCREENING**
Current PPD: _8/20/01_
Date Given:
Results and Date: _8/22/01_
   PLEASE CIRCLE
Follow-up scheduled:   Not Indicated
               Yes

**ORAL SCREENING**
Pain/Discomfort:
Condition of teeth:   poor   fair   good
Condition of gums:   poor   healthy
False teeth:   partial   plate   upper   lower
Oral Hygiene instructions given:

**REMARKS**
HIV Done
RPR/  8/20/01

**REFERRAL**

Assessed by: _____
Date: _8/20/01_  Time: _14:18_
Physician Review: _____ MD
Date: _8/24/01_  Time: _11am_

Revised 04/28/97 (CMS)

## MEDICAL HISTORY AND SCREENING

Inmate Name: __Averette Zavius__    ID #: _____    Race: __B__    D.O.B.: __████__

Institution

| INMATE QUESTIONNAIRE | (circle one) |
|---|---|

| # | | Yes/No |
|---|---|---|
| 1. | Do you have a medical problem such as bleeding or injuries that requires immediate medical attention? | Yes / **No** |
| 2. | Have you fainted or had a head injury in the past 6 months? | Yes / **No** |
| 3. | Have you been seen by a doctor in the past 6 months? | **Yes** / No |
| 4. | Do you wear glasses or contact lenses? | Yes / **No** |
| 5. | Do you have prosthesis, splint, crutches, cast or brace that you will need while here? | Yes / **No** |
| 6. | Do you drink wine, beer or whiskey? How much __24 pack__ How often __Daily__ Last time __5 months__ | **Yes** / No |
| 7. | Have you had seizures or blackouts when you stop drinking? | Yes / **No** |
| 8. | Do you use drugs? Type __Mari__ How often __Daily__ Last time __5 months__ | **Yes** / No |
| 9. | Have you had withdrawal problems when you stop taking drugs? | Yes / **No** |
| 10. | Are you currently detoxing? If yes, from what substance? | Yes / **No** |
| 11. | Do you have any medical problems we should know about? | Yes / **No** |
| 12. | Have you been in this facility before? | Yes / **No** |
| 13. | Are you covered by medical insurance or a benefits program? | Yes / **No** |

### MENTAL HEALTH

| # | | Yes/No |
|---|---|---|
| 14. | Have you ever been hospitalized or treated for psychiatric problem? | Yes / **No** |
| 15. | Have you ever considered or attempted suicide? | **Yes** / No |
| 16. | Are you feeling depressed or extremely sad? | Yes / **No** |
| 17. | Do you want to hurt yourself or someone else? | Yes / **No** |
| 18. | Are you hearing voices? If yes, what are they saying? | Yes / **No** |

### FEMALE INMATES ONLY

| # | | Yes/No |
|---|---|---|
| 19. | Are you pregnant? LMP_____ | Yes / No |
| 20. | Do you use birth control? Type_____ | Yes / No |
| 21. | Have you recently had a baby, miscarriage or abortion? | Yes / No |

**Comments: (Explain "Yes" Responses)**
__pt says he thought about suicide over family problems__

### VITAL SIGNS

HT __5'9"__    WT __189__    BP __110/80__
Pulse __80__    Resp __22__    Temp _____

### DISPOSITION

Referrals _____ None
_____ Emergency Room (Pre-booking injury)
_____ Emergency Room (Acute condition)
_____ Physician
_____ Sick Call

Placement
_____ Infirmary
_____ Detoxification Setting
_____ General Population
_____ Other

### CURRENT MEDICAL CONDITIONS (√ terms that apply)

| | |
|---|---|
| Unconscious | Skin Infection |
| Disoriented | Restricted Mobility |
| Intoxicated | Skin Rash |
| Lesions | Jaundice |
| Obvious Pain | Needle Marks |
| Bruises | Swollen Glands |
| Fever | Active Cough |
| Nausea | Vaginal/Penile Discharge |
| Uses Tobacco | Dental Problems |

### MEDICAL HISTORY (√ terms that apply)

| | |
|---|---|
| Arthritis _____ | Frequent Diarrhea _____ |
| Diabetes _____ | Genital Sores _____ |
| Seizure Disorder _____ | V.D. _____ |
| Asthma _____ | Hepatitis _____ |
| Special Diet _____ | HIV+ _____ |
| Heart Condition _____ | Tuberculosis _____ |
| Hypertension _____ | Persistent Sore Throat _____ |
| Stomach Ulcer _____ | Dental Problems _____ |
| Cancer _____ | Surgeries __Hern__ √ |
| Sickle Cell Anemia _____ | Chest Pain _____ |
| Emphysema _____ | Jaundice _____ |

### TB HISTORY

| | | |
|---|---|---|
| Ever treated with TB drugs? | Yes | **No** |
| Previous PPD test? | **Yes** | No |
| Previous Positive Reaction? | Yes | **No** |

If positive result:
When _____
Where _____

| | |
|---|---|
| Chronic Cough/Blood _____ | Fever _____ |
| Recent Weight Loss _____ | Night Sweats _____ |
| Recent Appetite Loss _____ | Fatigue _____ |

### MEDICATIONS

Current Medications:

Ø

### ALLERGIES

Medication Allergies:    Yes / **No**
Type: _____
Other Allergies:    Yes / **No**
Type: _____

---

I acknowledge that I have answered all questions truthfully and have been told the way to obtain health services and consent to routine care provided by facility healthcare professionals. I understand that any medications not picked up within 30 days of release will be destroyed.

Inmate Signature: __Jarry G Averette__

SCREENED BY: __[signature]__    DATE: __8/20/01__    TIME: __12:41__

REVIEWED BY: _____    DATE: _____    TIME: _____

Revised 12/99 (CMS 7107)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

### DEPARTMENT OF CORRECTIONS

## NOTIFICATION OF NEXT OF KIN

**In the event of a serious injury or illness, I request the following person be notified:**

Vince Averette

**Name**

Brother

**Relationship**

5033 Galaxy Way (Apt 409)

**Street Address**

(256) 837-5897

**Phone Number**

Huntsville

**City**

Al.

**State**

35816

**Zip Code**

Dennis Chruett

**Inmate Signature**

219905

**AIS#**

**SS#**

8-2-04

**Date**

**Witness**

**Date**

| INMATE NAME (LAST, FIRST, MIDDLE) | AIS# | D.O.B. | RACE/SEX | FACILITY |
|---|---|---|---|---|
|  |  |  |  |  |

## PHYSICAL ASSESSMENT

KCI
Institution

| INMATE NAME: Averette, Zavius | VITAL SIGNS |
|---|---|
| TYPE OF ASSESSMENT: INITIAL_____ OTHER_____ | HT_____ WT_____ BP_____ PULSE_____ RESP_____ TEMP_____ |

**FAMILY HISTORY:** (F/FATHER, M/MOTHER, B/BROTHER, S/SISTER)

| | |
|---|---|
| TB___ HEPATITIS___ HIV+___ HYPERTENSION___ CANCER___ ASTHMA___ EPILEPSY___ ANEMIA___ KIDNEY DISEASE___ SICKLE CELL___ SEIZURES___ MENTAL ILLNESS___ DIABETES___ HEART DISEASE___ OTHER_____ | **VISION (SNELLEN CHART)** Rt: 20 with glasses_____ Lt: 20 with glasses_____ |

**PHYSICAL ASSESSMENT**

| Normal/Not Present Please | ✓ | Abnormal/Comment | |
|---|---|---|---|
| SKIN: Color Condition Turgor Recent Injury Tatoos Scars | ✓ | | **FEMALES ONLY** PELVIC EXAM: Pap Smear Gonorrhea Culture (Admission PE only) NA |
| HEAD: Hair Scalp (pediculi) | ✓ | | **IMMUNIZATION STATUS** |
| EARS: Appearance Canals | ✓ | | Date last Tetanus: 1796 Other_____ |
| MOUTH: Throat Tongue Tonsils | ✓ | | **TB SCREENING** Current PPD: 8/20/01 Date Given:_____ Results and Date: 8/22/01 PLEASE CIRCLE Follow-up scheduled: Not Indicated Yes Øm |
| NOSE: Obstruction Drainage | ✓ | | **ORAL SCREENING** |
| NECK: Veins Mobility Thyroid Carotids Lymph nodes | ✓ | | Pain/Discomfort:_____ Condition of teeth: poor fair good Condition of gums: poor healthy False teeth: partial plate upper lower Oral Hygiene instructions given:_____ |
| CHEST (BREASTS) Configuration Auscultation Respirations Cough/Sputum | ✓ | | **REMARKS** HIV → Pane RPR / 8/20/01 |
| HEART: Auscultation Radial pulse Apical pulse Rythm | ✓ | | |
| ABDOMEN: Shape Bowel Sounds Palpation Hernia | ✓ | Post inguinal hernia repair | |
| SPINE | ✓ | | **REFERRAL** |
| NEUROLOGICAL: Reflexes | ✓ | | |
| GENITAL/URINARY: Lesions Discharge | ✓ | | |
| RECTAL EXAM: (For 40 yrs. old and older) Hemorrhoids Anal Warts Stool for Occult Blood + - | ✓ | | Assessed by:_____ Date: 8/20/01 Time: 18:18 Physician Review: ___ auon MD |
| EXTREMITIES: Pulses Edema Joints | ✓ | | Date: 7/24/01 Time: 11am |

Revised 04/28/97 (CMS)

Institution: _____

Inmate Name: **Averette Zavius**   ID#: _____   Race: **B**   D.O.B.: ▮▮▮▮▮▮

## INMATE QUESTIONNAIRE

| | | (circle one) |
|---|---|---|
| 1. | Do you have a medical problem such as bleeding or injuries that requires immediate medical attention? | Yes / **No** |
| 2. | Have you fainted or had a head injury in the past 6 months? | Yes / **No** |
| 3. | Have you been seen by a doctor in the past 6 months? | **Yes** / No |
| 4. | Do you wear glasses or contact lenses? | Yes / **No** |
| 5. | Do you have prosthesis, splint, crutches, cast or brace that you need while here? | Yes / **No** |
| 6. | Do you drink: wine, beer or whiskey? How often _Daily_ How much _24 pack_ Last time _5 months_ | **Yes** / No |
| 7. | Have you had seizures or blackouts when you stop drinking? | Yes / **No** |
| 8. | Do you use drugs? Type _Mari_ How often _Daily_ Last time _5 months_ | **Yes** / No |
| 9. | Have you had withdrawal problems when you stop taking drugs? | Yes / **No** |
| 10. | Are you currently detoxing? If yes, from what substance? _____ | Yes / **No** |
| 11. | Do you have any medical problems we should know about? | Yes / **No** |
| 12. | Have you been in this facility before? | Yes / **No** |
| 13. | Are you covered by medical insurance or a benefits program? | Yes / **No** |

## MENTAL HEALTH

| | | |
|---|---|---|
| 14. | Have you ever been hospitalized or treated for psychiatric problem? | Yes / **No** |
| 15. | Have you ever considered or attempted suicide? | **Yes** / No |
| 16. | Are you feeling depressed or extremely sad? | Yes / **No** |
| 17. | Do you want to hurt yourself or someone else? | Yes / **No** |
| 18. | Are you hearing voices? If yes, what are they saying? | Yes / **No** |

## FEMALE INMATES ONLY

| | | |
|---|---|---|
| 19. | Are you pregnant? LMP_____ | Yes / No |
| 20. | Do you use birth control? Type_____ | Yes / No |
| 21. | Have you recently had a baby, miscarriage or abortion? | Yes / No |

Comments: (Explain "Yes" Responses)
_Pt says he thought about suicide over family problems_

## VITAL SIGNS

HT _5'9"_   WT _189_   BP _110/80_
Pulse _80_   Resp _22_   Temp ___

## DISPOSITION

| Referrals | None | Placement | |
|---|---|---|---|
| ___ | Emergency Room (Pre-booking injury) | ___ | Infirmary |
| ___ | Emergency Room (Acute condition) | ___ | Detoxification Setting |
| ___ | Physician | ___ | General Population |
| ___ | Sick Call | ___ | Other |

## CURRENT MEDICAL CONDITIONS     (√ terms that apply)

| | |
|---|---|
| Unconscious | Skin Infection |
| Disoriented | Restricted Mobility |
| Intoxicated | Skin Rash |
| Lesions | Jaundice |
| Obvious Pain | Needle Marks |
| Bruises | Swollen Glands |
| Fever | Active Cough |
| Nausea | Vaginal/Penile Discharge |
| Uses Tobacco | Dental Problems |

## MEDICAL HISTORY     (√ terms that apply)

| | | | |
|---|---|---|---|
| Arthritis | ___ | Frequent Diarrhea | ___ |
| Diabetes | ___ | Genital Sores | ___ |
| Seizure Disorder | ___ | V.D. | ___ |
| Asthma | ___ | Hepatitis | ___ |
| Special Diet | ___ | HIV+ | ___ |
| Heart Condition | ___ | Tuberculosis | ___ |
| Hypertension | ___ | Persistent Sore Throat | ___ |
| Stomach Ulcer | ___ | Dental Problems | ___ |
| Cancer | ___ | Surgeries | √ _Hern_ |
| Sickle Cell Anemia | ___ | Chest Pain | ___ |
| Emphysema | ___ | Jaundice | ___ |

## TB HISTORY

| | | |
|---|---|---|
| Ever treated with TB drugs? | Yes | **No** |
| Previous PPD test? | **Yes** | No |
| Previous Positive Reaction? | Yes | **No** |

If positive result:
When _____
Where _____

| | | | |
|---|---|---|---|
| Chronic Cough/Blood | ___ | Fever | ___ |
| Recent Weight Loss | ___ | Night Sweats | ___ |
| Recent Appetite Loss | ___ | Fatigue | ___ |

## MEDICATIONS

Current Medications:

## ALLERGIES

| | | |
|---|---|---|
| Medication Allergies: | Yes | **No** |
| Type: _____ | | |
| Other Allergies: | Yes | **No** |
| Type: _____ | | |

I acknowledge that I have answered all questions truthfully and have been told the way to obtain health services and consent to routine care provided by facility healthcare professionals. I understand that any medications not picked up within 30 days of release will be destroyed.

Inmate Signature: _Zavius Q. Averette_

SCREENED BY: _____   DATE: _8/20/01_   TIME: _12:41_

REVIEWED BY: _____   DATE: _____   TIME: _____

```
***** MMPI-2 ADULT INTERPRETIVE SYSTEM *****

                    developed by

              Roger L. Greene, Ph.D.
            Robert C. Brown, Jr., Ph.D.
                 and PAR Staff



                -- CLIENT INFORMATION --


Client      : AVERETTE, ZARIUS        Age            : 22

Sex         : Male                    Marital Status :

Education   :                         Date of Birth  :

File Name   : 217905

Prepared for: Kilby Correctional Facility on 08/22/2001
```

The interpretive information contained in this report
should be viewed as only one source of hypotheses about the
individual being evaluated.  No decisions should be based solely
on the information contained in this report.  This material
should be integrated with all other sources of information in
reaching professional decisions about this individual.  This
report is confidential and intended for use by qualified
professionals only.  It should not be released to the individual
being evaluated.

Copyright (c) 1990 by Psychological Assessment Resources, Inc.
All rights reserved.

MMPI-2 is a registered trademark of the University of Minnesota

MMPI-2 INTERPRETIVE REPORT
PREPARED FOR: Kilby Correctional Facility                                    PAGE   2

-- MMPI-2 PROFILE FOR VALIDITY AND CLINICAL SCALES --

| | L | F | K | Hs | D | Hy | Pd | Mf | Pa | Pt | Sc | Ma | Si | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 | |
| | L | F | K | Hs | D | Hy | Pd | Mf | Pa | Pt | Sc | Ma | Si | |
| T-Score | 65 | 45 | 54 | 51 | 45 | 47 | 64 | 46 | 46 | 49 | 49 | 53 | 42 | |

Unanswered (?) Items = 197

Welsh Code:  4-91/8736520: L-K/F:

## -- PROFILE MATCHES AND SCORES --

|  | Scale | Client Profile | Highest Scale Codetype | Best Fit Codetype |
|---|---|---|---|---|
| Codetype match: |  |  | WNL | None |
| Coefficient of Fit: |  |  | .47 |  |
|  |  |  |  |  |
| Scores: | ? (raw) | 197 |  |  |
|  | L | 65 | 55 |  |
|  | F | 45 | 51 |  |
|  | K | 54 | 46 |  |
|  | Hs (1) | 51 | 47 |  |
|  | D (2) | 45 | 52 |  |
|  | Hy (3) | 47 | 45 |  |
|  | Pd (4) | 64 | 52 |  |
|  | Mf (5) | 46 | 44 |  |
|  | Pa (6) | 46 | 47 |  |
|  | Pt (7) | 49 | 46 |  |
|  | Sc (8) | 49 | 45 |  |
|  | Ma (9) | 53 | 49 |  |
|  | Si (0) | 42 | 49 |  |
| Mean Clinical Elevation: |  | 50 | 48 |  |
|  |  |  |  |  |
| Ave age-males: |  |  | 38 |  |
| Ave age-females: |  |  | 40 |  |
|  |  |  |  |  |
| % of male codetypes: |  |  | 18.6% |  |
| % of female codetypes: |  |  | 11.5% |  |
|  |  |  |  |  |
| % of males within codetype: |  |  | 79.0% |  |
| % of females within codetype: |  |  | 21.0% |  |

Configural clinical scale interpretation is provided in the report for the following codetype(s):

WNL

-- CONFIGURAL CLINICAL SCALE INTERPRETATION --

WNL Codetype

Clinical Presentation:

This codetype is very common in both men and women.  They
describe themselves as being happy, healthy, and contented.  They
see their relationships as satisfying.

In normal settings, there are no other descriptors which
apply.

The following descriptions and possible diagnoses should
only be considered if the individual is being evaluated in a
psychiatric setting with substantial reason to suspect the
presence of psychological disorder.

In psychiatric settings, this codetype is found in patients
with characterologic or psychotic disorders to which they have
become adjusted.  They tend to have little insight into their
behavior and do not understand why others have concerns about
them.

Treatment:

The prognosis is guarded for any type of intervention since
the person is experiencing little distress and the symptoms are
very characterologic.

Possible Diagnoses:

        Axis I   - Rule Out Adjustment Disorder
                   Rule Out Schizophrenia

        Axis II  - Rule Out Schizoid Personality Disorder

-- CLINICAL SCALES --

Hs (1)  T = 51

Scores in this range are considered to be within normal
limits.

MMPI-2 INTERPRETIVE REPORT                                    PAGE   4
PREPARED FOR: Kilby Correctional Facility

-- CONFIGURAL VALIDITY SCALE INTERPRETATION --

There is no information available for this configuration of
scores for scales L, F, and K.  Interpretation for each of the
individual validity scales is presented below.

-- VALIDITY SCALES --

? (raw) = 197

This profile is very likely invalid and probably should not
be interpreted because the number of unanswered items is greater
than 30.

L     T = 65

L scores in this range are suggestive of individuals who
may be defensive, lack insight, and be slightly more conforming
and moralistic than usual.  They may have a tendency to repress
or deny problems and unfavorable traits.

F     T = 45

F scores in this range usually indicate that the individual
responded to the test items as do most individuals who are
relatively free of stress.

K     T = 54

Scores in this range are typically obtained by individuals
who exhibit an appropriate balance between self-disclosure and
self-protection.  These individuals usually are psychologically
well adjusted and capable of dealing with problems in their daily
lives.  Scores in this range are also indicative of good ego
strength, sufficient personal resources to deal with problems, a
positive self-image, adaptability, and a wide range of interests.
Prognosis for psychological intervention is generally good.

MMPI-2 INTERPRETIVE REPORT
PREPARED FOR: Kilby Correctional Facility

D  (2)  T = 45

Scores in this range are considered to be within normal limits.

Hy (3)  T = 47

Scores in this range are considered to be within normal limits.

Pd (4)  T = 64

Scores in this range are often obtained by individuals who are sincerely concerned about social problems and issues or are responding to situational conflict or crisis. Scores in this range are common among adolescents and may be reflective of their striving for independence.

Mf (5)  T = 46

Scores in this range are typical for males interested in traditional masculine interests and activities.

Pa (6)  T = 46

Scores in this range are considered to be within normal limits.

Pt (7)  T = 49

Scores in this range are considered to be within normal limits.

Sc (8)  T = 49

Scores in this range are considered to be within normal limits.

Ma (9)  T = 53

Scores in this range are considered to be within normal limits. Normal adolescents and college students tend to score in the upper end of this range (T-scores of 54-57). Persons older than 60 who score in the upper end of this range are likely to be overly energetic and active.

Si (0)  T = 42

Scores in this range are usually obtained by individuals who are socially extroverted, outgoing, and gregarious. These individuals have a strong need to be around other people. Very low scores are suggestive of individuals who generally form superficial and insincere social relationships. They may be seen

by others as impulsive, immature, opportunistic, and
manipulative.  They may have difficulty forming meaningful,
intimate relationships.

-- ADDITIONAL SCALES --

No additional scales were selected for interpretation by
the user.

END OF REPORT
* * * * * * * *

# PROBLEM LIST

Name: _Averette, Zaivun_

AIS Number: _217905 5_

Date of Birth: _____

Medication Allergies:_____

Mental Health Code:  SMI  HARM  HIST  (NONE)    Date Code Assigned: 8/22/01
*(Changes in Mental Health Code should be identified on the Problem List)*

| Date Identified | Chronic (Long-Term) Problems Roman Numerals for Medical/Surgical Capital Letters for Psychiatric/Behavioral | Date Resolved | Health Care Practitioner Initial |
|---|---|---|---|
| 8/22/01 | no MH problems noted | | B |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

01/2001

# PSYCHOLOGICAL INTERVIEW / DATA ENTRY FORM

Name: _Qimily, Zavier_     AIS #: _217945S_ R/S _Bm_

Date: _8 / 22 / 01_    DOB: _▮▮▮▮▮▮_ . AGE: _22_

Beta II ........ _XX_   WAIS ......... _/........./........._   WRAT-RL ...... _6.3_ Last School _12_ Grade Completed ..........

MMPI Welsh ......................................................
Code

Megargee ......................................................
Type

## General Appearance

__✗__ a.   Neat and generally appropriate      _____ c.   Flat or avoiding interaction

_____ b.   Poorly groomed      _____ d.   Sad or worried

_____ e.   Other _____

_____

_____

### I.   Interpersonal Functioning

_____ a.   Normal–good relationships likely      _____ d.   Lacks skill or confidence

_____ b.   Withdrawn / apparent loner      _____ e.   Probably difficult to get along with

_____ c.   Likely to ignore rights / needs      * Other (Specify) _____ 1. _____ 2.

_____ 3. _____ 4. _____ 5. _____ 6. (See Copy) _____

_____

### II.   Personality

_____ a.   Healthy      _____ d.   Explosive

_____ b.   Antisocial      _____ e.   Dependent

_____ c.   Paranoid      _____ f.   Passive–Aggressive

Other (Specify): _____ 1. Schizoid _____ 2. Schizotypal _____ 3. Histrionic _____ 4. Narcissistic

_____ 5. Borderline _____ 6. Avoidant _____ 7. Compulsive _____ 8. Atypical/mixed

_____ 9. See Copy (Write in your wording) _____

_____

### III.   Substance Abuse

__✗__ a.   Alcohol addiction / abuse history _____

_____

__✗__ b.   Drug addiction / abuse history _____

_____

_____

_____

N-259

White to Central Records File
Yellow to Institutional File
Pink to Hospital Records

*See manual for selections and numbers for "other"

Psychological Interview / Data Entry Form
Page Two

_____ c.  Current Use _____

_____

_____

_____ d.  Current addiction _____

_____

_____

\* Other  _____ 1.  _____ 2.  _____ 3.  _____ 4.  _____ 5.  _____ 6.  _____ 7.  _____ 8.

_____ 9.  (See Copy) _____

_____

IV.   Emotional Status

_____ a.  No significant problems

_____ b.  Depressed _____

_____

_____ c.  Anxious or stressful _____

_____

_____ d.  Angry or resentful _____

_____

_____ e.  Confusion or psychotic symptoms _____

_____

_____

_____ f.  Mood disturbances _____

_____

_____ g.  Sexual maladjustment _____

_____

_____ h.  Paranoid ideation _____

_____

_____ i.  Sleep / appetite disorder _____

_____

\* Other  _____ 1.  _____ 2.  _____ 3.  _____ 4.  _____ 5.  _____ 6.  _____ 7.  _____ 8.

_____ 9.  (See Copy) _____

_____

_____

V.   Mental Deficiency

_____ a.  Mild                         _____ d.  Borderline

_____ b.  Moderate                     _____ e.  Organic impairment suspected

_____ c.  Severe                       _____ f.  Memory deficit

Remarks: _____

_____

_____

\*See manual for selections and numbers for "other"

Psychological Interview / Data Entry Form
Page Three

VI.    Management Problems          Ideation _____

_____ a.   Suicide Potential    Plans _____

History of attempts / gestures _____

_____

_____ b.   Serious mental history (specify) _____

_____

_____ c.   Impulsive / acting-out behaviors predicted _____

_____

_____ d.   Authority conflict _____

_____

_____ e.   Manipulative / untrustworthy _____

_____

_____ f.   Easily victimized _____

_____

_____ g.   Escape potential _____

_____

_____ h.   Assaultivenes _____

_____

* Other _____ 1. _____ 2. _____ 3. _____ 4. _____ 5. _____ 6. _____ 7. _____ 8. _____ 9. (See Copy)

_____

_____

VII.   Educational Needs

_____ a. ABE        _____ b.  Special Education      _____ c.  Trade School      _____ d.  Jr. College

VIII.  Mental Health Needs                    Date referred   Month _____   Year _____

_____ A.   Refer to psychiatric service    _____ C.  Depression      _____ K.  Personal Development

_____ B.   Substance abuse counseling     _____ E.  Sexual adjustment

_____ D.   Stress management              _____ G.  Anger induced acting out

_____ F.   Reality therapy               _____ I.  Self-concept enhancement

_____ H.   Values clarification          _____ J.  Healthy use of leisure

RECOMMENDATIONS / REMARKS: _____

_____

_____

_____

_____          _____
        Signature                        Date

*See manual (pages 23-25) for selections for "other" Give number and wording of selection.

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 2/3/02 | 8:00 | Inmate registered for the therapeutic communication session, his need was personal and directed to help self. *Neant Phillips,* | |
| 4/23/ | 8:00 | Inmate was present at all sessions. He shared and participated with others in the group. He was able to role play and feel good about himself. *Neant Phillips, PhD* | |

| Patient';s Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Overette, Zavius | 217905 | | | |

F-61

# ALABAMA DEPARTMENT OF CORRECT.
## INMATE ORIENTATION TO MENTAL HEALTH SERVICES

The Alabama Department of Corrections provides the following mental health services:
- Assessment and treatment of mental illness
- Referral to a psychiatrist, if necessary for medication
- On-going psychiatric treatment
- Group and individual counseling
- Assistance in dealing with stressful problems (adjustment to prisons, grief and loss, family problems)
- Crisis intervention
- Residential mental health treatment and hospitalization, if necessary

If you wish to speak with mental health staff about routine matters such as scheduling for group or individual counseling, send a Health Services Request form.

In emergency situations or if you have concerns that need to be addressed immediately, contact any correctional officer so that you may receive mental health assistance as soon as possible.

Your participation in mental health services is a voluntary except in emergency situations or when you have been provided due processes through administrative review.

If you believe the mental health services provided to you are inadequate, you may file an inmate grievance.

Information about the mental health services provided to you is confidential except in the situations when mental health staff believe that you may be:
- Suicidal
- Homicidal
- Presenting a clear danger of injury to self or others
- Presenting a reasonably clear risk of escape or creation of institutional disorder.
- Receiving Psychotropic medication
- Requiring movement to a special unit or cell for observation and treatment
- Requiring transfer to a psychiatric hospital outside of the prison
- Requiring a new program assignment for mental health reasons.

Mental health staff has a legal duty to report to appropriate authorities any unreported suspected abuse or neglect of a child.

Mental health and medical staff will have access to your mental health records when completing their duties. The following persons may have access to your mental health records on a need to know basis:
- Warden of the institution or designee
- Internal investigative staff and legal counsel working with the ADOC
- Departmental and accrediting audit staff
- Persons authorized by a court order or judgment

All other persons or agencies require an authorization for release of information signed by you before gaining access to your mental health records.

*This information on this form has been explained to me and I have received a copy of this information for my future reference.*

_Jawus A Averett_
Inmate signature

217 905-S
AIS #

8-17-01
Date signed

Averette, Zavius

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 8/11/0? | | 27 y.o. B/m clg 25 yr for Depr. _(illegible handwritten notes)_ | |
| | | Pt Stzal in Mable in Short — Took Mble | |
| | | & Saw A Capsule of Behel pl | |
| | | Pt Has no Tryt or off clinch | |
| | | Took Pinl in fint of Sleya | |
| | | Has A Sub Abuse Hx | |
| | | A) I SUB ABUSE | |
| | | ? ASPD | |
| | | P) Med subt | |
| | | | _(signature)_ |

| Patient';s Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Averette, Zarius | 217905 | 22 | B/M | Kilby |

F-61

Mental Health P&P # 30
Page 6 of 9

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
REFERRAL TO MENTAL HEALTH

Inmate Name: Averette, Zavius   AIS# Z17905 S   Date of Referral: 08.

REASON FOR REFERRAL:
☐   CRISIS INTERVENTION
    ☐ Family problem:
    ☐ Problems with other inmates:
    ☐ Recent stress
    ☐ Other:

☐   EVALUATION OF MENTAL STATUS
    ☐ Suicidal
    ☐ Homicidal              ☐ Anxious
    ☐ Mutilative             ☐ Depressed          ☐ Physical complaints
    ☐ Hostile, angry         ☐ Withdrawn          ☐ Sleep disturbance
    ☐ Other inappropriate behavior  ☐ Poor hygiene  ☐ Hallucinations/delusions
                                                    ☐ Suspicious

☐   EVALUATION OF NEED FOR PSYCHIATRIC EVALUATION

☑   HISTORY OF PSYCHOTROPIC MEDICATION PRIOR TO RECEPTION/TRANSFER

☐   OTHER:

COMMENTS:

Referred by: C. Anderson
    ☐ Referral for psychiatrist (referral has been screened by mental health or medical staff)   Phone Contact #: 215-6684

MENTAL HEALTH FOLLOW-UP: EVALUATION/TREATMENT/DISPOSITION

No SmI   14 Sur abuse. — ABP10

Follow-Up by:

Inmate Name
Averette, Zavius                              Date: 8/21/07

                                    AIS #
                                    Z17905 S

## ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES
### RECEPTION MENTAL HEALTH SCREENING

Institution: _Kilby_ _____ Date/Time Inmate Received: _____

Date/Time of Screening: _8/17/01_ ___ Signature/Title of Screener: _C. Anderson LPN_

### MENTAL HEALTH TREATMENT PRIOR TO ENTERING THE ADOC

- ☑ Yes ☐ No  Psychotropic medication: _Elavil_
- ☐ Yes ☑ No  Medication turned over to ADOC upon arrival?
- ☑ Yes ☐ No  Mental health follow-up in last 90 days: _____
- ☐ Yes ☑ No  Suicide/self-harm attempts in last 90 days: _____

### MENTAL HEALTH HISTORY   Does inmate report a history of the following (if yes, provide details):

- ☑ Yes ☐ No  Outpatient treatment: _Talledega Mental Health Services — 1994_
- ☐ Yes ☑ No  Inpatient treatment: _____
- ☑ Yes ☐ No  Psychotropic medication: _Ritalin - 10 y.o. (took for 2 years) 1992_
- ☐ Yes ☑ No  Suicidal attempts: _____
- ☑ Yes ☐ No  Suicidal thoughts: _last — 2000_
- ☐ Yes ☑ No  Head injury: _____
- ☐ Yes ☑ No  Seizures: _____
- ☑ Yes ☐ No  Violent behavior: _rape : female . 15 y.o._
- ☑ Yes ☐ No  Substance abuse: _Marijuana, alcohol_
- ☐ Yes ☑ No  Substance abuse treatment: _____
- ☑ Yes ☐ No  Special education classes: _____

### INMATE SELF-REPORT OF CURRENT STATUS

- ☑ Yes ☐ No  First incarceration (reaction): _I guess it's rough._
- ☑ Yes ☐ No  Reports family support: _parents_
- ☐ Yes ☑ No  Reports serious depression/remorse: _____
- ☐ Yes ☑ No  Thinking about suicide: _____
- ☐ Yes ☑ No  Has plan for suicide: _____
- ☐ Yes ☑ No  Possible to implement plan: _____
- ☐ Yes ☑ No  Reports hallucinations: _____

### BEHAVIORAL OBSERVATIONS

- ☐ Poor eye contact   ☐ Poor hygiene   ☐ Unable to pay attention   ☐ Unresponsive
- ☐ Disoriented   ☐ Overly anxious   ☐ Unable to follow directions   ☐ Unable to read
- ☐ Crying   ☐ Memory deficits   ☐ Signs of self-mutilation   ☐ Afraid
- ☐ Illogical speech content   ☐ Appears to be hearing voices or seeing things   ☐ Paranoid
- ☐ Hostile   ☐ Other unusual behavior: _____

### DISPOSITION/ PLACEMENT RECOMMENDATION (based on reception mental health screening)

- ☐ Routine housing and mental health follow-up
- ☐ Priority mental health follow-up but not emergency
- ☐ Current psychotropic meds verified/interim supply ordered
- ☐ Emergency mental health referral
- ☐ Safe cell placement recommended
- ☐ Parole violator interim assessment referral

| Inmate Name | AIS # |
|---|---|
| Averette, Zavius | 217905.2 |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## SPECIAL NEEDS COMMUNICATION FORM

Date: _8/2/05_

To: _____

From: _____

Inmate Name: _Avelette, Zarius_    ID#: _217905_

The following action is recommended for medical reasons:

1.  House in _____

2.  Medical Isolation _____

3.  Work restrictions _____

4.  May have extra _____ until _____

5.  Other _____

**Comments:**
_Bottom Bunk profile X 30 days_
_Start : 8/2/05 ————— Stop : 9/3/05_

Date: _8/2/05_  MD Signature: _Dr Breitling Jr Millesian_  Time: _12 noon_

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 8/2/05

**To:** _____

**From:** Health Care Unit

**Inmate Name:** Averette, Zarlus     **ID#:** 217905

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other  Bottom Bunk X 30 days

**Comments:**  8/2/05 — 9/2/05

_____

_____

_____

_____

**Date:** 8/2/05   **MD Signature:** _____   **Time:** _____

60418



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## Informed Consent to Medical Services

Inmate's Name: _Averette, Zavius_

Date of Birth: ▓▓▓▓▓▓▓   Social Security No.: ▓▓▓▓▓▓▓

Date: _7/29/05_   Time: _0815_   (A.M. / P.M.)

I hereby authorize Prison Health Service, Inc. and _DR. M. BREITLING_,
his _her_ assistant(s) or designee(s) to treat me as is necessary in his judgement.   _LOT# W1351AA_
_EXP 5/24/06_

The procedure(s) _0.5ml TETANUS TOXOID INJEC._ necessary to treat my condition has been fully ex-
(state in Layman's terms)

plained to me by Dr. _BREITLING / L. GREEN, LPN_ and I understand the nature of, and risks associated

with, this procedure(s). Briefly stated, they are: (Benefits) _a tetanus toxin modified_
_that its toxicity is greatly reduced but its capacity_
_to promote active immunity has been retained_

(Risks) _Tetanus is an acute infectious disease due to the_
_toxins of tetanus bacillus. It causes a state of sustained_
_contractions to body muscles. This disease is usually, but_
_not always, fatal, the patient expiring from asphyxia or exhaustion._

I am aware that the practice of the medical sciences is not exact and I acknowledge that no guarantees
have been made to me as to the results of this procedure(s). Alternate treatment methods and their
consequences as well as the risks of refusing the described treatment(s) (if applicable) have been fully
explained to me.

X _Zavius Averette_   _2/79 05._
(Signature of Inmate)

_Lesley Green LPN_
(Signature & Title of Provider)

60104 (6/90)

_____
(Witness)

_____
(Witness)

*Attachment C*

DONALDSON CORRECTIONAL FACILITY
OREINTATION

All inmates have access to healthcare 24 hours a day 7 days a week. Access to Healthcare services shall be communicated both orally and in writing to all inmates.

1. The following are the pill-call and treatment times:

   Pill-Call: 6:30 - 7:30 AM (Seg. Pill Call)
          7:30 – 8:00 AM (East Pill Call)
          8:15 – 9:00 AM (South Pill Call)
          7:30 – 8:00 AM (West Pill Call)

          2:00 - #:00 PM (Diabetic Pill Call) – Pop.)
          3:00 - 3:45 PM (East Pill Call)
          5:00 - 6:00 PM (South Pill Call)
          5:00 - 5:30 PM (West Pill Call)
          3:30 - 4:30 PM (Seg. Pill Call)

          2:00 – 3:00 AM (Diabetic Pill Call)
        12:00 – 1:00 AM (Seg. Pill Call)
          3:00 – 4:00 AM (Population East Pill Call)
          3:30 – 400 AM (Population South Pill Call)
          3:00 – 3:30 AM (Population West Pill Call)

   Treatments:
   7:00 – 8:00 PM Population Pink-slip
   11:30 PM – 1:30 AM Seg/ Pink -slip

   All medications will be dispensed and all scheduled treatments will be done at the above times, with the exception of medical emergencies. Should a medical emergency arise, please advise a correctional Officer so prompt access to the Health Care Unit be provided. Inmates that are not in Mental health or Mental Health out patients may be allowed to keep some of there medications themselves, after signing an agreement and as long as they comply with the rules of the KOP program.

2. Procedure for Sick Call Screening:
   Inmates must complete a Sick Call form and turn this form in to Medical Services for processing. The forms must be placed in the Sick Call Collection box located across from the treatment room door, turn in white & yellow copy of Sick Call Form. Sick Call screening will begin at approximately 3:30 AM

3. Chronic Care Clinics:
   Any inmate who has a Chronic health problem such as but not limited to diabetes, high blood pressure, seizures, cardiac, etc., will be placed on the appropriate Chronic Care Clinic or Clinics. Should you refuse to be evaluated by the nursing staff and/or M.D. all non-maintenance medications will be discontinued.

4. Grievance Procedure:
   All complaints against Health Care will try to be resolved first, face to face. If the concers cannot be resolved verbally, a written complaint may be filed. Should the concern still remain unresolved, a formal grievance may be filed. This will be answered within five (5) working days of receiving the grievance. Both the written complaint and formal grievance forms may be obtained through the H.S.A., Unit Secretary, Shift office, or Cell block cube. After completion of the forms, they are to be placed in the Sick Call box or hand mailed to the H.S.A.

_____  _____  _____  _____
Inmate Signature / AIS#      Date           Nurse                        Date

## HEALTH CARE UNIT
### ENT INFORMATION SLIP

_____ STATON _____
**INSTITUTION**

_AVERETTE, ZAVIUS_ _____     21790-S_ _____
NAME                          NUMBER      R/S

Lay-in for ___1___ days from ___ _Wed 9/4_ _____ to
                                    (date)

_____ due to _____
        (date)

_____

_____

_____

Instructions: ___ _Dental_ _____

_____

_____

_____

*Failure to follow the directions above may result in a disciplinary.*

__8/4/02_____     _____
Date Issued            Signature

F-53



**PRISON
HEALTH
SERVICES
INCORPORATED**

## RELEASE OF RESPONSIBILITY

Inmate's Name: _Averrett, Zavius_

Date of Birth: ████████

Social Security No.: _____

Date: _10-15-04_                    Time: _____    A.M.
                                                              P.M.

This is to certify that I, _Zavius Averrette_ , currently in
                          (Print Inmate's Name)

custody at the _Scc_ , am refusing to
              (Print Facility's Name)

accept the following treatment/recommendations: _____
                                                  (Specify in Detail)
_No Show for Sick Call_

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

_X_ _____                    _Smullican_ _____
    (Signature of Inmate)**                        (Signature of Medical Person)

_X_ _____ LPN
    (Witness)                          _____
                                        (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/95)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# RELEASE OF RESPONSIBILITY

Inmate's Name: _Averette Jarvis_

Date of Birth: ████████  Social Security No.: _____

Date: _10/7/04_  Time: _6⁰⁰_  A.M. / P.M.

This is to certify that I, _Averette Jarvis_, currently in
(Print Inmate's Name)

custody at the _State_, am refusing to
(Print Facility's Name)

accept the following treatment/recommendations: _Sick Call_
(Specify in Detail)

_____

_____

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks
involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional
personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this
action/refusal and I personally assume all responsibility for my welfare.

_Jarvis Averette_  _A. Hall-Smith fn_
(Signature of Inmate)**  (Signature of Medical Person)

_J. Zeuf_ COI  _____
(Witness)  (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.



**PRISON
HEALTH
SERVICES
INCORPORATED**

# RELEASE OF RESPONSIBILITY

Inmate's Name: _Averette Barnes_     _217905_

Date of Birth: _____     Social Security No.: _____

Date: _9/29/04_     Time: _700_     A.M.
                                          P.M.

This is to certify that I, _Averette Barnes_ , currently in
                              (Print Inmate's Name)

custody at the _____ _Staton_ _____ , am refusing to
                              (Print Facility's Name)

accept the following treatment/recommendations: _____
                                          (Specify in Detail)

_____

_____

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.


_____     _____
(Signature of Inmate)**          (Signature of Medical Person)

_____     _____
(Witness)                              (Witness)


**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** _9/9/04_

**To:** _STATON_

**From:** _SHCu_

**Inmate Name:** _Averette_          **ID#:** _217905_

**The following action is recommended for medical reasons:**

1.  House in _____
2.  Medical Isolation _____
3.  Work restrictions _____
4.  May have extra _____until_____
5.  Other _____

**Comments:**
_Come to HCU @ 7⁰⁰/AM  9/10/04 ——_
_To see MD/PA/CRNP_

_____

_____

**Date:** _9/9/04_   **MD Signature:** ___/ SSick Gr__   **Time:** _7 45/PM_

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## RELEASE OF RESPONSIBILITY

Inmate's Name: _A Verett, Zavius_

Date of Birth: _____    Social Security No.: _____

Date: _8/12/04_    Time: _____  A.M. / P.M.

This is to certify that I, _Zavius Averette_
(Print Inmate's Name)

, currently in

custody at the _SCC_
(Print Facility's Name)

, am refusing to

accept the following treatment/recommendations:
(Specify in Detail)

_No show for Sick Care_

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which may result from this action/refusal and I personally assume all responsibility for my welfare.

_____    _S. Miller, Jr._
(Signature of Inmate)**    (Signature of Medical Person)

_B. Quimbn_    _Marvin J. Walker_  COI
(Witness)    (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## RELEASE OF RESPONSIBILITY

Inmate's Name: *Auretta Zavrus*

Date of Birth: ████████

Social Security No.: _____

Date: 9·13·04

Time: _____ A.M. / P.M.

This is to certify that I, *Averette Zavus*
(Print Inmate's Name)
, currently in

custody at the *SCC*
(Print Facility's Name)
, am refusing to

accept the following treatment/recommendations:

*No Show for*

*Sick Call*
(Specify in Detail)

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

_____
(Signature of Inmate)**

_____
(Signature of Medical Person)

_____ LPN
(Witness)

X *Allen Salter* CO/.
(Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

6011 B (5/85)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# RELEASE OF RESPONSIBILITY

Inmate's Name: _Averette, Zavius_          _217905_

Date of Birth: _████████████_     Social Security No.:

Date: _8/16/04_          Time: _9:45/pm_     A.M.
                                             P.M.

This is to certify that I, _Zavius Averette_ , currently in
                          (Print Inmate's Name)

custody at the _STATON_ , am refusing to
               (Print Facility's Name)

accept the following treatment/recommendations:

                                             (Specify in Detail)

_Sick Call_

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

_(Signature of Inmate)**_                    _S. Beehly_
                                             (Signature of Medical Person)

_R.L. Weaver cot_
(Witness)                                    (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/86)

# DEPARTMENT OF CORRECTIONS
## EMERGENCY/ _SICK_ (OTHER) TREATMENT RECORD

| DATE 9/28/03 | TIME 2000 AM/PM | FACILITY Staton □ SIR □ PDL □ ESCAPEE □ _____ | □ EMERGENCY ☑ OTHER |
|---|---|---|---|

**ALLERGIES** NKA

**CONDITION ON ADMISSION** ☑ GOOD □ FAIR □ POOR □ SHOCK □ HEMORRHAGE □ COMA

**VITAL SIGNS: TEMP** 99.1 ORAL RECTAL  **RESP** 20  **PULSE** 80  **B/P** 10/8  RECHECK IF SYSTOLIC <100 > 50
WT 122

| NATURE OF INJURY OR ILLNESS | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

S) Body Chart per DOC
No injuries noted
O) No injuries noted
Body Chart per DOC
requirement

**PHYSICAL EXAMINATION**

A) Body Chart

**ORDERS, MEDICATION, etc.**

P) Body Chart per DOC

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| RELEASE/TRANSFER DATE 9/28/03 | TIME AM/PM | RELEASE/TRANSFERRED TO ☑ DOC □ AMBULANCE □ | CONDITION ON DISCHARGE ☑ SATISFACTORY □ POOR □ FAIR □ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE | DATE 9/28/03 | PHYSICIAN'S SIGNATURE B Helms CRNP | DATE 9.29.03 | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) | AGE 24 | DATE OF BIRTH | R/S BM | AIS # 217905 |
|---|---|---|---|---|

NC 041          ORIGINAL - MEDICAL RECORD, YELLOW - TRANSFER AGENT

# DEPARTMENT OF CORRECTIONS

## EMERGENCY/ _Staton_ _____ TREATMENT RECORD
### (OTHER)

| DATE 8-1-03 | TIME 920 AM/PM | FACILITY _Staton_<br>☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ EMERGENCY<br>☑ OTHER |
|---|---|---|---|

**ALLERGIES** NKA

**CONDITION ON ADMISSION**
☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

**VITAL SIGNS:** TEMP 97⁸ ORAL/RECTAL RESP 20 PULSE 80 B/P 120/80 RECHECK IF SYSTOLIC <100 > 50

**NATURE OF INJURY OR ILLNESS**

S- Body Chart

O- Alert. Skin warm et dry
to touch resp to ease n/s
wd + abrasions) or
lacerations (noted)

A- Alteration in comfort

**PHYSICAL EXAMINATION**

P- DOC

| ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION/ SUTURES |
|---|---|---|---|---|

**ORDERS, MEDICATION, etc.**

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| RELEASE/TRANSFER DATE 8 / 1 / 03 | TIME AM/PM | RELEASE/TRANSFERRED TO ☑ DOC<br>☐ AMBULANCE<br>☐ | CONDITION ON DISCHARGE<br>☑ SATISFACTORY ☐ POOR<br>☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE _Smith_ DATE 8/1/03 | PHYSICIAN'S SIGNATURE B Helms senp | DATE 8-4-03 | CONSULTATION |
|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) _Averette Jones_ | AGE 24 | DATE OF BIRTH ▮▮▮▮▮ | R/S B/m | AIS # 217905 |
|---|---|---|---|---|

NC 041                    ORIGINAL - MEDICAL RECORD, YELLOW - TRANSFER AGENT

## DEPARTMENT OF CORRECTIONS
### EMERGENCY/ _SHCU_ TREATMENT RECORD
(OTHER)

| DATE 7/17/03 | TIME 10 05 AM PM | FACILITY _STATON_ □ SIR □ PDL □ ESCAPEE □ _____ | □ EMERGENCY ☑ OTHER |
|---|---|---|---|

ALLERGIES _NKA_

CONDITION ON ADMISSION: □ GOOD □ FAIR □ POOR □ SHOCK □ HEMORRHAGE □ COMA

VITAL SIGNS: TEMP _97.7_ ORAL RECTAL   RESP _20_   PULSE _74_   B/P _124/80_   RECHECK IF SYSTOLIC <100 > 50

| NATURE OF INJURY OR ILLNESS | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z/Z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

Ⓢ _Body Chart per DOC_



_Escorted by officer Smith_

PHYSICAL EXAMINATION

Ⓞ _denies any injuries_

_No injuries observed_



Ⓐ _Body Chart_

ORDERS, MEDICATION, etc.

Ⓟ _Released to DOC_

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| RELEASE/TRANSFER DATE 7/17/03 | TIME 10 10 AM PM | RELEASE/TRANSFERRED TO ☑ DOC □ AMBULANCE □ | CONDITION ON DISCHARGE ☑ SATISFACTORY □ POOR □ FAIR □ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE _B Beck LPN_ | DATE 7/17/03 | PHYSICIAN'S SIGNATURE _B Williams_ | DATE 7-18-03 | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) _Averette, Zavius_ | AGE 24 | DATE OF BIRTH ▬▬▬ | R/S B/M | AIS # 217905 |
|---|---|---|---|---|

**Nurse's Notes**

| Date and Time | | Nurse's Name |
|---|---|---|
| 3-2-03 11³⁰pm | (S) No complaints voiced @ this time. (O) Lay in bed c̄ eyes closed. INT to (L) hand. No swelling noted. flushes well. INT intacted. Skin WD. Resp regular c̄ ease BP 120/80 P 72 R 18 T 97.6. Ancef 1 gm IVPB hung et infusing 3 any difficulty. No distress noted. | MBarrett |
| | (A) Alteration in comfort | MBarrett |
| | (P) Plan of care continued | MBarrett |
| | (E) Notify staff of any problems | MBarrett |
| 5³⁰pm | aroused easily. Meds given, Ancef IV running. No Infiltration noted. | MBarrett |
| 3-3-03 8am | O' Sitting up on side of bed A&O x 3 Skin WD V/S 98°, 180/70, 72, 20. Int (L) hand s̄ s/s of infiltration ∅ voiced c/o ∅ acute distress noted. A' Health Maintenance P' Continue Care Plan | L Mclleen. |
| 12N | O - Sitting on side of bed. Medication given as ordered. INT removed. c̄ no BM, admined sick call | D Austin Ln |

NAPHCARE
NURSE'S NOTES

| DATE | TIME | |
|------|------|---|
| 3/1/03 | 11:45 PM | Continued - of infection/infiltration to Site - NADN - BBeck 4p |
| | 97.40 | (A) Alteration in Health Maintenance/Comfort |
| | 116/2 126/15 | (P) Continue plan of care |
| | | (E) Notify staff of any problems        BBeck 4p |
| 3/2/03 | 5:30 AM | (E) Aroused easily for meds/Aroused as IV - Voiced Ø |
| | | Complaints + IV Site remains patent Ø s/s of infection/ |
| | | infiltration        BBeck 4p |
| 3/2/03 | 8 A | S: None |
| | | O: A+O×3 resp ease skin W/D to touch |
| | | Ø C/O voiced IV intact and patent Ø |
| | | s/s of infiltration noted. NADN |
| | | A alteration in comfort |
| | | P cont. POC        [signature] |
| 3/2/03 | 12 N | Ø In MOU A+O×3 Ø C/O voiced |
| | | resp ease meds given as ordered |
| | | (A) s/s of infiltration noted to IV |
| | | NADN        [signature] |
| | 6p | S - No complaint |
| | | O - Sitting up in Chair watching T.V. Resp |
| | | at ease. Skin W/D to touch. Pump 98 |
| | | 80 P.O. and B/P 120/82 INT intact and |
| | | flush Ø difficult. No s/s of infiltration noted |
| | | S/ancef + gm IVPB hung and infusion Ø difficult |
| | | Meds given as ordered. No distress noted |
| | | (A) Alteration in Health Maintenance |
| | | (P) Continue the plan care        [signature] |

NAME - LAST _____ FIRST _____ MIDDLE _____ AIS:
[signature]                                                  1.17905

NAPHCARE
NURSE'S NOTES

| DATE | TIME | |
|------|------|---|
| 2/28/03 | 11:30A | 2. None |
| | | 0. Admitted to MOU per Dr Sonnier |
| | | IV. c̄ 20 gauge Started to ⓇN arm. c̄ |
| | | D5½ NS @ 150cc hr on 1st attempt. |
| | | ∅ S/s of infiltration noted tolerated |
| | | well RAPN |
| 2/28/03 | 4 PM | S- ∅ voiced |
| | | 0- Sitting on side of bed, At OX3, Skin |
| | | WD to touch, ∅ distress noted. |
| 15- 76,18 10/70 96.260 | | IV site V- ∅ redness or edema @ |
| | | site. IVF's infusing's diff. |
| | | A- alt in Comfort. |
| | | P- Continue plan @s ordered. |
| | | E- Notify Nurse if problems develop |
| | | Bradnum R |
| | 8³⁰PM | O – IVF's Completed (1 L infused today |
| | | ∅ redness or edema @ IV site, Site |
| | | Changed to INT c̄ cap'd flushed c̄ 3cc NS |
| | 9 PM | S- "I got dizzy when I stood up." |
| | | 0- Inmate sitting on side of bed, denies |
| | | pain, diaphoretic. Temp 97.°(oral) Denies |
| | | other s/s. ∅ resp distress. |
| | | A- alt in Comfort. |
| | | P- Continue Care plan. |
| | | E- Δ positions slowly to prevent fall. |
| | | A Bradum |

| NAME: LAST | FIRST | MIDDLE | AIS |
|------------|-------|--------|-----|
| Averette, | Zavrus | | 217905 |

# DEPARTMENT OF CORRECTIONS
## EMERGENCY/_____ TREATMENT RECORD
(OTHER)

| DATE | TIME 1155 AM/PM | FACILITY _Staton_ □ SIR □ PDL □ ESCAPEE □ _____ | □ EMERGENCY ☑ OTHER |
|---|---|---|---|

**ALLERGIES** NKA

**CONDITION ON ADMISSION**
□ GOOD □ FAIR □ POOR □ SHOCK □ HEMORRHAGE □ COMA

**VITAL SIGNS: TEMP** 97.7 **ORAL RECTAL** **RESP** _m_ **PULSE** 80 **B/P** 120/78 **RECHECK IF SYSTOLIC** <100 > 50

| NATURE OF INJURY OR ILLNESS | ABRASION/// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

When I breathe out it hurt.
Why do I break out in cold
Sweats a night while
in bed? – Hurts in sides
moving about in bed – Stomach
cramps moved bowels few small
hard lumps.

**PHYSICAL EXAMINATION**

Lungs clear.
Pointes to Sternum Area
and both sides when C/O
Pain & Cramps. – Sternum
dry @ this time..
No Bowel Sounds detected

**ORDERS, MEDICATION, etc.**

Refer to M D.

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT** Drink Fluids...

| RELEASE/TRANSFER DATE 01 / 28 / 12 | TIME AM/PM | RELEASE/TRANSFERRED TO ☑ DOC □ AMBULANCE □ | CONDITION ON DISCHARGE □ SATISFACTORY □ POOR ☑ FAIR □ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE | DATE 1-28-0? | PHYSICIAN'S SIGNATURE B Johnson Camp | DATE 1.29.83 | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Avarette Tavius | AGE 23 | DATE OF BIRTH | R/S B/m | AIS # 217905 |
|---|---|---|---|---|

# Health Education
# Food Service Worker Guidelines

## Caps

1. Put cap on before washing hands.
2. Be sure to include all hair, especially bangs on the front of the head.
3. Do not touch hair or cap when handling food.

## Handwashing

1. Turn warm water on.
2. Wet hands.
3. Lather hands with soap. Scrub at least 30 seconds.
4. Rinse off bar of soap. Replace in soap dish.
5. Rinse hands.
6. Dry hands with paper towels.
7. Turn faucet off with paper towels.

## Sickness

Tell kitchen officer if you feel ill, or if you have diarrhea or a rash.

*I have received education on hand washing and personal hygiene, and I understand the need both, especially when handling food on kitchen detail.*

Inmate's Signature

Date  8/29/01

Nurse's Signature

Date  8/29/01

Health Education - Foc ' Service Worker Guidelines

INMATE'S
NAME: *Zavius Averette*   AIS# *217905*   DATE: *24 August 2001*

Time: *9:05 A.M.*   DOB *21 June '2001*   OFFICER: *Mark S. Young CoI*

*needs correcting*

### Booking Officer's Visual Opinion

|  | YES | NO |
|---|---|---|
| Is the inmate conscious? | ✓ | |
| Does the inmate have any obvious pain or bleeding/other symptoms suggesting the need for emergency services? | | ✓ |
| Are there any visible signs of trauma or illness requiring immediate emergency treatment or doctor's care? | | ✓ |
| Any obvious fever, swollen lymph nodes, jaundice, or other evidence of infections which might spread through the institution? | | ✓ |
| Is the skin in poor condition or show signs of vermin or rashes? | | ✓ |
| Does the inmate appear to be under the influence of alcohol or drugs? | | ✓ |
| Are there any visible signs of alcohol or drug withdrawals? (extreme perspiration, shakes, nausea, pinpoint pupils, etc.) | | ✓ |
| Is the inmate making any verbal threats to staff or other inmates? | | ✓ |
| Is the inmate carrying any medication or report that he is on any Medication which must be continuously administered or available? | | ✓ |
| Does the inmate have any obvious physical handicaps? | | ✓ |
| Are you presently taking medication for diabetes, heart disease, seizure, arthritis, asthma, ulcers, high blood pressure or psychiatric disorder? | | ✓ |
| Do you want to talk to a mental health counselor? 1. Did inmate respond? | ✓ | |
| Do you have epilepsy? | | ✓ |
| Do you have any medical problems we should know about? | | ✓ |

FOR THE OFFICER: (circle action)
The inmate was:  A: (Released for normal processing.)  B: Referred to appropriate health care unit.
C:  Immediately sent to health care unit

*Zavius a Averette*        *217905*        *Mark S. Young CoI*

# RECEIVING SCREENING FORM

INMATE'S NAME: _Averette, Zavius_    DATE: _8/17/01_ TIME: _____

DOB: _____    OFFICER: _R. Mooney_    INSTITUTION: __KILBY__

### RECEIVING OFFICER'S VISUAL OPINION

|  | YES | NO |
|---|---|---|
| Is the inmate conscious? | ✓ | ___ |
| Does the inmate have any obvious pain or bleeding or other symptoms suggesting the need for doctor's care? | ___ | ✓ |
| Are there any visible signs of trauma or illness requiring immediate emergency or doctor's care? | ___ | ✓ |
| Any obvious fever, jaundice, or other evidence of infection which might spread through the institution? | ___ | ✓ |
| Is the skin in poor condition or show signs of vermin or rashes? | ___ | ✓ |
| Does the inmate appear to be under the influence of alcohol, or drugs? | ___ | ✓ |
| Are there any signs of alcohol or drug withdrawal? (Extreme perspiration, shakes, nausea, pinpoint pupils, etc.) | ___ | ✓ |
| Is the inmate making any verbal threats to staff or other inmates? | ___ | ✓ |
| Is the inmate carrying any medication or report that he is on any medication which must be continuously administered or available? | ___ | ✓ |
| Does the inmate have any obvious physical handicaps? | ___ | ✓ |

## FOR THE OFFICER

Was the new inmate oriented on sick/dental call procedures?

This inmate was    _✓_  a. Released for normal processing

_____ b. Referred to health care unit

_____ c. Immediately sent to the health care unit.

Officer's Signature _____

This form will be completed at receiving and will be filed in the inmate's medical jacket to comply with NCCH Standards.

# NAPHCARE

## WHAT YOU NEED TO KNOW ABOUT TETANUS

Tetanus, sometimes called lockjaw, is a very serious disease that can occur after a cut or wound lets the germ into the body. Tetanus makes a person unable to open his or her mouth or swallow, and causes serious muscle spasms. People with tetanus usually have to stay in the hospital for a long time. In the United States, tetanus kills 3 out of every 10 people who get the disease. Since 1975, only 50 to 90 cases of tetanus have been reported each year.

Tetanus vaccines cause few problems. They may cause mild fever or soreness, swelling, and redness where the shot was given. These problems usually last for 1 to 2 days.

There is a rare chance that other serious problems or even death could occur after getting Tetanus. Such problems could happen after taking any medicine or after receiving any vaccine.

I have read the above information regarding Tetanus injections and understand about possible side effects.

_Jarvis A Auette_
**Inmate Signature/AIS#**

_8/20/01_
**Date**

_Wed_
**Witness**

**Manufacturer**

**Lot #**

**Administered By**

# DEPARTMENT OF CORRECTIONS

## PATIENT CONSENT TO TREATMENT FORM

Zarius, Averette _____    22 _____    8/20/01 : 12:44

Name of Patient          Age          Admission date/time

_____

Name and Address of Spouse or Parent

1. I hereby authorize the Department of Corrections, its contracted employees, agents, physicians, dentists, psychiatrists and/or such assistants as may be selected by him/her to treat the condition(s) which appear indicated by the diagnostic studies already performed.

2. Should surgical or diagnostic procedure(s) become necessary, I will be informed of them with regard to alteration modes of treatment, the risks involved, and the nature of the procedure(s) to be done.

3. This in no way constitutes a warranty or guarantee that my present condition will be cured; the Department of Correction, its contracted staff and employees, will provide with the best possible care available, but no assurance of cure is to be assumed.

4. I sign this willingly and voluntarily in full understanding of the above, and in so doing I release the Department of Correction, its directors and officers, its contracted staff employees, agents, and physicians from any and all liability which may arise from this action, whether or not foreseen at present.

_____          _____
Witness                            Patient Signature

_____                  8/20/01
Witness                            Date

F-83



# Inmate Food Service Worker Clearance

## Medical Record Review:

○ Yes- ⊘ No — Past history of hepatitis
⊘ Yes ○ No — TB test current
⊘ Yes ○ No — TB test negative

If history of positive TB test, verified completed treatment: _____
_____ Date

## Physical Assessment

○ Yes ⊘ No — Open sores or rashes on hands, arms, face and neck
○ Yes ⊘ No — Has diarrhea
○ Yes ⊘ No — Has a cough
⊘ Yes ○ No — Lungs clear to auscultation
○ Yes ⊘ No — Signs and symptoms of other contagious diseases

Specify: _____
_____
_____
_____

**This inmate's Medical Record has been reviewed and he/she has been examined.**

He/she ⊘ IS ○ IS NOT  medically cleared for duty as a food service worker.

_Manus Gopal CP_
Signature

_8/25/06_
Date

| Name: | ID # / DOB: | Location: |
|-------|-------------|-----------|
| AveRette, ZAVius | 2179 | Staton |

Inmate Food Service Worker Clearance

NAPHCARE
NURSE'S NOTES

| DATE | TIME | |
|------|------|---|
| 2/28/03 | 11⁴⁵ Pm | Ⓢ. Ø Complaints |
| | | Ⓞ In bed, eyes closed, resp ё easy - NDN |
| | | Ⓐ Alteration in Comfort |
| | | Ⓟ Continue Observation ————————— BBarkly |
| 3/1/03 | 3¹⁵ Am | Ⓞ Aroused easily for breakfast- sitting on side of |
| | | bed eating breakfast- voiced Ø Complaints -NADN BBarkly |
| | | Ⓟ Notify Staff of any problems ————— BBarkly |
| 3/1/03 | 9:00 | Ⓐ S None |
| | T 91.8 | Ⓞ In bed resp. ease skin w/o touch |
| | P 82 | Ⓞ C/o voiced ✓ intact and patent |
| | 130/12 | Ⓞ s/s of infiltration noted tolerated |
| | | well NDN |
| | | Ⓐ alteration in comfort |
| | | Ⓟ Cont. POC ————————— Nurse |
| 3/1/03 | 12N | Ⓞ A+O×3 meds given as ordered |
| | | tolerated well Ø s/s of infiltration |
| | | noted. Ø C/o voiced NADN ——— Nurse |
| 3/1/03 | 6p | Ⓞ A+O×3 resp. ease skin w/o touch |
| | | Ø C/o voiced meds given n as |
| | | ordered tolerated well Ø s/s |
| | | of infiltration noted T 98.0 |
| | | NADN ————————— Nurse |
| 3/1/03 | 11⁴⁵ Pm | Ⓢ Ø C/O |
| | | Ⓞ Sitting in chair watching TV - NDN - Ancef 1gm/100ml NS |
| | | started @ this time per orders - infused ё over |
| | | 30 min to IVT in ® fore arm - site ē s/s —— CONT |

| NAME: LAST | FIRST | MIDDLE | AIS# |

**PHS**

## INFIRMARY ADMISSION ASSESSMENT

Name: Averette, Zarius

D.▮▮▮▮▮▮

Patient Number: 217905

Temp: _____  ☐ Oral  ☐ Rectal     Resp: _____     Weight

☐ Ax     BP: _____  ☐ Rt  ☐ Lt

**Genitourinary:**

__ No Significant Findings
__ Frequency
__ Burning
__ Hematuria
__ Incontinence

__ Suprapubic Catheter

__ Foley Catheter
        Size _____

__ Last time Catheter
    Changed _____

__ Urine Color _____

__ Peritoneal Dialysis

__ Other _____

**Gastrointestinal:**

__ No Significant
   Findings
__ Distended Abd
__ Tender Abd/Rebound
__ Vomiting
__ Nausea
__ Diarrhea __ x/day
__ Constipation
__ Incontinence
__ Ostomy
__ Other _____

_____
_____
_____

Bowel Sounds

_____
_____
_____

Last BM: _____

**Cardiovascular:**

__ No Significant
   Findings
__ Irregular HR
__ Murmur
__ Bradycardia
__ Tachycardia
__ Pacemaker
__ Chest Pain
__ Homan's +
__ AV Shunt
__ Pedal Pulses
    _____ R _____ L
__ Edema:
    __ 1+ __ 2+
    __ 3+ __ 4+

__ Other

**Pulmonary:**

__ No Significant
   Findings
__ SOB
__ Cough
__ Productive
   Color _____
__ Non-Productive
__ Trach Size _____

__ Oxygen

__ Pursed Lip
   Breathing

Other: _____
_____
_____
_____

Breath Sounds:
_____
_____
_____

**Neuromuscular:**

__ No Significant
   Findings
__ PERRLA
__ Tremors
__ Numbness
__ Paralysis
__ Paresis: _____

__ Weakness
__ Grips Unequal
__ Impaired
   Balance
Other: _____
_____

**Speech:**
__ No Problems
__ Dysphasia
    ___ Hard
    ___ Slurred

**Hearing:**
__ No Problems
__ Hearing Aide
__ Hard of Hearing

**Skin:**
__ No Significant finding
__ Warm
__ Dry
__ Clammy
__ Diaphoretic
__ Ecchymosis
__ Rash
__ Pale
__ Poor Tugor
__ Other
__ Wound - Explain

**Diet:**

__ NPO

Appetite:
    __ Good  __ Fair
    __ Poor

Feeding Tube:
Type _____ Rate
Continuous Feeding
    __ Bolus
    __ Flush with Water

**Psych/Social**
__ No Significant
   Problem
__ Forgetful
__ Anxious
__ Disoriented
__ Depressed
__ Confused
__ Agitated
__ Other

| Pain Assessment | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| No Pain | | | | | | | | | | Severe Pain |

__ Shooting        __ Constant Pain
__ Aching          __ Intermittent
__ Burning
__ Stabbing
__ Spasms



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## *Vital Signs Flow Sheet*

Patient Name: Averett, Zavius

Date of Birth: _____



PHS-MD-70063

# DAILY PATIENT ASSESSMENT SHEET



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

Averette, Zavius

Date 8/2/05

|  | | 11-7 | 7-3 | 3-11 |
|---|---|---|---|---|
| Time | | 0200 | | |
| Assessed by (initials): | | CS | | |

| | | 11-7 | 7-3 | 3-11 |
|---|---|---|---|---|
| **RESPIRATORY** | Quality | | | |
| | Normal | ✓ | | |
| | Shallow | | | |
| | Deep | | | |
| | Labored | | | |
| | Rate - WNL | ✓ | | |
| | Slow | | | |
| | Rapid | | | |
| | Sounds - Clear | ✓ | | |
| | Abnormal | | | |
| | Cough - Productive | | | |
| | Non-Productive | | | |
| | Humidified O2 Therapy | | | |
| | L/Minute | | | |
| | Incentive Spirometer | | | |
| | Suctioning-Oral/NI/Trach | | | |
| **ABDOMEN** | Abdomen soft & nondistended | ✓ | | |
| | Abnormal | | | |
| | Bowel sounds - Active | ✓ | | |
| | Abnormal | | | |
| | Pain-Tenderness | | | |
| **PULSE/RATE** | Regular | ✓ | | |
| | Irregular | | | |
| | Strong | ✓ | | |
| | Weak | | | |
| | Apical | | | |
| | Radial | ✓ | | |
| **REFERRALS** | Patient Teaching | ✓ | | |
| | | | | |
| | | | | |

| | | 11-7 | 7-3 | 3-11 |
|---|---|---|---|---|
| Time | | 0200 | | |
| Assessed by (initials): | | CS | | |

| | | 11-7 | 7-3 | 3-11 |
|---|---|---|---|---|
| **TUBES AND DRAINAGE** | | | | |
| | Wound healing s̄ inflammation | | | |
| **WOUNDS/ULCERS/DRESSINGS** | Dressing Dry & Intact | ✓ | | |
| | Dressing Changed | | | |
| | Size | | | |
| | Type | | | |
| | Location | | | |
| | laceration (R) arm (L) hand (L) side R knee | ✓ | | |
| **TREATMENTS** | | | | |
| **I.V. THERAPY** | Bottle #/Rate | | | |
| | Site and Rate checked every two hours | | | |

| NURSE'S SIGNATURE: | RN 11-7 | | LPN 11-7 | CSmith LPN | 11-7 | |
|---|---|---|---|---|---|---|
| | 7-3 | | 7-3 | | 7-3 | |
| | 3-11 | | 3-11 | | 3-11 | |

# DAILY PATIENT ASSESSMENT SHEET

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

Averette, Zavius

Date 8/7/06

| | | 11-7 | 7-3 | 3-11 | | | 11-7 | 7-3 | 3-11 |
|---|---|---|---|---|---|---|---|---|---|
| | Time | 0240 | 0800 | 1600 | | Time | 020 | 080 | 1600 |
| | Assessed by (initials): | BR | TL | JL | | Assessed by (initials): | BR | TL | JL |
| RESPIRATORY | Quality | | | | TUBES AND DRAINAGE | | | | |
| | Normal | ✓ | | ✓ | | | | | |
| | Shallow | | | | | | | | |
| | Deep | | | | | | | | |
| | Labored | | | | | | | | |
| | Rate - WNL | ✓ | | ✓ | | | | | |
| | Slow | | | | | | | | |
| | Rapid | | | | | Wound healing s̄ inflammation | | | |
| | Sounds - Clear | ✓ | ✓ | ✓ | WOUNDS/ULCERS/DRESSINGS | Dressing Dry & Intact | ✓ | ✓ | ✓ |
| | Abnormal | | | | | Dressing Changed | | | |
| | Cough - Productive | | | | | Size | | | |
| | Non-Productive | | | | | Type | | | |
| | Humidified O2 Therapy | | | | | Location | | | |
| | L/Minute | | | | | Laceration | | | |
| | Incentive Spirometer | | | | | Ram B L hnd | | | |
| | Suctioning-Oral/Nl/Trach | | | | | B side B knee | | | |
| ABDOMEN | Abdomen soft & nondistended | ✓ | ✓ | ✓ | TREATMENTS | | | | |
| | Abnormal | | | | | | | | |
| | Bowel sounds - Active | ✓ | ✓ | ✓ | | | | | |
| | Abnormal | | | | | | | | |
| | Pain-Tenderness | | | | | | | | |
| PULSE/RATE | Regular | ✓ | ✓ | ✓ | I.V. THERAPY | | | | |
| | Irregular | | | | | Bottle #/Rate | | | |
| | Strong | ✓ | ✓ | | | | | | |
| | Weak | | | | | | | | |
| | Apical | ✓ | | | | | | | |
| | Radial | | ✓ | | | | | | |
| REFERRALS | Patient Teaching | | | | | Site and Rate checked every two hours | | | |

| NURSE'S SIGNATURE: | RN 11-7 | | LPN 11-7 | BR | 11-7 | |
|---|---|---|---|---|---|---|
| | 7-3 | | 7-3 | RN Christ | 7-3 | |
| | 3-11 | RN Cohilly | 3-11 | | 3-11 | |

# DAILY PATIENT ASSESSMENT SHEET

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

Averette, Zarlus

| Date | 7/31/05 |
|------|---------|

| | 11-7 | 7-3 | 3-11 | | | 11-7 | 7-3 | 3-11 |
|---|---|---|---|---|---|---|---|---|
| Time | 0200 | | 1800 | | Time | 0200 | | 1800 |
| Assessed by (initials): | BR | | JL | | Assessed by (initials): | BR | | JL |

## RESPIRATORY

| | 11-7 | 7-3 | 3-11 |
|---|---|---|---|
| Quality | ✓ | | |
| Normal | ✓ | | ✓ |
| Shallow | | | |
| Deep | | | |
| Labored | | | |
| Rate - WNL | ✓ | | ✓ |
| Slow | | | |
| Rapid | | | |
| Sounds - Clear | ✓ | | ✓ |
| Abnormal | | | |
| Cough - Productive | | | |
| Non-Productive | | | |
| Humidified O2 Therapy | | | |
| L/Minute | | | |
| Incentive Spirometer | | | |
| Suctioning-Oral/Nl/Trach | | | |

## ABDOMEN

| | 11-7 | 7-3 | 3-11 |
|---|---|---|---|
| Abdomen soft & nondistended | ✓ | | ✓ |
| Abnormal | | | |
| Bowel sounds - Active | ✓ | | ✓ |
| Abnormal | | | |
| Pain-Tenderness | | | |

## PULSE/RATE

| | 11-7 | 7-3 | 3-11 |
|---|---|---|---|
| Regular | | | ✓ |
| Irregular | | | |
| Strong | ✓ | | ✓ |
| Weak | | | |
| Apical | | | |
| Radial | ✓ | | ✓ |

## REFERRALS

| | 11-7 | 7-3 | 3-11 |
|---|---|---|---|
| Patient Teaching | | | |

## TUBES AND DRAINAGE

| | 11-7 | 7-3 | 3-11 |
|---|---|---|---|
| Wound healing S̄ inflammation | | | |

## WOUNDS/ULCERS/DRESSINGS

| | 11-7 | 7-3 | 3-11 |
|---|---|---|---|
| Dressing Dry & Intact | | | |
| Dressing Changed | | | |
| Size | | | |
| Type | | | |
| Location | | | ✓ |

## TREATMENTS

## I.V. THERAPY

| | 11-7 | 7-3 | 3-11 |
|---|---|---|---|
| Bottle #/Rate | | | |
| Site and Rate checked every two hours | | | |

| NURSE'S SIGNATURE: | RN 11-7 | LPN 11-7 | BR | 11-7 |
|---|---|---|---|---|
| | 7-3 | 7-3 | | 7-3 |
| | 3-11 | 3-11 | JL Creden | 3-11 |

# DAILY PATIENT ASSESSMENT SHEET

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

Averett, Zavius

Date: 7/30/05

| | | 11-7 | 7-3 | 3-11 | | | 11-7 | 7-3 | 3-11 |
|---|---|---|---|---|---|---|---|---|---|
| | Time | 0720 | | 1800 | | Time | 0720 | | 1800 |
| | Assessed by (initials): | | | CB | | Assessed by (initials): | | | |
| **RESPIRATORY** | Quality | | | | **TUBES AND DRAINAGE** | | | | |
| | Normal | ✓ | | ✓ | | | | | |
| | Shallow | | | | | | | | |
| | Deep | | | | | | | | |
| | Labored | | | | | | | | |
| | Rate - WNL | ✓ | | ✓ | | | | | |
| | Slow | | | | | | | | |
| | Rapid | | | | | | | | |
| | Sounds - Clear | ✓ | | ✓ | | Wound healing s̄ inflammation | | | ✓ |
| | Abnormal | | | | **WOUNDS/ULCERS/DRESSINGS** | Dressing Dry & Intact | | | ✓ |
| | Cough - Productive | | | | | Dressing Changed | | | |
| | Non-Productive | | | | | Size | | | |
| | Humidified O2 Therapy | | | | | Type | | | |
| | L/Minute | | | | | Location | | | ✓ |
| | Incentive Spirometer | | | | | | | | ✓ |
| | Suctioning-Oral/NI/Trach | | | | | | | | |
| **ABDOMEN** | Abdomen soft & nondistended | ✓ | | ✓ | **TREATMENTS** | | | | |
| | Abnormal | | | | | | | | |
| | Bowel sounds - Active | ✓ | | ✓ | | | | | |
| | Abnormal | | | | | | | | |
| | Pain-Tenderness | | | | | | | | |
| **PULSE/RATE** | Regular | ✓ | | ✓ | **I.V. THERAPY** | Bottle #/Rate | | | |
| | Irregular | | | | | | | | |
| | Strong | | | | | | | | |
| | Weak | | | | | | | | |
| | Apical | ✓ | | ✓ | | | | | |
| | Radial | ✓ | | ✓ | | | | | |
| **REFERRALS** | Patient Teaching | ✓ | | ✓ | | Site and Rate checked every two hours | | | |

| NURSE'S SIGNATURE: | RN 11-7 | | LPN 11-7 | BJones | 11-7 | |
| | 7-3 | | 7-3 | | 7-3 | |
| | 3-11 | | 3-11 | CJanderson | 3-11 | |



PHS
PRISON
HEALTH
SERVICES
INCORPORATED

# DAILY PATIENT ASSESSMENT SHEET

Date 7-29-05

| | 11-7 | 7-3 | 3-11 | | | 11-7 | 7-3 | 3-11 |
|---|---|---|---|---|---|---|---|---|
| Time | | | 1800 | | Time | | | 1800 |
| Assessed by (initials): | | | IR | | Assessed by (initials): | | | CR |

## RESPIRATORY

| | 11-7 | 7-3 | 3-11 |
|---|---|---|---|
| Quality | | | |
| Normal | | | ✓ |
| Shallow | | | |
| Deep | | | |
| Labored | | | |
| Rate - WNL | | | ✓ |
| Slow | | | |
| Rapid | | | |
| Sounds - Clear | | | ✓ |
| Abnormal | | | |
| Cough - Productive | | | |
| Non-Productive | | | |
| Humidified O2 Therapy | | | |
| L/Minute | | | |
| Incentive Spirometer | | | |
| Suctioning-Oral/NI/Trach | | | |

## ABDOMEN

| | 11-7 | 7-3 | 3-11 |
|---|---|---|---|
| Abdomen soft & nondistended | | | ✓ |
| Abnormal | | | |
| Bowel sounds - Active | | | ✓ |
| Abnormal | | | |
| Pain-Tenderness | | | |

## PULSE/RATE

| | 11-7 | 7-3 | 3-11 |
|---|---|---|---|
| Regular | | | ✓ |
| Irregular | | | |
| Strong | | | |
| Weak | | | ✓ |
| Apical | | | |
| Radial | | | ✓ |

## REFERRALS

| | 11-7 | 7-3 | 3-11 |
|---|---|---|---|
| Patient Teaching | | | |

## TUBES AND DRAINAGE

| | 11-7 | 7-3 | 3-11 |
|---|---|---|---|
| | | | |

Wound healing S̄ inflammation

## WOUNDS/ULCERS/DRESSINGS

| | 11-7 | 7-3 | 3-11 |
|---|---|---|---|
| Dressing Dry & Intact | | | ✓ |
| Dressing Changed | | | |
| Size | | | |
| Type | | | |
| Location | | | |

① Forearm
② Index Fing.
③ Side
④ Inner thigh

## TREATMENTS

| | 11-7 | 7-3 | 3-11 |
|---|---|---|---|
| | | | |

## I.V. THERAPY

| | 11-7 | 7-3 | 3-11 |
|---|---|---|---|
| Bottle #/Rate | | | |
| Site and Rate checked every two hours | | | |

| NURSE'S SIGNATURE: | RN 11-7 | | LPN 11-7 | | 11-7 |
|---|---|---|---|---|---|
| | 7-3 | | 7-3 | | 7-3 Sandra LPN |
| | 3-11 | | 3-11 V. Elliott | | 3-11 |



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 7-29-05 18:00 | Alert a oriented. Stab wounds covered VS stable med accepted No distress noted will continue to morning _____ J Elliot |
| 7/30/05 | 0205 S) "I'm alright. I'm fine" O) VS stable. No c/o or needs voiced. Accepted + took AM meds. Left arm in sling. A) Alt, in comfort. P) Continue to observe - BlkR |
| 7/30/05 | 1140 Continues on reflex as directed c difficulty. O adverse reactions noted. _____ A Plumwn |
| 7/30/05 | Inmate transferred to Ward I from Iso cell w/out incident V/signs T 98.4 P 79 R I BP 131/92 O2 ⊙ 97 o/o Inmate showered an dsgs Δ this shift. meds given w/out incident No s/rB No distress noted will continue to monitor _____ C Sanders RN |
| 7/31/05 | 0205 S) "Can you change my dressing?" O) Dsg. To R arm R side and left index finger Changed. Tolerated well. A) Alt. in comfort P) Continue to observe. _____ Blk |
| 7/31/05 1500 | Pt. AA0X3, respiration even /unlabored. ⊘ S/S o/o c/o pain/ distress. Tolerates PO meds c difficulty, monitor. _____ J. P |
| | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Averett, Zavius | 217905 | ▮▮▮▮ | B/m | WDCF |

PHS-MD-70049

**Complete Both Sides Before Using Another Sheet**



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# INFIRMARY PATIENT CARE PLAN

| | |
|---|---|
| Name: *Averette Zavius* | Diagnosis: *Multiple Lacerations* |
| DOC #: *217905* | Operations: |
| Admit Date: *7/29/05* | Special Procedures: |
| Admit Weight: | Allergies: |

| Weight:<br><br>B/P & TPR  BID ____  TID _____<br><br> Q 4 hours ____  Daily _____<br><br>Neuro Checks:<br>Other: | Diet  *Regular*<br><br>1 [____]  0 [____]<br>Fluids:<br>Encourage/Restrict<br>7 - 3<br>3 - 11<br>11 - 7<br>NPO: | Code Blue    Y    N |
|---|---|---|
| | | Living Will    Y    N |
| | | Power/Attorney    Y    N |
| | | Medications: |
| | Foley Cath:        Isolation:<br><br>Straight Cath:      Type: | |
| | Treatments:<br><br>Glucose Monitoring: | |
| Radiology:<br><br><br>Preps:        Y    N | Respiratory Therapy:<br>           constant/prn<br>           cannula/mask<br>Oxygen      1/pm<br>Maximist Treatments: | |
| Laboratory:<br><br>Tests: | Dressings/Treatments:<br>Ⓛ *arm*<br>Ⓛ *hand*<br>Ⓡ *side*<br>Ⓡ *knee* | PRN Medications: |

PHS-MD-70054



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 7/31/05 | 8w - S) Inmate quiet O) VS stable, dressings d'ed, meds given as ordered Ø acute distress noted A) Alt in comfort. P) continue to monitor — A) ___ |
| 8/1/05 0200 | S) Quiet O) VS stable, ___ to dsg. ↑ lacerations dry + intact. breakfast eaten, meds taken A) Alt in comfort P) Continue to observe ___ |
| 8/1/05 0800 | S) Alright O) VSS. Resp s ra skin w/n to touch, dsg dry + intact No c/o voiced No distress noted A) Alt in comfort P) cont to observe ___ |
| 8/2/05 | S) I'm alright O) VSS, resp even unlabored, all meds taken, A) alt in comfort P) To be DC in ama per MD ___ C Smith ___ |

| | | 11-7 | | 7-3 | | 3-11 |
|---|---|---|---|---|---|---|
| Time | | | | | | ⌐800 |
| Assessed by (initials): | | | | | | |

| BEHAVIOR/MENTAL STATUS | | 11-7 | | 7-3 | | 3-11 |
|---|---|---|---|---|---|---|
| | Alert | | | | | ⌐ |
| | Oriented x 3 | | | | | |
| | Disoriented | | | | | |
| | Lethargic | | | | | |
| | | | | | | |
| | Cooperative | | | | | ⌐ |
| | Combative/Uncooperative | | | | | |
| | Anxious | | | | | |
| | Depressed | | | | | |

| SPEECH | | | | | | |
|---|---|---|---|---|---|---|
| | Clear | | | | | ⌐ |
| | Slurred | | | | | |
| | Rambling | | | | | |
| | Aphasic | | | | | |
| | Inappropriate | | | | | |

| SENSATION/MOVEMENT | | | | | | |
|---|---|---|---|---|---|---|
| | Moves all extremities | | | | | ⌐ |
| | Weakness | | | | | |
| | Paralysis | | | | | |
| | Paresthesia | | | | | |
| | CMS intact | | | | | |

| ACTIVITIES | | | | | | |
|---|---|---|---|---|---|---|
| | Bedrest | | | | | ✓ |
| | Turn q 2 hours | | | | | |
| | OOB (chair) | | | | | |
| | BRP | | | | | |
| | Bedside commode | | | | | |
| | Ambulate | | | | | |

| HYGIENE | | | | | | |
|---|---|---|---|---|---|---|
| | Complete/Assist/Partial | | | | | ✓ |
| | Shower/Shampoo | | | | | |
| | Oral Care | | | | | |
| | P.M. Care | | | | | |
| | Peri-Care | | | | | |
| | Doctor's visits | | | | | |

| | | 11-7 | | 7-3 | | 3-11 |
|---|---|---|---|---|---|---|
| Time | | | | | | 800 |
| Assessed by (initials): | | | | | | ✓ |

| SKIN | | 11-7 | | 7-3 | | 3-11 |
|---|---|---|---|---|---|---|
| | Temperature: Warm | | | | | |
| | Hot | | | | | |
| | Cool | | | | | |
| | Turgor:   Good | | | | | ⌐ |
| | Fair | | | | | |
| | Poor | | | | | |
| | Moisture:   Dry | | | | | |
| | Moist | | | | | |
| | Color:   WNL | | | | | ⌐ |
| | Pale | | | | | |
| | Flushed | | | | | |
| | Cyanotic | | | | | |
| | Jaundice | | | | | |
| | Edema (location/amount) | | | | | |
| | Free of pressure/irritation | | | | | |

| TUBE FEEDINGS | | | | | | |
|---|---|---|---|---|---|---|
| | Tube feeding/Type: | | | | | |
| | Bottle changed | | | | | |
| | Tubing changed | | | | | |

| SAFETY | | | | | | |
|---|---|---|---|---|---|---|
| | Restraints: soft wrist/posey | | | | | |
| | Call light in reach | | | | | |
| | Bed in low position | | | | | ⌐ |
| | Siderails: up x 4 | | | | | |
| | Ambularm | | | | | |

| OTHER | | | | | | |
|---|---|---|---|---|---|---|
| | Decub. mattress/pad | | | | | |
| | TED hose: knee hi/thigh hi | | | | | |
| | Remove 30 q 8 hours | | | | | |

| NURSING ROUNDS | | | | | | |
|---|---|---|---|---|---|---|
| | Checked on rounds | | | | | ⌐ |
| | Respirations unchanged | | | | | ⌐ |

| ✓ Acceptable normal | X Within normal limits |
|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|
| | | | | |

| | | 11-7 | 7-3 | 3-11 |
|---|---|---|---|---|
| | Time | 0200 | | 1800 |
| | Assessed by (initials): | A | | CS |

| | | 11-7 | 7-3 | 3-11 |
|---|---|---|---|---|
| | Time | 0200 | | 1800 |
| | Assessed by (initials): | A | | CS |

## Left Panel

| Category | Item | 11-7 | 7-3 | 3-11 |
|---|---|---|---|---|
| BEHAVIORAL STATUS | Alert | ✓ | | ✓ |
| | Oriented x 3 | | | |
| | Disoriented | | | |
| | Lethargic | | | |
| | Cooperative | ✓ | | ✓ |
| | Combative/Uncooperative | | | |
| | Anxious | | | |
| | Depressed | ✓ | | |
| SPEECH | Clear | ✓ | | ✓ |
| | Slurred | | | |
| | Rambling | | | |
| | Aphasic | | | |
| | Inappropriate | | | |
| SENSATION/MOVEMENT | Moves all extremities | ✓ | | ✓ |
| | Weakness | | | |
| | Paralysis | | | |
| | Paresthesia | | | |
| | CMS intact | | | |
| ACTIVITIES | Bedrest | | | |
| | Turn q 2 hours | | | |
| | OOB (chair) | | | |
| | BRP | | | |
| | Bedside commode | | | |
| | Ambulate | ✓ | | ✓ |
| HYGIENE | Complete/Assist/Partial | | | |
| | Shower/Shampoo | | | |
| | Oral Care | | | |
| | P.M. Care | | | |
| | Peri-Care | | | |
| | Doctor's visits | | | ✓ |

## Right Panel

| Category | Item | 11-7 | 7-3 | 3-11 |
|---|---|---|---|---|
| SKIN | Temperature: Warm | ✓ | | ✓ |
| | Hot | | | |
| | Cool | | | |
| | Turgor: Good | ✓ | | ✓ |
| | Fair | | | |
| | Poor | | | |
| | Moisture: Dry | | | |
| | Moist | | | ✓ |
| | Color: WNL | ✓ | | ✓ |
| | Pale | | | |
| | Flushed | | | |
| | Cyanotic | | | |
| | Jaundice | | | |
| | Edema (location/amount) | | | |
| | Free of pressure/irritation | | | |
| TUBE FEEDINGS | Tube feeding/Type: | ✓ | | ✓ |
| | Bottle changed | | | |
| | Tubing changed | | | |
| SAFETY | Restraints: soft wrist/posey | | | ✓ |
| | Call light in reach | | | |
| | Bed in low position | ✓ | | ✓ |
| | Siderails: up x 4 | | | |
| | Ambularm | | | |
| OTHER | Decub. mattress/pad | | | |
| | TED hose: knee hi/thigh hi | | | |
| | Remove 30 q 8 hours | ✓ | | |
| NURSING ROUNDS | Checked on rounds | ✓ | | ✓ |
| | Respirations unchanged | ✓ | | ✓ |

✔ Acceptable normal        X  Within normal limits

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|
| | | | | |

| | | 11-7 | | 7-3 | | 3-11 | | | | 11-7 | | 7-3 | | 3-11 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Time | | | | | | | | Time | | | | | | |
| | Assessed by (initials): | | | | | | | | Assessed by (initials): | | | | | | |
| **BEHAVIOR/MENTAL STATUS** | Alert | | | | | ✓ | | **SKIN** | Temperature: Warm | ✓ | | | | ✓ | |
| | Oriented x 3 | ✓ | | | | ✓ | | | Hot | | | | | | |
| | Disoriented | | | | | | | | Cool | | | | | | |
| | Lethargic | | | | | | | | Turgor: Good | ✓ | | | | ✓ | |
| | | | | | | | | | Fair | | | | | | |
| | Cooperative | ✓ | | | | ✓ | | | Poor | | | | | | |
| | Combative/Uncooperative | | | | | | | | Moisture: Dry | | | | | ✓ | |
| | Anxious | | | | | | | | Moist | | | | | | |
| | Depressed | | | | | | | | Color: WNL | ✓ | | | | ✓ | |
| | | | | | | | | | Pale | | | | | | |
| **SPEECH** | Clear | ✓ | | | | ✓ | | | Flushed | | | | | | |
| | Slurred | | | | | | | | Cyanotic | | | | | | |
| | Rambling | | | | | | | | Jaundice | | | | | | |
| | Aphasic | | | | | | | | | | | | | | |
| | Inappropriate | | | | | | | | Edema (location/amount) | | | | | | |
| **SENSATION/MOVEMENT** | Moves all extremities | ✓ | | | | ✓ | | | | | | | | | |
| | Weakness | | | | | | | | Free of pressure/irritation | | | | | | |
| | Paralysis | | | | | | | **TUBE FEEDINGS** | Tube feeding/Type: | | | | | | |
| | Paresthesia | | | | | | | | Bottle changed | | | | | | |
| | CMS intact | | | | | | | | Tubing changed | | | | | | |
| **ACTIVITIES** | Bedrest | | | | | | | **SAFETY** | Restraints: soft wrist/posey | | | | | | |
| | Turn q 2 hours | | | | | | | | Call light in reach | | | | | | |
| | OOB (chair) | | | | | | | | Bed in low position | ✓ | | | | ✓ | |
| | BRP | | | | | | | | Siderails: up x 4 | | | | | | |
| | Bedside commode | | | | | | | | Ambularm | | | | | | |
| | Ambulate | ✓ | | | | ✓ | | | | | | | | | |
| **HYGIENE** | Complete/Assist/Partial | | | | | | | **OTHER** | Decub. mattress/pad | | | | | ✓ | |
| | Shower/Shampoo | | | | | | | | TED hose: knee hi/thigh hi | | | | | | |
| | Oral Care | | | | | | | | Remove 30 q 8 hours | | | | | | |
| | P. M. Care | | | | | | | **NURSING ROUNDS** | Checked on rounds | ✓ | | | | ✓ | |
| | Peri-Care | | | | | | | | Respirations unchanged | ✓ | | | | ✓ | |
| | Doctor's visits | | | | | | | | | | | | | | |

| ✓ Acceptable normal | X Within normal limits |
|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|
| | | | | |

| | | 11-7 | 7-3 | 3-11 | | | 11-7 | 7-3 | 3-11 |
|---|---|---|---|---|---|---|---|---|---|
| | Time | 0200 | 0800 | 1600 | | Time | 0200 | 0800 | 1600 |
| | Assessed by (initials): | R | U | LC | | Assessed by (initials): | B | B | LC |
| **BEHAVIOR/MENTAL STATUS** | Alert | ✓ | ✓ | ✓ | **SKIN** | Temperature: Warm | ✓ | ✓ | ✓ |
| | Oriented x 3 | ✓ | ✓ | ✓ | | Hot | | | |
| | Disoriented | | | | | Cool | | | |
| | Lethargic | | | | | Turgor:   Good | ✓ | ✓ | ✓ |
| | | | | | | Fair | | | |
| | Cooperative | ✓ | ✓ | ✓ | | Poor | | | |
| | Combative/Uncooperative | | | | | Moisture:   Dry | | ✓ | ✓ |
| | Anxious | | | | | Moist | | | |
| | Depressed | | | | | Color:   WNL | ✓ | ✓ | ✓ |
| **SPEECH** | Clear | ✓ | ✓ | ✓ | | Pale | | | |
| | Slurred | | | | | Flushed | | | |
| | Rambling | | | | | Cyanotic | | | |
| | Aphasic | | | | | Jaundice | | | |
| | Inappropriate | | | | | Edema (location/amount) | | | |
| **SENSATION/MOVEMENT** | Moves all extremities | ✓ | ✓ | ✓ | | | | | |
| | Weakness (L) Arm | ✓ | ✓ | | | Free of pressure/irritation | | | |
| | Paralysis | | | | **TUBE FEEDINGS** | Tube feeding/Type: | | | |
| | Paresthesia | | | | | Bottle changed | | | |
| | CMS intact | | | | | Tubing changed | | | |
| **ACTIVITIES** | Bedrest | | | | **SAFETY** | Restraints: soft wrist/posey | | | |
| | Turn q 2 hours | | | | | Call light in reach | | | |
| | OOB (chair) | | | | | Bed in low position | ✓ | ✓ | ✓ |
| | BRP | | | | | Siderails: up x 4 | | | |
| | Bedside commode | | | | | Ambularm | | | |
| | Ambulate | ✓ | ✓ | | **OTHER** | Decub  mattress/pad | | | |
| **HYGIENE** | Complete/Assist/Partial | | | | | TED hose: knee hi/thigh hi | | | |
| | Shower/Shampoo | | | | | Remove 30 q 8 hours | | ✓ | |
| | Oral Care | | | | **NURSING ROUNDS** | Checked on rounds | ✓ | ✓ | ✓ |
| | P.M  Care | | | | | Respirations unchanged | ✓ | ✓ | ✓ |
| | Peri-Care | | | | | | | | |
| | Doctor's visits | | | | | ✓  Acceptable normal     X   Within normal limits | | | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|
| | | | | |

| | 11-7 | 7-3 | 3-11 | | | 11-7 | 7-3 | 3-11 |
|---|---|---|---|---|---|---|---|---|
| Time | 02w | | | Time | | 02w | | |
| Assessed by (initials): | CS | | | Assessed by (initials): | | CS | | |

**BEHAVIORAL STATUS**

| | 11-7 | 7-3 | 3-11 |
|---|---|---|---|
| Alert | ✓ | | |
| Oriented x 3 | ✓ | | |
| Disoriented | | | |
| Lethargic | | | |
| Cooperative | ✓ | | |
| Combative/Uncooperative | | | |
| Anxious | | | |
| Depressed | | | |

**SPEECH**

| | 11-7 | 7-3 | 3-11 |
|---|---|---|---|
| Clear | ✓ | | |
| Slurred | | | |
| Rambling | | | |
| Aphasic | | | |
| Inappropriate | | | |

**SENSATION/MOVEMENT**

| | 11-7 | 7-3 | 3-11 |
|---|---|---|---|
| Moves all extremities | ✓ | | |
| Weakness ⊙ arm | ✓ | | |
| Paralysis | | | |
| Paresthesia | | | |
| CMS intact | | | |

**ACTIVITIES**

| | 11-7 | 7-3 | 3-11 |
|---|---|---|---|
| Bedrest | | | |
| Turn q 2 hours | | | |
| OOB (chair) | | | |
| BRP | | | |
| Bedside commode | | | |
| Ambulate | ✓ | | |

**HYGIENE**

| | 11-7 | 7-3 | 3-11 |
|---|---|---|---|
| Complete/Assist/Partial | ✓ | | |
| Shower/Shampoo | | | |
| Oral Care | | | |
| P. M. Care | | | |
| Peri-Care | | | |
| Doctor's visits | | | |

**SKIN**

| | 11-7 | 7-3 | 3-11 |
|---|---|---|---|
| Temperature: Warm | ✓ | | |
| Hot | | | |
| Cool | | | |
| Turgor: Good | ✓ | | |
| Fair | | | |
| Poor | | | |
| Moisture: Dry | | | |
| Moist | | | |
| Color: WNL | ✓ | | |
| Pale | | | |
| Flushed | | | |
| Cyanotic | | | |
| Jaundice | | | |
| Edema (location/amount) | | | |
| Free of pressure/irritation | | | |

**TUBE FEEDINGS**

| | 11-7 | 7-3 | 3-11 |
|---|---|---|---|
| Tube feeding/Type: | ✓ | | |
| Bottle changed | ✓ | | |
| Tubing changed | ✓ | | |

**SAFETY**

| | 11-7 | 7-3 | 3-11 |
|---|---|---|---|
| Restraints: soft wrist/posey | | | |
| Call light in reach | | | |
| Bed in low position | ✓ | | |
| Siderails: up x 4 | | | |
| Ambularm | | | |

**OTHER**

| | 11-7 | 7-3 | 3-11 |
|---|---|---|---|
| Decub. mattress/pad | ✓ | | |
| TED hose: knee hi/thigh hi | | | |
| Remove 30 q 8 hours | | | |

**NURSING ROUNDS**

| | 11-7 | 7-3 | 3-11 |
|---|---|---|---|
| Checked on rounds | ✓ | | |
| Respirations unchanged | ✓ | | |

✔ Acceptable normal          X Within normal limits

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|
| | | | | |



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / | |
| ALLERGIES: | |
| Use Last    Date / / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / | |
| ALLERGIES: | |
| Use Fourth   Date / / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / | |
| ALLERGIES: | |
| Use Third   Date / / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / | |
| ALLERGIES: | |
| Use Second   Date / / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Averette Zarius | DIAGNOSIS |
|---|---|
| *noted 2-1-06 BW* | H₂ O₂ Rinse Tid X 10 days |
| D.O.B. / /    KOP → | Pen VK 500mg Tid X 10 days |
| ALLERGIES:    *given 2/1/06* → | Flagyl 250 mg Tid X 10 days |
| Use First    Date 2/1/06 | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED    DMS |

60110 (4/03)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

NAME: Averette Zavius
217905
given KOP 9/13/05

D.O.B. / /
ALLERGIES: NKDA
B. Allen
10/3/05
19 u

Use Last     Date 9/29/05

DIAGNOSIS (If Chg'd)
Motrin 600mg B.d x 7 days
Hada Rinse T.d x 10 days
A.M. Gill DMD

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Averette, Zavius
C2-29

D.O.B. ████████
ALLERGIES: NKDA
N. Tol oblerton
8-14-05

Use Fourth     Date 8/12/05

DIAGNOSIS (If Chg'd)
1) Percogesic 2 po TID
pro X 14 days
2) RTC in 3 wks for
recheck

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Averette, Zavius
217905

D.O.B. ████████
ALLERGIES: NKDA
noted Trilliteson 8/2/05 12:00

Use Third     Date 8/2/05

DIAGNOSIS (If Chg'd)
1) Pink slip for bottom
bunk for 30 days

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Averette, Zavius
217905

D.O.B. ████████
ALLERGIES: NKDA
noted Trilliteson 8/2/05

Use Second     Date 8/1/05

DIAGNOSIS (If Chg'd)
1) Please D/C on Keflex
500 mg po TID X 7 days (KOP)
2) RTC in one week

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Averette Zavius
#217905

D.O.B. ████████
ALLERGIES: NKDA

'se First     Date 7/29/05

DIAGNOSIS
1) Keflex 500 mg po Tid X 7days

Dr. Mosier

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

MEDICAL RECORDS COPY

(4/03)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: Averette, Zavius _217905_ | DIAGNOSIS (If Chg'd) Feldene 10 mg po QD x 60 days. KOP VODr. Morris /Bhagwat |
| D.O.B. ALLERGIES: NKA | |
| Use Last   Date 1/11/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Averette Zavius _217905_ Stokey | DIAGNOSIS (If Chg'd) Feldene 10 mg po qd x 60 days KOP not Chart to me BCE when HSA when finished |
| D.O.B. ALLERGIES: NKA | |
| Use Fourth   Date 12/20/04 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED   Russ tur CRNP |
| NAME: Averette, Zavius _217905_ Stokey | DIAGNOSIS (If Chg'd) Feldene 10 mg po qd x 30 days KOP Heuvisit Hu 1mo - Back pain appt 12/20/04 SD |
| D.O.B. ALLERGIES: | |
| Use Third   Date 11/16/04 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED   Russ tur CRNP |
| NAME: Averette, Zavius _217905_ Stokey | DIAGNOSIS (If Chg'd)   11/16/04 SD XRay Left elbow HCU evaluation of elbow c back |
| D.O.B. ALLERGIES: | |
| Use Second   Date 11/9/04 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED   Russ tur CRNP |
| NAME: Averette, Zavius #217905 | DIAGNOSIS Motrin 600mg tid x 3d |
| D.O.B. ALLERGIES: NKDA | |
| First   Date 11/15/04 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED   N. Kelley DMD |

MEDICAL RECORDS COPY

60110 (4/03)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

NAME: Zavius, Averette
217905

D.O.B.
ALLERGIES:

Use Last    Date 10/19/04

DIAGNOSIS (If Chg'd)
O9727↑  Rheumatoid profile

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Zavius, Averette
217905
Stat'n

D.O.B.
ALLERGIES:

Use Fourth    Date 9/21/04

DIAGNOSIS (If Chg'd)
XRay left elbow & C/L spine
It cu sight / WK p xrays
Robert Barrett
9-22-04 @ 10¾

☐ GENERIC SUBSTITUTION IS NOT PERMITTED  Pass In Camp

---

NAME: Zavius, Averette
217905

D.O.B.
ALLERGIES: NKDA

Use Third    Date 9/13/04

DIAGNOSIS (If Chg'd)
① Feldene 20mg PO BID x 7d
② Flexeril 10mg QHS x 3d only

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Zavius Averette
217905

D.O.B.
ALLERGIES:

Use Second    Date 8/31/04

DIAGNOSIS (If Chg'd)
Eye list

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Zavius, Averette
217905
Stat'n

D.O.B.
ALLERGIES:

Use First    Date 8/25/04

DIAGNOSIS
Sched eval of limb pain  appt 9/6/04
Sick call x 2

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

60110 (4/03)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Averette, Zavier 217905    D.O.B.: / / |
|---|---|
| 2/6/06 | weight 189# BP 160/82 P 75 R 20 T 98° scalp lesions *initial* |
| | s). pt c/o bumps on the back of his head. |
| | o). multiple small hypertrophic scars in occiput |
| | a). Hypertrophic scars |
| | p). Reassure |
| | C. Hudson |
| 5/12/06 | BP 130/84 P 72 R 14 T 96.8 Wt 182 lb |
| | s). 26 y o Bm with multiple keloid/hypertrophic scars on his upper neck |
| | a). keloids |
| | p). Inject c̄ 5 mg/mL kenalog c̄ 1% lidocaine RTC prn MD |
| | C. Hudson |
| 6/2/06 | No show for MD appt. Called for 3-4 times by Officer Merriweather. Name was in newsletter *initial* |



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: | D.O.B.:   /   / |
|-----------|----------------|------------------|

8/1/05
11:35am

S: Multiple superficial stab wounds —
No evidence of infection

O: AFVSS

P: 1) D/c on current meds

---

8/11/05
3:00p

S: Here for multiple stab wounds /
left arm, right thigh
right in left index finger /
No problems with side

O: Healing stab wounds
left forearm, left index
finger / right thigh

A/P: 1) Try to exercise arms &
finger

---

9/15/05
5:30p

S: Here for recheck of
multiple stab wounds

O: Gen: WDWN BM in NAD
stab wounds healed
Keloids back of scalp.



# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

Print Name: _ZAVIUS AVERETTE_   Date of Request: _5-4-06_
ID # _217905_   Date of Birth: _____   Location: _2-79_
Nature of problem or request: _The Doctor told me to put a sick_
_call slip in in 3 month for a recheck up._

_____
_Zavs auott_
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: _5/8/06_
Time: _0445_ (AM) PM
Allergies: _NUPA_

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

_screened_
_5/8/06_
_0445_

**(S)ubjective:** _No change in places on scalp. Need to see_
_him for 3 month check y._

**(O)bjective** **(V/S):** T: _982_   P: _72_   R: _20_   BP: _136/82_   WT: _187#_
_Raised scarring to post scalp. No erythema. Seen by_
_MD 2/6/06 per above._

**(A)ssessment:** _26 yr B/m c raised scarring to post scalp @ hairline_

**(P)lan:** _No appt._
_prob L_

Refer to: (MD/PA)  Mental Health   Dental   Daily Treatment   Return to Clinic PRN
CIRCLE ONE

Check One:  ROUTINE ( ✗ )  EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Zavius Averette_     Date of Request: _2-1-06_

ID # _217905_     Date of Birth: _____ Location: _2-79_

Nature of problem or request: _I bumps on my neck has gotten worst,_
_I really need something done about it_

_____

_Zavius Averette_
_Signature_

### DO NOT WRITE BELOW THIS LINE

Date: _2/3/06_       _6/28/9_

Time: _0555_ (AM) PM

Allergies: _NKDA_

┌─────────────────────────────┐
│ **RECEIVED** │
│ Date: │
│ Time: │
│ Receiving Nurse Intials _____ │
└─────────────────────────────┘

(S)ubjective: _The bumps on my neck is getting worse. Was told it was fungus from clippers. Been there one year._

(O)bjective   (V/S): T: _98_   P: _88_   R: _20_   BP: _140/86_   WT: _187 4_

_Raised hard lesion in hair @ post scalp. No draining_

(A)ssessment: _26 yr B/M c raised lesions to post scalp_

(P)lan: _MD Losel_
_2/6/06 VE: Don't pick on irritated area_

Refer to: MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
CIRCLE ONE

Check One: ROUTINE ( )    EMERGENCY ( )

If Emergency was PHS supervisor notified:   Yes ( )   No ( )

Was MD/PA on call notified:   Yes ( )   No ( )

_SIGNATURE AND TITLE_

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _ZAVIUS AVERETTE,_ Date of Request: _9-22-05_

ID # _217905_ Date of Birth: _____ Location: _2-79_

Nature of problem or request: _____

_____

_____

_____

_____ Signature

### DO NOT WRITE BELOW THIS LINE

Date: _9/26/05_
Time: _0630_ (AM) PM
Allergies: _____

┌─────────────────────────────┐
│          RECEIVED           │
│ Date:                       │
│ Time:                       │
│ Receiving Nurse Intials ___ │
└─────────────────────────────┘

**(S)ubjective:**

**(O)bjective** **(V/S): T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

**(A)ssessment:** _No show for sick call screening. Called for by infirmary cubicle officer @ 0540 + 0605_

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                              CIRCLE ONE

Check One:   ROUTINE ( )      EMERGENCY ( )
         If Emergency was PHS supervisor notified:   Yes ( )    No ( )
         Was MD/PA on call notified:   Yes ( )    No ( )

_____
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _ZAvius Averette_ _____ Date of Request: _9-12-05_

ID # _217905_ _____ Date of Birth: _____ Location: _2-79_

Nature of problem or request: _The bumps behind my head is huding real bad, I_
_really need something for it, I got two teeth thats huding my gum i need_
_them pulled._

_____ _Zavius Averette_ _____
Signature

## DO NOT WRITE BELOW THIS LINE

Date: _9/14/05_
Time: _0700_ AM PM
Allergies: _____

```
┌─────────────────────────────────┐
│           RECEIVED              │
│ Date:                           │
│ Time:                           │
│ Receiving Nurse Intials _____  │
└─────────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective** **(V/S): T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

**(A)ssessment:** _asking to appt. Advised appt_

**(P)lan:** _○ MD scheduled 9/15/05_

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
CIRCLE ONE

Check One:  ROUTINE ( )     EMERGENCY ( )

If Emergency was PHS supervisor notified:   Yes ( )    No ( )

Was MD/PA on call notified:   Yes ( )    No ( )

_____
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Zavius Averette_    Date of Request: _9-6-05_
ID # _217905_    Date of Birth: _____ Location: _2-79_
Nature of problem or request: _I need Something for the bumps in_
_the back of my head._
_____
_____
_____ _Zavius Averette_
                      Signature

## DO NOT WRITE BELOW THIS LINE

Date: _9 6 05_
Time: _0800_ (AM) PM
Allergies: _____

```
┌─────────────────────────────┐
│         RECEIVED            │
│  Date:                      │
│  Time:                      │
│  Receiving Nurse Intials ___│
└─────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective** (V/S): T: _____ P: _____ R: _____ BP: _____ WT: _____

**(A)ssessment:** _Screened this AM. Has MD appt_
            _pending_

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
                               CIRCLE ONE
Check One:   ROUTINE ( )    EMERGENCY ( )
      If Emergency was PHS supervisor notified:   Yes ( )    No ( )
            Was MD/PA on call notified:   Yes ( )    No ( )

_____
            SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Zavius Arevette_      Date of Request: _9-01-05_

ID # _217905_     Date of Birth: _____ Location: _2-79_

Nature of problem or request: _I need Something to cure the bump in back_
_of my head._

_Zavius Avelette_
*Signature*

## DO NOT WRITE BELOW THIS LINE

Date: _9/6/05_
Time: _0630_ AM **PM** (PM circled)
Allergies: _NKDA_

```
┌─────────────────────────────────┐
│          RECEIVED               │
│ Date:                           │
│ Time:                           │
│ Receiving Nurse Intials _____  │
└─────────────────────────────────┘
```
_received 9/6/05 0630_

**(S)ubjective:** _Bump on back of neck. Supposed to have_
_appt. anyway. Nothing new helped. Pre had_
_several things ordered."_

**(O)bjective (V/S): T:** _99_ **P:** _84_ **R:** _20_ **BP:** _142/90_ **WT:** _132#_
_Seen by MD 8/11/05. MD appt pending. 9/1/05_

**(A)ssessment:** _26yr B/M asks re: fu appt, chronic issues_
_post scalp_

**(P)lan:** _Watch newsletter for MD appt._

Refer to: MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
CIRCLE ONE

Check One: ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified: Yes ( )   No ( )
Was MD/PA on call notified: Yes ( )   No ( )

*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC
## SICK CALL REQUEST

Print Name: _Z. AVIUS AVERETTE_ Date of Request: _8-29-05_

ID # _217905_ Date of Birth: _____ Location: _2-79_

Nature of problem or request: _I need Something to get rid of the_
_bumps in the back of my Head._

_Zavius Averette_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _8/31/05_
Time: _0830_ AM (PM)
Allergies: _____

```
┌─────────────────────────────────────┐
│             RECEIVED                 │
│  Date:                               │
│  Time:                               │
│  Receiving Nurse Intials _____      │
└─────────────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective   (V/S): T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

**(A)ssessment:** _No show for sick call screening. Called for_
_by infirmary/cubicle officer @ 0600_

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE

Check One:   ROUTINE ( )   EMERGENCY ( )

If Emergency was PHS supervisor notified:   Yes ( )   No ( )

Was MD/PA on call notified:   Yes ( )   No ( )

_____
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 7/29/05 | TIME 0800 ☑AM ☐PM | ORIGINATING FACILITY WDCF ☐SIR ☐PDL ☐ESCAPEE | ☐SICK CALL ☑EMERGENCY ☐OUTPATIENT |
|---|---|---|---|

| ALLERGIES NKA | CONDITION ON ADMISSION ☑GOOD ☐FAIR ☐POOR ☐SHOCK ☐HEMORRHAGE ☐COMA |
|---|---|

VITAL SIGNS: TEMP 98⁴ ORAL/RECTAL    RESP 20    PULSE 92    B/P 110/73    RECHECK IF SYSTOLIC <100> 50 ___/___

**NATURE OF INJURY OR ILLNESS**

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / ___ SUTURES |
|---|---|---|---|---|

S) I dont know I was asleep I dont know what happened or who did it.

O) Approx 1½ long and approx ½ cent deep stab noted to ® side. Approx 2 cent long and approx 2 cent deep inner thigh ® 4 inches above knee.

**PHYSICAL EXAMINATION**

2 wounds noted to ℗ midway forearm. Superficial laceration noted to ℗ indal ℗ finger.

A) Alt in comfort

PROFILE RIGHT OR LEFT

In + out

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| ① Keflex 500mg P.O. Tid x 7 days | | |
| ② Tetnus toxoid 0.5ml IM now - done per Mrs. Green LPN | | |
| ③ Hold for Eval in Infirm. for now | | |

P) All wounds dressed and cleaned. Each wound clensed c̄ H₂O₂, all closed c̄ difficulty c̄ Steri strips wound edges aprox. Well, Pt. tolerated well c̄ any complaints voiced. Smallest. Serosanguinous from ® hip ℗ ® thigh wounds.

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**
℗ Notify Medical Personell of any Δ's or Problems

| DISCHARGE DATE 7/29/05 | TIME 0907 ☑AM ☐PM | RELEASE / TRANSFERRED TO ☑DOC ☐AMBULANCE | CONDITION ON DISCHARGE ☑SATISFACTORY ☐POOR ☐FAIR ☐CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE 7-29-05 | DATE | PHYSICIAN'S SIGNATURE | DATE 8/1/05 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Zartus Averette Ravina | DOC# 217905 | DOB | R/S B/m | FAC WDCF |
|---|---|---|---|---|



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

### PRISON HEALTH SERVICES, INC.
### SICK CALL REQUEST

Print Name: _Zavius Arelette_        Date of Request: _1-4-05_

ID # _217905_            Date of Birth: _____ Location: _13-3-6-7_

Nature of problem or request: _left elbow and back is still acting up._

_____

_____

_____

_Signature_

### DO NOT WRITE BELOW THIS LINE

Date: _1/4/05_

Time: _2000_ AM PM

Allergies: _NKA_

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:** _Some body has picked up my pain pills when I go to pill call they won't give me any because they ordered KOP_

**(O)bjective** (V/S): T: _97°_  P: _80_  R: _20_  BP: _128/84_  WT: _170_

_c/o pain to ⓇⒹ elbow from ball injury  c/o stiffness upon rising to ⓇⒹ elbow joint  full ROM to ⓇⒹ elbow_

**(A)ssessment:**

_Alteration in comfort_

**(P)lan:** _MD to review_

_Signed for feldene 12-28-04 KOP_

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN

CIRCLE ONE

Check One:   ROUTINE (✓)    EMERGENCY ( )

If Emergency was PHS supervisor notified:    Yes ( )    No ( )

Was MD/PA on call notified:    Yes ( )    No ( )

_Milligan LPN / L Lueter RN_

*SIGNATURE AND TITLE*      _1-5-5_

WHITE:    INMATES MEDICAL FILE

YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Zarius Averette_     Date of Request: _11-8-04_
ID # _217905_     Date of Birth: _____ Location: _B-3-6-T_
Nature of problem or request: _The problem with my left elbow and back_
_has got worse_

_____

_____

Signature

## DO NOT WRITE BELOW THIS LINE

Date: _11/8/04_
Time: _6:15p_   AM (PM)
Allergies: _____

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:** _I need to see a M.D. about my lt elbow_
_& back._

**(O)bjective**   (V/S): T: _97.8_   P: _77_   R: _18_   BP: _108/68_   WT: _170_
_A+O X3 Ambu in 5 diff. states Injured in altercation Onset 97_
_C/O sever pain to Elbow & lt back. No edena or deformities_
_noted_
**(A)ssessment:** _Alt comfort_

_Body Chart 9-10-04_

**(P)lan:** _√ pill call_

Refer to: ( MD/PA )   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
        CIRCLE ONE
Check One: ROUTINE ( )    EMERGENCY ( )
    If Emergency was PHS supervisor notified:   Yes ( )    No ( )
       Was MD/PA on call notified:   Yes ( )    No ( )

SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT