EXHIBIT
**B-2**



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

### PRISON HEALTH SERVICES, INC.
### SICK CALL REQUEST

Print Name: _Zavius Arerette_ _____ Date of Request: _10-30-04_

ID # _217905_ _____ Date of Birth: _____ Location: _B-3-6T_

Nature of problem or request: _I'm having problem with a tooth, i really need it polled._

_____

_____

_____

_Signature_

## DO NOT WRITE BELOW THIS LINE

_____

Date: ___/___/___

Time: _____ AM PM

Allergies: _____

RECEIVED
Date: _11-2-04_
Time: _6 30_
Receiving ~~Nurse~~ Intials _OH_

**(S)ubjective:** _Dental screening_

**(O)bjective (V/S): T:** ____  **P:** ____  **R:** ____  **BP:** ____  **WT:** ____

_Problem_

**(A)ssessment:** _Requa_

**(P)lan:** _Dental_

Refer to:  MD/PA  Mer

Check One:  ROUTINE

If Emergency was _____

Was MD/PA on call notified: _yes ( )_

_SIGNATURE AND TITLE_

WHITE:  INMATES MEDICAL FILE

YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Zarius Averette_     Date of Request: _10-30-04_
ID # _21790 S_     Date of Birth: _____ Location: _B-3-6-T_
Nature of problem or request: _I need to see a doctor about my left_
_elbow and back the problem has gotten worst._
_____
_____

_Zarius Averette_
                                        _Signature_
**DO NOT WRITE BELOW THIS LINE**
_____

Date: ____/____/____
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective**   (V/S): **T:** _____   **P:** _____   **R:** _____   **BP:** _____   **WT:** _____

**(A)ssessment:**                 _No Show 11/1/04 WHS_

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
                                        CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )     No ( )
                Was MD/PA on call notified:   Yes ( )     No ( )

_____
                                _SIGNATURE AND TITLE_
WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT
GLF-1002   (1/4)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Zavius Averette_     Date of Request: _10-18-04_

ID # _217905_     Date of Birth: _____ Location: _B-1-12-T_

Nature of problem or request: _My left elbow and back has got worst, i really need_
_to see the doctor. The medicine didn't work at all._

_____

_____

           _Zavius Averette_
                 Signature

### DO NOT WRITE BELOW THIS LINE

Date: _10/18/04_

Time: _2045_ AM PM

Allergies: _NKA_

| RECEIVED |
| --- |
| Date: _10/18/04_ |
| Time: _2035_ |
| Receiving Nurse Intials _SM_ |

**(S)ubjective:** _Pt. c/o ① elbow + back pains from a previous_
_injury. P/S he was treated c̄ meds, the meds are now_
_over + the pains persists. Would like to see MD to get_
_another order for meds._

**(O)bjective**   (V/S): T: _98_    P: _____    R: _20_    BP: _110/70_    WT: _170_

**(A)ssessment:** _Back + elbow pain upon bending_

**(P)lan:** _MD to evaluate_
         _Motrin 600 mg_

Refer to: (MD/PA)   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
                     CIRCLE ONE

Check One:   ROUTINE ( )     EMERGENCY ( )

       If Emergency was PHS supervisor notified:   Yes ( )     No ( )

         Was MD/PA on call notified:   Yes ( )     No ( )

                           _____ _10-19-04_
                      SIGNATURE AND TITLE

WHITE:     INMATES MEDICAL FILE

YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Zavius Averette_ Date of Request: _10-27-04_
ID # _212905_ Date of Birth: _____ Location: _B-3-6-T_
Nature of problem or request: _I'm still having problems with my left elbow and_
_my back. My Back has gotten worster._

_[Signature]_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _10/27/04_
Time: _8_ AM PM
Allergies: _NKA_

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

(S)ubjective: _My Back keeps on Hurting. I keep coming back here becau_
_the medicine keeps on Hurting I_

(O)bjective (V/S): T: _98 2°_ P: _68_ R: _20_ BP: _110/78_ WT: _170_
_Back pain upon bending over flenches in pain_

(A)ssessment: _Alteration in comfort_

(P)lan: _McP Rovein_

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_Labs pending_
_10-28-07_

_[Signature]_
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Zavius Averette_          Date of Request: _10-15-04_

ID # _217905_          Date of Birth: _____ Location: _B-1-12-T_

Nature of problem or request: _I been requesting to get my left elbow, back and my_
_right ankle check, cause the problems has gotten worster._

_____

_____

Signature: _Bruce Averette_
                                                    *Signature*

## DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective**   (V/S): **T:** _____   **P:** _____   **R:** _____   **BP:** _____   **WT:** _____

**(A)ssessment:**              NO Show
                               10.15.04 Sm

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
                                    CIRCLE ONE
Check One:  ROUTINE ( )      EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )    No ( )
                Was MD/PA on call notified:   Yes ( )    No ( )

_____
                    *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Zavius Averette_ _____ Date of Request: _10-6-04_

ID # _217905_ _____ Date of Birth: _____ Location: _B-1-12-T_

Nature of problem or request: _I'm still having problem with my left elbow, right side_
_and my back. My back has gotten worst_

_____

_____ Signature

### DO NOT WRITE BELOW THIS LINE

Date: _10_/_7_/_04_
Time: _6:00_ AM (PM)
Allergies: _NKA_

┌─────────────────────────────┐
│       RECEIVED              │
│ Date:                      │
│ Time:                      │
│ Receiving Nurse Intials ___ │
└─────────────────────────────┘

**(S)ubjective:**

**(O)bjective    (V/S): T:** _____  **P:** _____  **R:** _____  **BP:** _____  **WT:** _____

_Refused_

**(A)ssessment:**

**(P)lan:**

Refer to:    MD/PA    Mental Health    Dental    Daily Treatment        Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )    No ( )
Was MD/PA on call notified:    Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



**PRISON HEALTH SERVICES, INC.**

**SICK CALL REQUEST**

Print Name: _Zavius Avrrette_      Date of Request: _9-25-04_

ID # _217905_      Date of Birth: _____ Location: _B-1012-T_

Nature of problem or request: _I sign up for sick call last week, i never seen the doctor, I need to see the doctor, cause I'm still having problems with my neck, left elbow and right ankle._

_____

           _Zavius Avrrette_
               Signature

## DO NOT WRITE BELOW THIS LINE

Date: ___/___/___

Time: _____ AM  PM

Allergies: _____

┌─────────────────────────────┐
│      RECEIVED │
│ Date: _9-26-04_ │
│ Time: _2115_ │
│ Receiving Nurse Intials _AL_ │
└─────────────────────────────┘

**(S)ubjective:**

**(O)bjective**   (V/S): **T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN

                         CIRCLE ONE

Check One:   ROUTINE ( )     EMERGENCY ( )

      If Emergency was PHS supervisor notified:    Yes ( )     No ( )

             Was MD/PA on call notified:    Yes ( )     No ( )

_____
               *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE

YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Zavius Averette_ Date of Request: _4-19-04_
ID # _210905_ Date of Birth: _____ Location: _B-1-12-T_
Nature of problem or request: _I'm still having problems with my Back and right ankle and lelf elbow the medicine the doctor gave me didnt help at all_
_____

_____

_Zavius Averette_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _9/12/04_
Time: _815_ AM (PM)
Allergies: _NKA_

```
┌──────────────────────────────────┐
│           RECEIVED               │
│ Date:                            │
│ Time:                            │
│ Receiving Nurse Intials _____  │
└──────────────────────────────────┘
```

**(S)ubjective:** _↑ back very painfull, also L Elbow hurts" The last Medicine I got didnt Help_

**(O)bjective  (V/S): T:** _97.4_ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____
_Ambulatory ē difficulty - L elbow ē moderate swelling Full ROM — upper back at ~~class~~ mid sholder level_
**(A)ssessment:** _ē Muscle spasm — 3-4mm scar like lesion to L elbow Alteration in comfort_

**(P)lan:** _M.D./PA/CRNP Review_

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( ✓ )   EMERGENCY ( )
    If Emergency was PHS supervisor notified:    Yes ( )   No ( )
        Was MD/PA on call notified:   Yes ( )   No ( )

_Bksch Gm  LLCer tndry_
SIGNATURE AND TITLE                    _9-22-07_

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY | | SICK CALL | EMERGENCY |
|---|---|---|---|---|---|
| 09 / 10 / 04 | 10⁴⁸ AM/PM | *Staton* ☐ SIR ☐ PDL ☐ ESCAPEE ☐ *pop* | | ☐ OUTPATIENT | |

| ALLERGIES | CONDITION ON ADMISSION |
|---|---|
| N/CA | ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |

VITAL SIGNS: TEMP 98.3 (ORAL)/RECTAL    RESP 18    PULSE 73    B/P 120 69    RECHECK IF SYSTOLIC <100> 50 /

| NATURE OF INJURY OR ILLNESS | ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|---|

NATURE OF INJURY OR ILLNESS

5 - " The bone in my (Lt) elbow has been hurting for 2½ wks, I've had a knot on my (Rt) ankle for 2 weeks + it's sore, the top of my back gives me problems when I bean over."

[anatomical diagrams with markings]

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

O- Ambulated into HCU s diff. A+O x 3. Skin w/I to the touch resp even et unlabored. Hard raised area noted to inner (R) leg midway. Approx. quarter sized. No pain upon palpation painful stimuli noted. ROM to toes good, pulses strong. Small wound noted to (L) elbow, good ROM, grip to (L) hand good. No pain across shoulders upon bending over, O edema, O spasms noted.

A- Alteration in Comfort

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| P-1) Motrin 600 mg ⊥ PO. tid x 5 days. 1st dose c 12 N given | | |
| 2). TAO c bandaids to (L) elbow ×3 | | |

DIAGNOSIS

Wgt. 165, 98%

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | | CONDITION ON DISCHARGE |
|---|---|---|---|---|
| 09 / 10 / 04 | 11⁰³ AM/PM | *Staton* | ☐ DOC ☐ AMBULANCE | ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|
| D Austin LpN | 09/10/04 | | | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Averette Zavaris | 217905 | [redacted] | B m | Staton |

PHS MD 70007          (White - Record Copy  Yellow - Pharmacy Copy)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Zavius Averette._ Date of Request: _9-8-04_
ID # _217905_ Date of Birth: _____ Location: _B-1-12-T_
Nature of problem or request: _I'm the one that you told to resign up about the x-rays on my Back, right leg and left elbow. It been over two week and i still haven't seen the doctor or took any x-rays. The problem has got worst._

_Zavius Averette_
Signature

## DO NOT WRITE BELOW THIS LINE

Date: _9, 9, 04_
Time: _730_ AM/(PM)
Allergies: _NKA_

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials ____ |

**(S)ubjective:** Ⓛ elbow is swollen and hurts to bend it also upper back hurts where I was slammed down on it — also I have a knot on Ⓡ leg where I was hit c̄ A STICK

**(O)bjective** (V/S): T: _97.8_ P: _76_ R: _20_ BP: _118/70_ WT: _171_
Ambulatory c̄ difficulty — 2-3 cm area of hard tissue on medial aspect of Ⓡ ↓ leg c̄ c/o pain on palpation — swelling to medial Ⓛ Elbow c̄ ↓ ROM and c/o pain on ROM —

**(A)ssessment:** Alteration in Comfort

had MD appt on 9/6 but no show no show on J Sick Cal

**(P)lan:** M.D./PA/CRNP IN AM

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( ✓ )     EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_B Beck Lpn_
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT
GLE 1003   (1/4)





**PRISON HEALTH SERVICES**
**INCORPORATED**

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Zaun s Aveletic_ ___ Date of Request: _8-31-04_

ID # _217905_ ___ Date of Birth: _____ Location: _B-1-12-T_

Nature of problem or request: _I Done filled out 3 request slip_
_about Both of my arms that Swollen and my leg to._

_____

_____

_James Chevett_
_Signature_

## DO NOT WRITE BELOW THIS LINE

Date: _9/9/04_

Time: _7:30_ AM (PM)

Allergies: _NKA_

| | RECEIVED |
|---|---|
| | Date: |
| | Time: |
| | Receiving Nurse Intials _____ |

**(S)ubjective:** _my R leg is hurting and has a_

**(O)bjective** **(V/S): T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

**(A)ssessment:** _No Show_

**(P)lan:**

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN

CIRCLE ONE

Check One:   ROUTINE ( )     EMERGENCY ( )

If Emergency was PHS supervisor notified:   Yes ( )    No ( )

Was MD/PA on call notified:   Yes ( )    No ( )

_____

*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE

YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Zavius Averette_      Date of Request: _1-3-04_

ID # _217905_      Date of Birth: _____ Location: _B-1-12-J_

Nature of problem or request: _I had Come to Sick Call Monday about my_
_leFT elbow, Back and my right leg. The nurse put me down For x-rays and_
_they charged me For it But i never got my x-rays taken. The_
_problem is getting worst._

_____
           _Signature_

## DO NOT WRITE BELOW THIS LINE

Date: ___/___/___

Time: _____ AM  PM

Allergies: _____

```
┌─────────────────────────────────┐
│          RECEIVED               │
│ Date:                           │
│ Time:                           │
│ Receiving Nurse Intials _____  │
└─────────────────────────────────┘
```

**(S)ubjective:**      *NO Show*

**(O)bjective**   (V/S): **T:** _____   **P:** _____   **R:** _____   **BP:** _____   **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                         CIRCLE ONE

Check One:   ROUTINE ( )     EMERGENCY ( )

     If Emergency was PHS supervisor notified:   Yes ( )    No ( )

               Was MD/PA on call notified:   Yes ( )    No ( )

_____
            *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE

YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Zavius Averette_                Date of Request: _8-27-04_

ID # _217905_                Date of Birth: _____ Location: _B-1-12-7_

Nature of problem or request: _I have a Back problem one it done got worst._
_My left eye is giving me problem it real blurry the vision is weak_
_in it. My left elbow ane my right leg is still bothering me it hurt_
_when i walk or put any type of pressure on it._

_____
Signature

## DO NOT WRITE BELOW THIS LINE

Date: _8/30/04_
Time: _10¹⁰pm_ AM PM
Allergies: _NKDA_

┌─────────────────────────────────┐
│           RECEIVED              │
│ Date: _8/29/04_                 │
│ Time: _1830_                    │        _Sick_
│ Receiving Nurse Intials _CC_    │        _call_
└─────────────────────────────────┘

**(S)ubjective:** (L) elbow mid section of back thorac region and
R) leg hurt il got jumped on. They took me off the
pain medicine because il been complaining about it but its not get
better.

**(O)bjective   (V/S): T:** _98°1_   **P:** _71_   **R:** _17_   **BP:** _140/70_   **WT:** _170#_
0247o BM c̄ C/O pain in (R) leg O deformities present has an
old bruise on inner aspect of leg. painful with apply pressure +
walk. Elbow has bruise ½ in scar almost completly healed
full Rom. O deformities noted ½ C/O low back unable to bend
**(A)ssessment:** to touch toes. appear to be an old bruise on L
scapula. tender to touch.

**(P)lan:** Review by M.D.   Motrin 600mg BIDX 3 days

Refer to:   (MD/PA)  Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                              CIRCLE ONE
Check One:   ROUTINE (L)    EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )    No ( )
        Was MD/PA on call notified:   Yes ( )    No ( )

_R. Oumeo_
_____
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Zavius Averette_        Date of Request: _8-23-04_
ID # _217905_                Date of Birth: _____ Location: _B-1-12-T_
Nature of problem or request: _I'm having pain in my both of my arms and my_
_right leg._

_Zavius Averette_
*Signature*

## DO NOT WRITE BELOW THIS LINE

Date: _8/25/04_
Time: _0400_  (AM) PM
Allergies: _NKA_

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:** _I signed up last time about my elbow_
_I hit my elbow et it's still painful_
_c̄ my Rt leg is bruised. I was hit_
_c̄ a stick by an officer, it happened sunda_

**(O)bjective    (V/S):** T: _97.8_    P: _80_    R: _20_    BP: _118/78_    WT: _170_

_Small laceration noted on left elbow. (no) Bruise_
_noted to side of upper Rt thigh. Ambulating s̄_
_difficulty. Alert et oriented X 3. Resp unlabored_

**(A)ssessment:**

_Alt in comfort_

**(P)lan:**    _Health care Provider Review_

Refer to:    MD/PA    Mental Health    Dental    Daily Treatment        Return to Clinic PRN
CIRCLE ONE
Check One:    ROUTINE ( ✓ )    EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )    No ( )
Was MD/PA on call notified:    Yes ( )    No ( )

_C. Hell, RN_
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:    INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Louis Revis_     Date of Request: _5-10-06_
ID # _21090_    Date of Birth: _____    Location: _H0101-6 Hp_
Nature of problem or request: _I put a request in sereral and I still_
_never seen a doctor it must be I'm still having problems_
_never seen a doctor so I'll get some help_

_Louis Revis_
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective**   (V/S): **T:** _____    **P:** _____    **R:** _____    **BP:** _____    **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )    EMERGENCY ( )
    If Emergency was PHS supervisor notified:   Yes ( )    No ( )
       Was MD/PA on call notified:   Yes ( )    No ( )

*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 08 /15/04 | TIME 11 ☑AM ☐PM | ORIGINATING FACILITY SNC ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|

| ALLERGIES NKA | | CONDITION ON ADMISSION ☑GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|---|

VITAL SIGNS: TEMP 98²  (ORAL / RECTAL)  RESP. 20  PULSE 92  B/P 130 92  RECHECK IF SYSTOLIC <100> 50 /

| NATURE OF INJURY OR ILLNESS | | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|---|---|

S, "I hurt my arm."
Body chart per DOC.
Escorted to SNU by
officer Hendricks

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

O. Superficial Laceration
to O elbow. O other
bruises or abrasions
noted. O₂ Sat 97

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Clean area c̄ NS | | |
| Apply A.O. to area | | |
| Bandage applied. | | |

A. Alteration in skin
integrity

P. HCP reviewed

DIAGNOSIS

INSTRUCTIONS TO PATIENT
Sign up for Sick Call for any problems.

| DISCHARGE DATE 08 /15/04 | TIME 11 ☑AM ☐PM | RELEASE / TRANSFERRED TO ☐DOC ☐ AMBULANCE | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☑FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE M. Clark | DATE 08/15/04 | PHYSICIAN'S SIGNATURE J. McArthur | DATE 8/16/04 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Averette, Levirus | DOC# 217905 | DOB | R/S B/m | FAC. SNU |
|---|---|---|---|---|



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Zavius Arcrette_      Date of Request: _8-14-04_

ID # _217905_      Date of Birth: _____ Location: _Holding Unit_

Nature of problem or request: _I really need my arms and right leg check they hurt real_
_bad. I can't even use my right arm because it hurt so bad and my right leg have red_
_bruses on it._

_Zavius Arcrette_
                                *Signature*

**DO NOT WRITE BELOW THIS LINE**

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

```
┌─────────────────────────────────┐
│          RECEIVED               │
│  Date:                          │
│  Time:                          │
│  Receiving Nurse Intials _____ │
└─────────────────────────────────┘
```

**(S)ubjective:**

_NO Show_

**(O)bjective**   (V/S): T: _____ P: _____ R: _____ BP: _____ WT: _____

_Release in chart_
_pps_

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
                                 CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
       If Emergency was PHS supervisor notified:   Yes ( )     No ( )
             Was MD/PA on call notified:   Yes ( )     No ( )

                                      *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

Name _____ Last _Annette_ First _Zannus_ Middle Initial

AIS # _217905_

Date _3-24-03_ Allergies _NKA_

Facility _Staton_

SIG.

_Dulcolax ī po BID x 14 pss_

_Colace 100 g po BID x 30_

Discontinue

Continue

Increase

Decrease

Physician Signature: _3 Medicine cap_

_3/24/03 M/g_

NC002

---

Name _Avanle_ Last _Zannus_ First Middle Initial

AIS # _217 905_

Date _3/6/03_ Allergies _NKDA_

Facility _Staton_

SIG.

_Doxycycline 100 mg BID x 21 days_

_Flagyl 500 mg PO BID x 21 days_

_Zantac 150 mg PO BID x 21 days_

Discontinue

Continue _103.2m_

Increase _3/6/03_

Decrease

Physician Signature:

NC002

---

Name _Annette_ Last _Zannus_ First Middle Initial

AIS # _217 905_

Date _3/3/03_ Allergies

Facility _Staton_

SIG.

1) Retain → Staton

2) Colace T PO TID x 30 days

3) Reflex Tgm PO TID x 8 days

4) Motrin 600 mg PO TID pm pain x 5 days

5) Dulcolax tabs ī PO TID x 14 days

Discontinue

Continue _3/3/03_

Increase _M/Sg_

Decrease

Physician Signature:

NC002

---

Name _Annette_ Last _Zannus_ First Middle Initial

AIS # _217905_

Date _2-10-03_ Allergies

Facility _Staton_

SIG.

_Dulcolax Tabs ī po TID x 5_

_Tabs ē_

_3:00 ..._

Discontinue

Continue

Increase

Decrease

cian Signature:

NC00

## Health Services Request Form

Inmate Name _Zavius Avrretter_     Date of Request _2-2-03_

AIS No. _____  Date of Birth _____     Housing Loc. _B-1-3-T_

Nature of problem or request _The Medicine that the doctor gave_
_me for my stomach it don't work, I need something_
_stronger._

Sign here for consent to be treated by health staff for the condition described above. _[signature]_

Place this slip in Medical Box or designated area _FEB 8 2003_

### DO NOT WRITE BELOW THIS LINE    _Stanton_

---

### Health Care Documentation

Subjective: "_I have a small bowel movement after breakfast everyday but not much._"

Objective: BP _126/80_   P _82_   R _20_   T _97.8_   WT _180_

_abd firm, slight distention, hyperactive BS x 4 quads - admits to passing several, very small stools each AM p̄ Breakfast -_

Assessment: _Alteration in elimination_          _2-10-03_
Plan: _M.D./CRNP Review_                          _6_
                                                  _Boykins_

Refer to:   PA/ Physician          Mental Health          Dental
Education: _increase PO fluid intake_

Protocol used: (specify) _____
Signature _B Boykins_   Title _____   Time _12:50 AM_ Date _2/10/03_

# Health Services Request Form

Inmate Name _Lavius Averette_    Date of Request _2-15-03_

AIS No _217905_    Date of Birth _____    Housing Loc. _B-1-3-T_

Nature of problem or request _The pain in my side is not getting better_

Sign here for consent to be treated by health staff for the condition described above. _____

Place this slip in Medical Box or designated area

## DO NOT WRITE BELOW THIS LINE

FEB 17 2003

Staton

---

### Health Care Documentation

Subjective: c/o pain in ® side x 2wks. P

Objective: BP 122/70    P 84    R 20    T 98.9    WT 190

BM 2/18/03, Abd soft š distention, Lung CTA

Assessment: Alteration in comfort

Plan: MD to see    2-18-03

Refer to: (PA/ Physician)    Mental Health    Dental

Education: Instructed to check west

Protocol used: (specify) _____

Signature _____    Title RN    Time 755    Date 2/18/0

| | Last | First | Middle Initial | | |
|---|---|---|---|---|---|
| Name | Annette | Zorren | | AIS # | 217905 |
| Date | 2-19-03 | Allergies | NKA | Facility | Station |

SIG.

C X R — PA o Lat
K u B
CBC + CMP

Discontinue — Noted 2/19/03
Continue — Davis, LPN
Increase
Decrease — @ 10 AM

Physician Signature: B Helms Lcmp

NC002

---

| | Last | First | Middle Initial | | |
|---|---|---|---|---|---|
| me | Annette | Zorren | | AIS # | 217905 |
| | 1-29-03 | Allergies | NKA | Facility | Station |

Dulcolax Tabs ii po B io x 3
PRN
Colace 100 mg po Bio x 30

Discontinue
Continue
Increase
Decrease

Noted 1/29/03
Hann LPN @
7/5/A

Signature: B Helms cmp

NC002

---

| | Last | First | Middle Initial | | |
|---|---|---|---|---|---|
| | Annette | Zorren | | AIS # | 217905 |
| | 2-27-03 | Allergies | NKA | Facility | Stat. |

Dulcolax i tab ii po Bio x 1
Colace 100 mg po Bio x 30
Reglan 10 mg po Bio x 10
Motrin 800 mg po Bio x 7

Discontinue
Continue — 1/27/03  8:30
Increase — MSGP  AM
Decrease

re: B Helms cmp

NC002

---

| | | First | Middle Initial | | |
|---|---|---|---|---|---|
| | Annette | Zorren | | AIS # | 217905 |
| | -02 | Allergies | NKA | Facility | Stat. |

ur Call t eye list

Discontinue
Continue
Increase
Decrease

Noted
E Ellis RN
1/20/0

# Health Services Request Form

Inmate Name _Zaccus Averette_    Date of Request _1-31-03_

AIS No. _____    Date of Birth _____    Housing Loc. _B-1-3-7_

Nature of problem or request _I Really need a standing credle cause
when I'm in that long cold pill call line I get weak, dizzy and
I also start shacking real bad and also headaches - they come and go_

_____

___ here for consent to be treated by health staff for the condition described above. _____

Place this slip in Medical Box or designated area

JAN 30 2003

## DO NOT WRITE BELOW THIS LINE

----

### Health Care Documentation

_tive:_ _____

BP _128/80_    P _80_    R _20_    T _96.5_    WT _166 lbs_

_to Quoted, resp reg c ease. Denies any
m @ this time. Skin w-O touch,
I dry. BS present
alteration un comfort
I to see_

1-31-03
↓

_Physician_    Mental Health    Dental

_Reminded to check last pill
line_

_____

Title _RN_    Time _1302_    Date _1/30/03_

Name  Last _Everette_  First _Lorenzo_  Middle Initial

AIS # _212201_

Facility _St. L._

Date _12 4 02_   Allergies _NKA_

SIG.

Neosporin eye out 1 g × 10 c.

Cont warm soaks

_Rx_ as soaks prn _gu_

Discontinue

Continue

Increase

Decrease

12/4/02   _MB_   3 30 p

Physician Signature: _S Watson Ophth_

NC002

---

Name  Last _Everette_  First _Lorenzo_  Middle Initial

AIS # _212905_

Facility _St. L._

Date _9·13·02_   Allergies _NKA_

SIG.

Neosporin eye out  1 g × 10

Warm Compress prn swelling gu

_Rx_ in 3 days for eval

9/13/02  BB

Discontinue

Continue

Increase

Decrease

9/13/02  12.39 p

---

Name  Last _Everette_  First _Lorenzo_  Middle Initial

AIS # _212905_

Facility _St. L._

Date _9·4·02_   Allergies _NKA_

SIG.

9/13/02  BB 9/13  Amoxil tab in + eye

Ant fungal cream soaks gu × 30  Rx

Discontinue

Continue

Increase

Decrease

9/4/02  12.39 p

Physician Signature: _B Watson Ophth_

NC00

---

Name  Last _EVERETTE_  First _DAVIUS_  Middle Initial

AIS # _217905_

Facility

Date _9/3/02_   Allergies

SIG.

Antibad Ampy × × 5 days

prn for pain

Discontinue

Continue

Increase

Decrease

Signature:

N

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

DEPARTMENT OF CORRECTIONS
## TRANSFER & RECEIVING SCREENING FORM

4-95

| RECEIVED: Inmate/Health Record | RELEASED: Inmate/Health Record | ALLERGIES: |
|---|---|---|
| Institution: _____ | Institution: STATON | NKDA |
| Date: _____ Time: _____ AM/PM | Date: 1/11/05 Time: 11¹⁰ AM/PM | PHYSICAL EXAMINATION |
| RECEIVED FROM: Institution/Work Release Center/Free-World Hospital | RELEASE FROM: | Date of last exam: _____ |
| | ☐ Infirmary   ☐ Segregation | Chest X-Ray Date: _____ Result: _____ |
| RECEIVING MEDICAL STATUS | ☐ Population   ☐ Mental Health | PPD Reading 8-24-04 ¢ |
| ☐ Population | ☐ Other _____ | Classification: _____ |
| ☐ Infirmary | RELEASE TO: | Limitations: _____ |
| ☐ Isolation | ☐ DOC  ☐ Infirmary  ☐ Mental Health | |
| | ✗ Donaldson | |
| | Institution/Work Release Center/Free-World Hospital | |

| LAB RESULTS - - LAST REPORT | | | | | YES | NO | |
|---|---|---|---|---|---|---|---|
| | Date | Normal | Abnormal | Wears Glasses/Contacts | ☐ | ☐ | |
| CBC | _____ | ☐ | ☐ | Dental Prosthesis | ☐ | ☐ | |
| Urinalysis | _____ | ☐ | ☐ | Hearing Aide | ☐ | ☐ | |
| | _____ | ☐ | ☐ | Other Prosthesis | ☐ | ☐ | Recieving Nurse |

**CURRENT OR CHRONIC MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS OR COMPLAINTS**

---

| CURRENT MEDICATION - - DOSAGE AND FREQUENCY | |
|---|---|
| Feldene 10mg - KOP | MEDICATIONS   ☐ Sent w / inmate   ☑ Not sent w / inmate |
| | X-RAY FILM   ☐ Sent w / inmate   ☑ Not sent w / inmate |
| | HEALTH RECORD   ☑ Sent w / inmate   ☐ Not sent w / inmate |
| | Released to: Donaldson |
| | Date: 1/11/05 Time: 11O AM/PM |
| | MEDICATIONS   ☐ Received   ☐ Not Received |
| | X-RAY FILM   ☐ Received   ☐ Not Received |
| | HEALTH RECORD   ☐ Received   ☐ Not Received |
| SCHEDULE FOR CHRONIC CARE CLINIC | CHART REVIEWED   ☐ YES   ☐ NO |
| | Received by: _____ |
| DATE: _____ LAST CLINIC: _____ | Signature of Receiving Nurse |
| | Date: _____ Time: _____ AM/PM |

| FOLLOW-UP CARE NEEDED | Date | Time | With Whom - - Location (Sending Nurse) | Date/Appt. Made w/Whom (Rec. Nurse) |
|---|---|---|---|---|
| ☐ Medical   ☐ Dental | _____ | _____ | _____ | _____ |
| ☐ Mental Health | _____ | _____ | _____ | _____ |

| NURSING ASSESSMENT (SENDING NURSE) (Noted from health record documentation) | | Yes | No | NURSING ASSESSMENT (RECEIVING NURSE) (Noted from inmate assessment) | | | Yes | No | INTAKE | |
|---|---|---|---|---|---|---|---|---|---|---|
| HISTORY | Drug Use | | | SKIN | Open Sores | | | | Sick Call Procedures Explained | _____ |
| | Mental Illness | | | | Lice | | | | Height | _____ |
| | Suicide Attempt | | | | Edema | | | | Weight | _____ |
| | Chronic Care | | | | Warm & Dry | | | | Blood Pressure | _____ |
| STATUS | Special Diet | | | | Cool & Moist | | | | Temperature | _____ |
| | Appearance | | | CONDITION | Alert | | | | Pulse Resp. | _____ |
| OTHER PERTINENT NURSING ASSESSMENT | | | | | Oriented | | | | Other _____ | |
| | | | | | Uncooperative | | | | | |
| | | | | | Depressed | | | | | |

| M Barnett | | Signature of Intake Screening Nurse (Receiving Nurse) | Date |
|---|---|---|---|
| Signature of Nurse Completing Assessment (Sending Nurse) | Date | | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | Race/Sex | FAC. |
|---|---|---|---|---|
| Averette, Marius | 21798█ | ███████ | B/M | SCC |

PHS-MD-70009

(White - Medical Jacket, Yellow - Transfer Coordinator)

# Health Services Request Form

Inmate Name _Zovius Averette_   Date of Request _1-25-03_

Housing Loc. _B4-3-T_

AIS No. _____   Date of Birth _____

Nature of problem or request _last past 5 days i been feeling real weak and dizzy. I also have a real bad headach._

Sign here for consent to be treated by health staff for the condition described above. _[signature]_

### Place this slip in Medical Box or designated area

## DO NOT WRITE BELOW THIS LINE

_Eaton_

## Health Care Documentation

**Subjective:** _Head hurt eyes hurt - For the past 3 days when I breath out my chest hurts. - going to chur feel nauseous - no get weak + dizzy - Constant - sean lifting wts BM in 3 day - Usually 50 g/day - until I got sick_

**Objective:** BP _90/60_   P _68_   R _18_   T _____   WT _180_

_Fungus like Areas both Anticubitals -. Clams they've been there about a week. itch little Lungs clean_

**Assessment:** _Alteration in Comfort + Skin Integrity_

**Plan:** _Refer to MD._   _1-27-03_

Refer to:   PA/ **Physician**   Mental Health   Dental

**Education:** _Be careful lifting wts. And Report any abnormal Areas on the skin._

Protocol used: (specify) _____

Signature _____   Title _RN_   Time _____   Date _1-27-03_



## HEALTH SERVICES REQUEST FORM

Print Name: _Zavivs Averette_                  Date of Request: _7-24-02_

ID#: _217905_    Date of Birth: ▓▓▓▓▓▓         Housing Location: _B-1-3-T_

Nature of problem or request: _It has been over 2 month and still I havent recieve_

_any treatment for my eye_

_[signature]_

Sign here for consent to be treated by health staff for the condition described

_Staton_

### PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
### DO NOT WRITE BELOW THIS AREA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

_12-30-02_
_&_
_Bry cream_

## HEALTH CARE DOCUMENTATION

Subjective: _I still got this cyst to Lt eye. Epsom salt Tx didnt work and try the cream_

Objective: BP _140/_ P _70_ R _20_ T _98_ wt _170_

_Alert 3 Orient Ø Resp at ease. Sm raised area Noted to (Lt eye) Tenderness noted when palpate_

Assessment: _alteration in comfort_

Plan: _MD to review_

Refer to: ___ PA/Physician ___ Mental Health ___ Dental

_[signature]_                    _[signature]_          Date: _12/29/02_  Time: _11:35p_

# NaphCare

## HEALTH SERVICES REQUEST FORM

Print Name: _Zoure Arielle_          Date of Request: _9-9-01_

ID#: _____     Date of Birth: _____     Housing Location: _G E_

Nature of problem or request: _I have a Sist on my left eye and need to be ___
__ and I need some more cream for my feet__

_Thanks_     SEP 10

_(signature)_
Sign here for consent to be treated by health staff for the condition described

### PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
### DO NOT WRITE BELOW THIS AREA
**********************************************************

## HEALTH CARE DOCUMENTATION

9-11-02
↓

**Subjective:** _Five months ago the doctor told me I had a cyst to my left eye. The doctor even drain it for me. Now the cyst is back again. Need cream for my feet_

**Objective:** BP _124/90_ P _80_ R _20_ T _98_ Wt _180_

_Alert & Orient X3. Respat dose. Med size raised area noted under left eye. Tenderness noted. Cracking and_
**Assessment:** _peeling noted to feet and between toes. Ø drainage_
_Alteration in comfort / skin integrity_

**Plan:** _MD to review_

Refer to: ___ PA/Physician ___ Mental Health ___ Dental

Name _____ Last _____ First _____ Middle Initial
Date _____ 5 _____ Allergies _____ NKDA
SIG.

RT in G for retreatment

Physician Signature: B Helms CRNP

AIS # _____ 217 905
Facility _____ Staton
Discontinue
Continue
Increase
Decrease

NC00

---

Name _____ Last _____ First _____ Middle Initial
Date _____ 5-1-02 _____ Allergies _____ NKDA
SIG.

TAO to posterior neck T12 x14
RT sub for re treatment

Physician Signature: B Helms CRNP

AIS # _____ 217 905
Facility _____ Staton
Discontinue
Continue
Increase 5/1/02
Decrease 2:35 pm

NC002

---

Name _____ Last _____ First _____ Middle Initial
Date _____ 4-24-02 _____ Allergies _____ NKDA
SIG.

RT sub for re treatment

Physician Signature: B Helms CRNP

AIS # _____ 217 905
Facility _____ Staton
Discontinue
Continue
Increase
Decrease

NC002

---

Name _____ Last _____ First _____ Middle Initial
Date _____ 4-17-02 _____ Allergies _____ NKDA
SIG.

RT in sub for re treatment

Physician Signature:

AIS # _____ 217 905
Facility _____ Staton
Discontinue
Continue
Increase
Decrease

## NAPHCARE MEDICAL SERVICES
## HEALTH SERVICES REQUEST FORM

Print Name: _Zavius A Avelette_    Date of Request: _2-2-02_

ID# _217805_    Date of Birth: _____    Housing Location: _A-15-7_

Nature of problen or request: _The bumps in the back of my head_
_has got worst. The shampoo dries them up but they don't_
_go away so if you don't mind could i plase get something_
_that will work. Thanks you for your time_

I consent to be treated by health staff for the condition described.

_____
SIGNATURE

PLACE THIS MEDICAL SLIP IN MEDICAL BOX OR DESIGNATED AREA
DO NOT WRIT BELOW THIS AREA
**********************************************************************

FEB 3 2002

## HEALTH CARE DOCUMENTATION

Subjective _The bumps in the back of my head's getting worse._
_The shampoo is not working_

Objective: BP _120/90_  P _72_  R _20_  T _97.5_  wt _170_
_Alert 3 Orient B: Resp at ease. Lg and sm size bumps rn back (med)_
_to back of head S drainage_    (cont.)

Assessment: _Alteration in skin integrity_

Plan:
_MD to review_

Refer to: _____ PA/Physician _____ Mental Health _____ Dental

Signature _____    Title _LPN_    Date _2/4/02_    Time _12:15 AM_

_2-4-02_
_7 us_
_B Heln LPN_



# Health Services Request Form

Print ___ e __Zavius Averette_____    Date of Request __11-27-01__

.ID No. ____ — ____ Date of Birth _____ — ___ Housing Location __A-2-15-T__

Nature of problem, ___quest __I Suppose to had Sugery on my eye and__
__it been 3 week.__ __it really been hurting me.__

_____    _____

_____    _____

_Zavius Averette_ (signature)

Sign here for consent to be treated by health st___ for the condition described above.,

NOV 27 2001

### Place this slip in Medical Box or designated area
### DO NOT WRITE BELOW THIS LINE

-------------------------------------    -------------------------------------

### Health Care Documentation

**Subjective**  S" Saw eye doctor about 3 wks ago was supposed to have surgery. Also T-gel shampoo didn't work on bumps on back of head

**Objective**  O -
BP _120/80_  P _80_  R _20_  T _98.1_  Wt # 180
Consultation ordered c̄ Dr. Paulk - no answer
Bumps noted to ↓ hairline in back. See p back
Had T-gel ordered as well as synalar sint
Ō drainage noted

**Assessment**  A. alteration in comfort / skin integrity

**Plan**  P. MD to review

Referred by Bradford.
(BFT-2901
1100

Refer to ○ PA/Physician   ○ Mental Health   ○ Dental

Signature __N. Woodfin__   Title __RN__   Date __11/27/01 11:30p__

Health Services Request Form

| | Last | First | Middle Initial | AIS # | _(illegible)_ |
|---|---|---|---|---|---|
| Name | _(illegible)_ | _(illegible)_ | | | |
| Date | 10/29/01 | Allergies | _(illegible)_ | Facility | _(illegible)_ |

SIG.

_(1) (illegible)_
_( (illegible) )_
_( (illegible) )_

Physician Signature: _(illegible) Taylor MD (1000)_

Discontinue _(illegible)_
Continue _10/29/01_
Increase _(illegible)_
Decrease

NC002

---

| | Last | First | Middle Initial | AIS # | _(illegible)_ |
|---|---|---|---|---|---|
| Name | _(illegible)_ | _(illegible)_ | | | |
| Date | 10-29-01 | Allergies | _(illegible)_ | Facility | _(illegible)_ |

SIG.

_(1) Keflex 500mg po tid x 10 days_
_(2) Warm compresses (illegible) tid_
_(3) Neurontin (illegible) (illegible)_

Physician Signature: _(illegible) (1000) (illegible)_

Discontinue _(illegible)_
Continue _(illegible)_
Increase
Decrease

NC002

---

| | Last | First | Middle Initial | AIS # | _(illegible)_ |
|---|---|---|---|---|---|
| Name | _(illegible)_ | _(illegible)_ | | | |
| Date | 10-21-01 | Allergies | _(illegible)_ | Facility | _(illegible)_ |

SIG.

_(1) (illegible)_
_(2) (illegible)_

Physician Signature: _(illegible) MD (100)_

Discontinue _(illegible)_
Continue _(illegible)_
Increase
Decrease

NC002

---

| | Last | First | Middle Initial | AIS # | _(illegible)_ |
|---|---|---|---|---|---|
| Name | _(illegible)_ | _(illegible)_ | | | |
| Date | 9-10-01 | Allergies | NKA | Facility | STATION |

SIG.

_(1) (illegible) shampoo 2x/wk x 30d (illegible)_
_(2) (illegible)_

Physician Signature: _(illegible)_

Discontinue
Continue _(illegible)_
Increase _(illegible)_
Decrease

NC002

# Health Services Request Form

Name _Zavius Averette_                        Date of Request _10-22-01_

_217905_          Date of Birth _____          Housing Location _G-1-7-7_

Type of problem or request _I need Some more Shampoo_

_Thank you._

_[signature]_

here for consent to be treated by health staff for the condition described above.

OCT 23

## Place this slip in Medical Box or designated area
## DO NOT WRITE BELOW THIS LINE

------------------------------------------------------------

### Health Care Documentation

Subjective    _Shampoo renewal, (L) eye_

Objective    BP _110/80_    P _70_    R _20_    T _98⁶_    Wt _180_
_(L) eye Lid swollen & drainage c/o itching. redress, soft to touch, small Rozx bumps to back of head & drainage_

Assessment    _Alteration skin intergrity_

_PPT_
_(10-25-01)_
_1100_

_MD to Review_

To:  ○ PA/Physician    ○ Mental Health    ○ Dental

_A.H. Smith LPN    10/24/01_

# CORRECTIONAL MEDICAL SYSTEMS
## HEALTH SERVICES REQUEST FORM

SCC

Print Name: _Zavius A Averette_          Date of Request: _9-9-01_

ID #: _217905_          Date of Birth: ███████          Housing Location: _C1_

Nature of problem or request: _I have a nott on my eye, and I need something for bumps in the back of my head._

_Thank you._

I consent to be treated by health staff for the condition described.

_Zavius A Averette_
SIGNATURE

## PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
### DO NOT WRITE BELOW THIS AREA

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

SEP 9 2001

## HEALTH CARE DOCUMENTATION

Subjective: _I have a knot on my eye and it hurts. Its been there for about 3 wks. I have bumps on the back of my head from the hair clippers)_

Objective: BP _130/80_ P _78_ R _20_ T _98²_          180

_Left eyelid has soft nodule & drainage tender to touch_
_Keloid to back of head x 2_

Assessment: _alteration in comfort_

Plan: _MD to review_

BP↑ .01
9-1° 
160

Refer to: ____ PA/Physician ___ Mental Health ____ Dental

Signature: _Smelican Lpn_          Title: _____ Date: _9.9.01_ Time: _____

Facility: KILBY

Name: Averett Zavious

Number: 217903

Race: B / W  H  Other

Date: 8 24 01

Time: 1:30  AM / PM

Age: _____  Date of Birth: _____  Sex: M / F

Allergies: NKA

Food Handler Approved  Y / N

Current Acute Conditions/Problems: Ø

Chronic Conditions/ Problems: Ø

Current Medications - Name, Dosage, Frequency, Duration

Acute Short-term Medications: Ø

Chronic Long-term Medications: Ø

Chronic Psychotropic Medications: Ø

Current Treatments: Ø

Follow-up Care Needed: _____

Last PPD: 8 20 9  Results Ø mms  Last Physical: 8 20 0

Chronic Clinics: _____  Specialty Referrals: _____

Significant Medical History: Ø

Physical Disabilities/Limitations: Ø

Assistive Devices/Prosthetics: Ø  Glasses: _____  Contacts: _____

Mental Health History/Concerns: _____

Substance Abuse: Y / N  Alcohol  Y / N  Drugs:  Y / N

_____ Hx Suicide Attempt  Date: __/__/__

_____ Hx Psychotropic Medication

_____ Previous Psychiatric Hospitalizations

Signature and Title: _____  Date: 8 24 01

## TRANSFER RECEPTION SCREENING

Date: 8 25 01  Time: 845  AM / PM

Receiving Facility: S Jaton

S: Current Complaint: NONE

P: Disposition: (Instructions: Check or circle as appropriate)

Current Medications/Treatment: NONE

Wgt 180#

✓ Routine, Sick Call
✓ Instructions Given
✓ Emergency Referral
_____ HIV/TB Instruction Giver
_____ Physician Referral
Urgent / Routine

O: Physical Appearance/Behavior: WNL

_____ Medication Evaluation
_____ Work/Program Limitation
_____ Special Housing
_____ Specialty Referrals
_____ Chronic Clinics
_____ Mental Health
_____ OTHER

Deformities: Acute/Chronic: NONE

T 98 P 60 R 20 B/P 110/70

A: 18 ans

Infirmary Placement

Other: _____

Signature and Title: _____

CMS 7190



**PRISON
HEALTH
SERVICES
INCORPORATED**

## PROGRESS NOTES

Staton
217905

| Date/Time | Inmate's Name: AVERETTE, ZAVIUS | D.O.B.: ▮▮▮▮ |
|---|---|---|
| 12/20/04 | | |
| WT 180 | BP 151/82  T—98'     P 71     R 18 | |

| Date/Time | Inmate's Name: | D.O.B.: / / |
|---|---|---|
| 11/9/01 | To MD re Elbow   T-97⁹ P 76 R-20 o₂sat 98% | |
| wt 170 | B/p 128/66 ─────────────── 2x/ng+2 wk | |
| 11/16/04 | MD Appt For Back, arm pain | |
| wt 180 | T 98³ P 76 R 18  B/P 116/78 O₂ Sat 95% | |
| | S- My back ₹ (L) elbow still hurts from the fight in September | |
| | O- Walks ₹ steady gait  but c/o pain ₹ slight straight Leg raises or passive ROM. c/o pain ₹ flexion of back No spasms or point tenderness noted. Elbow ₹ Scar over acromion process Good ROM, No edema, Nℛ y wnc | |
| | A/P- Will try Feldene, F/u 1mo. No profiles given ? malingering ─────────── Rose Tucker LPN | |
| 12/20/04 | ¹⁵¹/82 T 98 P 76 R 18 wt 180 | |
| | S- The Feldene helps a lot- I'm out of it now | |
| | O- Good ROM, States less pain. | |
| | A/P- joint pain; Cont Feldene. Flupra? Asstrust | |



**PHYSICIAN PROGRESS NOTES**

Patient Name: _Merette, Parvin_  I.D. #: _D17905_  Institution: _Sypha_

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 3/3/03 | 1050 | 24 Bm on IV cmef c̄ PO | |
| | | Rxfx for acute cholecystitis | |
| | | x 3 days. Pt state RUQ & RL chest | |
| | | pain is gone, still constipated | |
| | | PE | |
| | | no RUQ pain to palpation or | |
| | | percussion | |
| | | Normoactive BS | |
| | | | |
| | | Imp | |
| | | Acute Cholecystitis — resolving | |
| | | Continue PRN | |
| | | Current PO Reglan | |

**NAPHCARE**
**PHYSICIAN'S PROGRESS NOTES**

| DATE | TIME | NOTES MUST BE SIGNED BY PHYSICIAN |
|------|------|-----------------------------------|
| 2/28/03 | | MD Appt: Labs & X-Ray . |

\# 175 wgt, 100°, 20, 96 (sic) 140/88 — *[signature]*

24 BM c/o 3 week hx RUQ pain, this led to 4 days of constipation. However p̄ Dulcolax & Colace ↑ BM did not alleviate RUQ pain. CMP done 2/21/03 ↑ globulin 4.5 (nl 2.2–4.2) & alkaline phosph 148 (nl 20–125) c̄ nl ALT & AST. CBC shows microcytic, hypochromic anemia. Pain in RUQ may alternately migrating between anterior lower ribs c̄ post c̄ lateral lower ribs & "moves" down to Rt lat abd. No food intolerances. ↑ H₂O other alleviates pain. Alternates between constipation c̄ nl BM h̄ no color change. Intermittently eats nl c̄ experiencing early satiety.

PE

T. 100.0   lungs clear
Abd ↓ BS — on tinkling. ⊘ (+)/(+) reg'd
3/4 pain to palpation /c̄ percussion over Rt Lower ribs c̄ abd-RUQ

over ↑

| NAME- LAST | FIRST | MIDDLE | AIS # |
|------------|-------|--------|-------|
| Averette | Zavius | | 217905 |

NC007 ·     PHYSICIAN'S PROGRESS NOTES

**NAPHCARE**
**PHYSICIAN'S PROGRESS NOTES**

| DATE | TIME | NOTES MUST BE SIGNED BY PHYSICIAN |
|------|------|-----------------------------------|
| 2/19/03 | | MD E or CRNP: Pain (Abd.) |
| | | #174, 98⁵, 120/76, 80, 20 |
| | | S. c/o pain ℟ side, x 3 wks _(signature)_ |
| | | I thought it was my bowels + gas |
| | | but my bowels are better + my |
| | | side still hurt, hurts worse |
| | | on movement, ∅ cough, ∅ N+V |
| | | thinks he may have low fever |
| | | O. v/s stable |
| | | BBS er clear |
| | | Heart rrr |
| | | abd Soft N T |
| | | A. ℟ Sided chest pain |
| | | P. See order |
| | | B History lms |

NAME- LAST  Averette   FIRST  Zavrus   MIDDLE  Staton   AIS # 217905

Nurse's Notes

| Date and Time | | Nurs |
|---|---|---|

8-27-01 | Received @ 5 tier 3 rreds vol I SOSMcgraw
10/29/01 | M.D. Appt re: (L) eye nodule - Wgt 80 lbs Bp-120/80
P-84  R-20  T-97°  E.Elless
12/10/01 | FWA - Dr. Paulk @ 2:40 pm on 12/11/01
12-11-01  5° | Received from pee ward appt. Dr notified R Mangly
Rders in manilla envelope in chart.
12/20/01 | FWA - Dr. Paulk @ 3:45 pm on 12/21/01
02/07/02 | See MD, bumps on head
189 wgt, 132/68  70, 20,  97°  R Myers
05-08-02  See CRNP - Bumps on head
@ 905am 180 wgt, 98°, 76, 20, 120/80  R Myers
9.3.04 No show for sick call  Smell H
10/7/04 Refused sick call  A Hall - Smell H

ame - Last                    First          Middle
Averette, Zavius                          Inmate No. 217905
Nurse's Notes

**NaphCare**

## PHYSICIAN PROGRESS NOTES

Patient Name: **Averette, Zavius**   I.D. #: **217905**   Institution: **Staton**

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 02/14/02 | | For Podo Tx. Scalp<br>978- 74 18  130/70<br>Condyloma appearing lesions of posterior neck & hairline painted c̄ podophyllin, pt states they are smaller  — B Helms, CRNP | R Myers |
| 2-18-02 | 7:55 | wt 182  96⁸  70-18  120/70<br>Re treatment of condyloma, appear smaller, RT T wk<br>B Helms, CRNP | |
| 4-15-02 | 11 | painted c̄ 80% TCA, ___ Δ<br>RT 1 wk<br>B Helms, CRNP | |
| 4-17-02 | 8 | Lesion of posterior neck painted c̄ 80% TCA, several scabs removed<br>pt instructed to cut hair + leave TCA on + scrub c̄ soap & H₂O<br>RT, ___ — B Helms, CRNP | |
| 4-24-02 | 9:45 | Hair cut, Lesion smaller, few have scabbed up + washed off<br>Still numerous lesion, painted c̄ TCA<br>Prob need to be frozen off<br>B Helms CRNP | |
| 5-1-01 | 11:30 | Condyloma much smaller, several have subsided  RT, wk  — B H/CRNP | |
| 5-8-01 | 10 | Painted c̄ 80% TCA  Several have resolved<br>B H/CRNP | |

CMSAL-001



**PHYSICIAN PROGRESS NOTES**

Patient Name: Averette, Zorius      I.D. #: 217905      Institution: SCC

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 2-7-02 | 12³⁰ | S: 22 yo Bm here c̄ "bumps in my head" x several months. Shampoo makes them better but they come back "sore". | |
| | | O: 97⁸ 70-20 132/68 numerous condyloma appearing lesions q posterior neck | |
| | | A: ? Condylomatous Lesion | |
| | | P: Paint c̄ 25% Podophyllin PT x 1 wk B Helms CRNP | |
| 5-15-02 | 10³⁰ | TCA 80% has resolved several lesions but ~ 5 large ones remain, Advised Inmate that med is not going to work on these, will monitor lesions but prob needs laser or cosmetic Surg — B Helms, crnp | |

CMSAL-001

**NaphCare**

**PHYSICIAN PROGRESS NOTES**

Patient
Name _____  I.D. # _____  Institution _____

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 10/29/01 | | c/o painful knot ⊕ upper lid x 2 months painful x 3 wks ago. | |
| | | NEDA | |
| | | ⊕ ⊕ upper nasal lid c firm palpable nodule, nontender, (G cells) conjunctiva ⊕ hyperemica | |
| | | Ⓐ Hordeolum ⊕ upper lid | |
| | | Plan ① Neosporin opth c instructions ② po Keflex ③ Warm compresses. ④ Eyelid | |
| | | Bob Taylor MD Oφ⍺ | |

CMSAL-001

NAPHCARE
PHYSICIAN'S PROGRESS NOTES

| DATE | TIME | NOTES MUST BE SIGNED BY PHYSICIAN |
|------|------|-----------------------------------|
| 9/13/02 | | See CRNP – ✓ eyes Ⓛ eye |
| | | # 180 wgt, 97³, 62, 18, 142/88 ————→ R Myers |
| | | S. 23 y/o B ♂ here c/o stye on Ⓛ eye |
| | | × 3 wks, I had one on my |
| | | top lid + it had to be cut out |
| | | O. V/s stable (see note dec better) |
| | | Stye Ⓛ lower lid |
| | | A. ___ above |
| | | P. See order |
| | | R T 3 wks |
| | | B helms ___ |
| 10/04/02 | | See CRNP – ✓ eye lid |
| | | # 180 wgt 98² 130/82, 18, ___ |
| | 10⁴⁵ | Here to re- Ⓛ eye |
| | | has decreased about 50% |
| | | Cont drops + eye ___ |
| | | See order |
| | | B helms ___ |

| NAME- LAST | FIRST | MIDDLE | | AIS # |
|------------|-------|--------|---|-------|



**NAPHCARE**
**PHYSICIAN'S PROGRESS NOTES**

| DATE | TIME | NOTES MUST BE SIGNED BY PHYSICIAN |
|------|------|-----------------------------------|
| | | Acute Cholesystids |
| | | TWL PO *cephalosporin* |
| | | |

| NAME- LAST | FIRST | MIDDLE | AIS # |
|------------|-------|--------|-------|



**PRISON
HEALTH
SERVICES
INCORPORATED**

## PROGRESS NOTES

| Date/Time | Inmate's Name: Averette, Zavius #217905     D.O.B.: |
|-----------|------------------------------------------------------|

9-13-04  MD appt for limb pain

wt 165, 83, 97 SAT, 18, 144/78, 975,

(1)  Pt in altercation - hit w/ bar & thrown on ground

(S). c/o limb pain elbow sore - unable to apply pressure. ROM good.

· R leg pain tender to touch.

· Ankle pain.

O. GEN:
A & 0 x 3.

- elbow: ROM good, minor hard toe on elbow. Non tender

- L shoulder pain c palp of upper trapezius. ROM good of shoulder

- Ankle ROM good. Bruise @ bone above medial malleolus size 3 x 5, tender ø intact.

A: (1) Musculoskeletal pain 2° to Afright.
   · Failure c PO BID x 7d

   (2) No WK x 3d.
        F/u prn

11/1/04  No show sick call —— RN Smith Jr.

| Facility Name: | | Month/Year of Charting: |
|---|---|---|

**Pen VK 500mg TID x 10 days**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0300 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 0800 | | | | | *given By* | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1600 | | | | | *Dental* | | | | | *2-1-06* | | | | | | | | | | | | | | | | | | | | | |

Start Date: *2-1-06*   Prescriber: *Smith*
Stop Date: *2-10-06*   RX #:

**Flagyl 250mg TID x 10 days**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | *given By* | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | *Dental 2-1-06* | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: *2-1-06*   Prescriber: *Smith*
Stop Date: *2-10-06*   RX #:

**H₂O₂ Rinse TID x 10 days**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0300 | → | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | ← | | | | | | | | | | | | | | | | | | | | |
| 0800 | → | 9 | 9 | 9 | | | 9 | 9 | 9 | 9 | ← | | | | | | | | | | | | | | | | | | | | |
| 1600 | → | 9 | | 9 | 9 | 9 | 9 | 9 | | 9 | ← | | | | | | | | | | | | | | | | | | | | |

Start Date: *2-2-06*   Prescriber: *Smith*
Stop Date: *2-12-06*   RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:   Prescriber:
Stop Date:   RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:   Prescriber:
Stop Date:   RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:   Prescriber:
Stop Date:   RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | *D Warburton* RN | RN | *S. Wilder* | SW | 1 Discontinued Order |
| Allergies | *T. Pruitt* | CS | *J. Hallmark* RN | RN | 2 Refused |
| | | | *B. Berger* | | 3 Patient out of facility |
| Housing Unit: | *Lewis* DN | | *Mackreath* | CH | 4 Charted in Error |
| Patient ID Number: *217905* | | | | | 5 Self Administered |
| Patient Name: | | | | | 6 Lock Down |
| *Overette Zavius* | | | | | 7 Medication out of Stock |
| | Date of Birth | | | | 8 Medication Held |
| | | | | | 9 No Bra |
| | | | | | 0 Other |

PRISON HEALTH SERVICES
Alabama Department of Corrections
KOP Medication Protocol

The KOP program will allow specific inmates to keep certain kinds of medications on their possession. If they are caught selling, trading, or not taking the medication correctly, they will be removed from the list and face possible disciplinary actions. The KOP medications will include formulary medications.

1.  The inmate will have in his possession the medication in blister pack. The inmate should take the medication as directed on the package sticker.

2.  The inmate is to bring the package to the infirmary when he gets down to the reorder row of pills so the nursing staff can pull the sticker off the card and reorder. If the inmate waits until they have finished the last row of pills before coming to the nurse, they are likely to run out before their order comes in. The card will be checked at this time against the MAR to determine if the number of pills remaining is accurate (not to many left, not to few). This will be noted by looking at the date the card was given. Each inmate is responsible for keeping their medication in a secure area. We will not be responsible for stolen medications.

3.  When the inmate receives their card of medication, usually #30 tabs per card, they should pop them out in numerical order, i.e. #30, #29, etc.

4.  In order to be eligible for KOP, the inmate must have a good history of compliance and voice understanding of how this system works. They will not be eligible if their medication is insulin or a psychotropic medication, or has been known to be non-complaint in the past. The inmate will be required to come to the infirmary and sign a KOP agreement that we have formulated. At this time the staff will explain the procedure to the inmate and document that the information was explained and the individual can again sign that the program has been explained in its entirety.

5.  Once we have established the program, other will be free to request to be placed on KOP. If research finds that he will qualify, we will repeat the above with this individual.

6.  We will not place just anyone on KOP. The individual must have past history evaluated first. This program will not include out-patient or inpatient mental health inmates.

7.  Inmates may be requested to present for a medication check at any time to see that the correct number of pills are accounted for. The Medical Staff will be doing random checks for compliance.

8.  The inmate holds harmless PHS and its healthcare providers for incidents that may result from the inmate taking medication improperly, exchanging the medicine with other inmates, and consuming drugs/medication provided by other individuals that result in drug interactions.

Inmate Signature: _James Averitt_    AIS#: _217905_
Nurse Signature: _____    Date: _2/1/06_

DMD                          DMD

Motrin 600 mg Bid x 7 days
Pen VK 500 mg tid x 10 days
Flagyl 250 mg tid x 10 days

| Facility Name: | | Month/Year of Charting: | |
|---|---|---|---|

**Motrin 600mg Bid x 7days**

Given by dental

Start Date: 9/29/05   Prescriber: Smith
Stop Date: 9/5/05   RX #:

**H₂O₂ Rinse Tid x 10 days**

given by dental

Start Date: 9/29/05   Prescriber: Smith
Stop Date: 10/8/05   RX #:

**Motrin 600 z PO BID X 7 days.**

0800 → 99 aag
16w → MA 9

Start Date: 10/9/05   Prescriber: Smith
Stop Date: 10/18/05   RX #:

**H₂O₂ Rinse TID X 10 days.**

0800 → 9
0800 → 99 aag 99
16w → MA 9

Start Date: 10/9/05   Prescriber: Smith
Stop Date: 10/18/05   RX #:

Diagnosis

Allergies: NKDA

Housing Unit:
Patient ID Number: 217905
Patient Name:

| Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|
| | | | | 1 Discontinued Order |
| | | | | 2 Refused |
| | | | | 3 Patient out of facility |
| | | | | 4 Charted in Error |
| | | | | 5 Lock Down |
| | | | | 6 Self Administered |
| | | | | 7 Medication out of Stock |
| | | | | 8 Medication Held |
| | | | | 9 No Show |
| | | | | 10 Other |

Date of Birth

# MEDICATION ADMINISTRATION RECORD

| MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Keflex 500 mg TPO TID x7 days 7/29 → 8/5/05 Mosier/R | 0300 0800 1800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Continue Keflex 500 mg PO TID x7d 8-6-05 8-12-05 Breathing | 0300 0800 1800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Percocet ii PO TID x14 days 8-14-05 - 8-27-05 Butterfly | 03:00 08:00 18:00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATION NOTES | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

8-1-05
Mosier

THROUGH   8-31-05

NKA

| | Telephone No | |
|---|---|---|
| | Alt Telephone | Medical Record |
| | Rehabilitative Potential | |

Complete Entries Checked
By: _____   Title: _____   Date: 8/

PATIENT CODE | ROOM NO | SEX | SEC

2179AX

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Keflex 500mg i̅ PO Tid X7d 7-29-05 8-5-05 Mosier | 0300 0800 1800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR July 2005 | THROUGH | | |
|---|---|---|---|
| Physician Mosier | | Telephone No | Medical Record N |
| Alt Physician | | Alt Telephone | |
| Allergies NKOA | | Rehabilitative Potential | |

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked: By: R Nickles | Title: LPN | Date: 7/29 |
|---|---|---|---|---|

PATIENT Averette, Zavilus

PATIENT CODE 21790S

BED FACIL

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Feldene 10mg ī PO QD × 60 days, 12/20/04 - 2/20/05     Anivelar | 0900 | | | | | | | D | | | D | D | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR  **2-1-05**          THROUGH  **2-28-05**

| Physician  Mosier | Telephone No | Medical Record |
|---|---|---|
| Alt Physician | Alt Telephone | |
| ʳgies  NKDA | Rehabilitative Potential | |

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked: By: a. Price | Title: LL~ | Date: 1/1~ |
|---|---|---|---|---|

PATIENT

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Feldene 10 mg - gib po QD X 60 day. 12/20/04 - 2/20/04 - Mosien/Ba | 0800 | → PD | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 1-01-05     THROUGH 1-31-05

Physician Mosien

Alt. Physician

Telephone No

Alt. Telephone

Medical Record

Allergies NKA

Rehabilitative Potential

Diagnosis

Medicaid Number     Medicare Number

Complete Entries Checked By B. Rogers     Title: Lpn     Date:

PATIENT CODE     ROOM NO.     BED     FAC

# MEDICATION ADMINISTRATION RECORD

12/01/2004

(STA-452) STATON CORRECTIONAL FAC

STCT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

PIROXICAM (FELDENE) 10MG CAP
TAKE 1 CAPSULE(S) BY MOUTH DAILY *KEEP ON  6A
PERSON*
RX:    6536768 LASSITER, N.P., LISA , NP
START - 11/18/2004    STOP - 12/17/2004    Kop given 11/28/04

12/20/04  Feldene 10 mg :    6A
PO. X 60 days  KOP qd

02/21/05  L. Lassiter CRNP NP

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | 12/01/2004 | THROUGH | 12/31/2004 | | |
|---|---|---|---|---|---|
| Physician   LASSITER, N.P., LISA | | | Telephone No. | | Medical Record |
| Alt Physician | | | Alt Telephone | | |
| Allergies   NONE KNOWN | | | Rehabilitative Potential | | |

Diagnosis

Complete Entries Checked:
By: / Ltb

Title:

Date: 1/1

PATIENT NAME

217905                    1

## CATION ADMINISTRATION RECORD

11/05/04

Motrin 600 mg ti DX3d

11/08/04 Dr. Holley

6A
12N
4P

Feldene 10 mg ÷

11/16/04 — 12/16/04 KOP

6A
KOP

11/22/04 R

PHYSICIAN: FELDENE 10MG CAP
TAKE 1 CAPSULE(S) BY MOUTH DAILY **KEEP ON
PERSON**

AVERETTE, DAVIUS

217905

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 11-01-04        THROUGH 11-30-04

Physician Dr. Holley

Alt Physician

Telephone No.

Alt Telephone

Readmitted
Profile

Medical Record
217905

Allergies NKA

By: [signature]    Title: [signature]    Date: 11-

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Feldene 10 mg (Piroxicam) i po Bid x 7days Start 9/13/04 - Sto9/20/04 | 6A 6P | | | | | | | | | | | | | | | | X | | | | X | | | | | | | | |
| Flexeril 10 mg (cyclobenzaprine) i PO Qhs x 3 days Start 9/13/04 Sto9/15/04 ONLY | 6 pm | | | | | | | | | | | | | | | | X | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | 9/1/04 | THROUGH | 9/30/04 | | |
|---|---|---|---|---|---|
| Physician | William | | Telephone No | | Medical Record N |
| Alt. Physician | | | Alt. Telephone | | 2179 |
| llergies | NKD78 | | Rehabilitative Potential | | |
| Diagnosis | | | | | |
| Medicaid Number | Medicare Number | Complete Entries Checked: By: | | Title: KW | Date: 9/1 |
| PATIENT | Averette Danius | | PATIENT CODE 2179 | ROOM | BED FACIL |

# MEDICATION
# ADMINISTRATION RECORD 

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dulcolax 1 TABS PO BID X 14 PRN 3/24 – 4/2/03 | 6 | B | B | B | B | B | B |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  | 6 |  |  |  | B |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Colace 100 mg PO 3/24 – 4/23/03 | 6 | B | B | B | B | B | B | m | B | B | B | B | B | B | B | B | B | B | B | B |  |  |  |  |  |  |  |  |  |  |  |  |
|  | 6 |  |  | B |  |  |  | B |  |  |  |  |  | B |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | 4/1 | THROUGH | 4/30/03 |
|---|---|---|---|

Physician: SONNIER
Alt. Physician:
Telephone Number:
Alt. Telephone:
Inmate No.: 217903

Allergies: NKA

Rehabilitative Potential:

| Medicaid Number | Medicare Number | Complete Entries Checked By: |
|---|---|---|

PATIENT: Averette Zavius

PATIENT CODE | ROOM NO | BED | FACILITY: 5 MG

# MEDICATION
# ADMINISTRATION RECORD  

*A 2*

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Doxycycline 100mg p.o.
B.I.D. X 21 days
3/6/03 - 3/27/03

Flagyl 500 mg p.o.
B.I.D. X 21 days
3/6/03 - 3/27/03

Zantac 150 mg p.o.
B.I.D. X 21 days
3/6 - 3/27/0

Dulcolax 1 tab Po
BID X IV PRN
3/24 - 4/2/03

Colace 100mg Po
BID X 30
3/24 - 4/23/03

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR **March 6, 2003** THROUGH **March 31, 03**

Physician **Sommer**

Alt. Physician

Allergies **NKA**

Telephone Number

Alt Telephone

Rehabilitative
Potential

Inmate No.

| Medicaid Number | Medicare Number | Complete Entries Checked | | | |
|---|---|---|---|---|---|
| | | By: | | Title: | Date: |

PATIENT **Averette, Zarina**

PATIENT CODE **217905-S**

ROOM NO

BED

FACILITY C**State**

# MEDICATION ADMINISTRATION RECORD

## NaphCare

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Percogesic II
PO TID x 5d
2-28 — 3-5-3

Motrin 800 mg T
PO TID x 5d

Vicodin T q 8°
Prn Pain ONLY
IF Motrin
percogesic don't Help

Ancef 1gm IV q 6°
x 3d    2-28 — 3-5-03

Keflox 1gm T PO
q 6° x 10d
2-28 — 3-10-03    Recess Rewritten

Colace 40 TID
x 30
3/3 — 4/1/03

Keflex 1gm PO
TID x 8
3/3 — 3/11/03

Motrin 800 mg Po
TID prn pain
3/3 — 3/8/03

Dulcolax tab II
PO TID x 14
3/3 — 3/17/03

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 3-1-03    THROUGH 3-31-03

Physician: Sommer

Telephone Number:

Alt. Physician:

Alt. Telephone:

Inmate No. 217905

Allergies: NKA

Rehabilitative Potential:

Dx:

Medicaid Number:

Medicare Number:

Entries Checked By: D. Ammer    Title: RN    Date:

PATIENT: Averette Tarvices    PATIENT CODE: 217905    ROOM NO.    BED

# MEDICATION
# ADMINISTRATION RECORD    ◄ NaphCare ►

II of II

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Percogesic ī po tid x5d 2/28 - 3/5/03 Sonnier | 6 12 6 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Motrn 800mg ī po tid x5d. 2/28 - 3/5/03 Sonnier | 6 12 6 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Vicodin ī po q8hrs PRN pain 2/28 - | PRN PRN PRN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| I.V. D5½ NS @ 150cc/hr 2/28/03 Sonnier | 1100/pr | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ancef 1gm IVG 6° x3d 2/28 - 3/3/03 Sonnier | 6 12 6 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Keflex 1gmi po q6° x10d. 2/28 - 3/10/03 Sonnier | 6 12 6 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR **3.2.1.03**    THROUGH **2.28.03**

Physician **Sonnier**
Alt. Physician **Reems CRP**

Telephone Number
Alt. Telephone

Inmate No. **217905**

Allergies **NKDA**

Rehabilitative Potential

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked By: R. Villela | Title: lpn | Date: 2/28/03 |
|---|---|---|---|---|

PATIENT **Averette, Larrius**    PATIENT CODE    ROOM NO    BED    FACILITY CODE **ICC**

PFS: NAPHC

# MEDICATION
# ADMINISTRATION RECORD 

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MoTRin 800 mg Po Bid X7 1/27 - 2/3/03 | 6 6 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Reglan 10 mg Po Bid X 10 1/27 - 2/6/03 | 6 6 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Colace 100 mg Po Bid X10 1/27 - 2/26/03 | 6 6 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dj leo/np tabs ii Po Bid 1/29 - 2/ /03 | 6 6 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dulcolax ii tabs i TID X5 2/7 | 6A 12N 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE**

CHARTING FOR 2/1   THROUGH 2/23/03

| Physician | | Telephone Number | | Inmate No. 217905 |
|---|---|---|---|---|
| Alt. Physician | | Alt. Telephone | | |
| Allergies | | Rehabilitative Potential | | |

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked By: M5 (cp cpw 1/27/03 | | Date: |
|---|---|---|---|---|

| PATIENT Averette, ZAVius | | PATIENT CODE | ROOM NO. | BED | FACILITY CC 5CC |
|---|---|---|---|---|---|

# MEDICATION ADMINISTRATION RECORD



| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DuLcolax II PO TID X1  1/22-1/28/03 | 6 / 12 / 6 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Motrin 800 mg PO BID x 7  1/27 — 2/3/03 | 6 / 6 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Reglan 10 mg PO BID X10  1/27 — 2/6/03 | 6 / 6 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Colace 100 mg PO BID x30  1/27 — 2/26/03 | 6 / 6 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DuLcolax tabs II p.o bid x 3days prn  1/29-2/1/03 | 6A / 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE**

CHARTING FOR 1/1 THROUGH 1/31/03

| Physician | Telephone Number | Inmate No. 217505 |
|---|---|---|
| Alt. Physician | Alt. Telephone | |
| Allergies  NKA | Rehabilitative Potential | |

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked By: MS Lee up n 1/27/07 | Title: | Date: |
|---|---|---|---|---|

PATIENT  Averette, Zavius

PATIENT CODE | ROOM NO. | BED | FACILITY  SCC

# MEDICATION
# ADMINISTRATION RECORD



| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Motrin 600mg TID x5days for pain prn 9/9/02 - 9/9/02   Miers | 6A 12N 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Antifungal Creme/Prode, 9/11/02 — 10/11/02 | KOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | 9-1-02 | THROUGH | 9-30-02 | |
|---|---|---|---|---|
| Physician | | | Telephone Number | Inmate No |
| Alt. Physician | Miers | | Alt. Telephone | 279055 |
| Allergies | NKA | | Rehabilitative Potential | |

| Medicaid Number | Medicare Number | Complete Entries Checked By: SDams LPN | Title: | Date: 9/4/02 |
|---|---|---|---|---|
| PATIENT   Averette, Zavius | | PATIENT CODE 279053 | ROOM NO. | BED  FACILITY CO Stator |

PFS: NAPHC

# MEDICATION
# ADMINISTRATION RECORD



| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

09/13/02 Neosporin eye
Oint t i d x 10 days KOP

09/22/02 B-Helms CRNP Sa
warm compresses

K
O
P

---

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR **09/01/02**     THROUGH **09/30/02**

Physician **Dr Donnier**     Telephone Number     Inmate No **21 79 05**

Alt. Physician     Alt. Telephone

Allergies **NKA**     Rehabilitative Potential

Medicaid Number     Medicare Number     Complete Entries Checked
By: **D Austin**     Title: **Lpn**     Date: **09/13/0**

PATIENT **Averette, Zavrus**     PATIENT CODE     ROOM NO     BED     FACILITY C     **State**

PFS NAPH