EXHIBIT
**B-3**

# MEDICATION
# ADMINISTRATION RECORD



| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ASC / ASP X 30d | K O P | | given 9/11/02 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 9/11 - 10/11/02 Neosporin eye oint TID X10 10/4 - 10/14/02 | Kep | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR **10-1-02** THROUGH **10-31-02**

| | |
|---|---|
| Physician _Javier_ | Telephone Number |
| Alt. Physician | Alt. Telephone |
| Allergies **NKA** | Rehabilitative Potential |
| Diagnosis | |

Inmate No.

| Medicaid Number | Medicare Number | Complete Entries Checked? By: _Ada Smith_ | Title: _LPN_ | Date: _10/1/02_ |
|---|---|---|---|---|

| PATIENT _Sherotte Sonius_ | PATIENT CODE **2179055** | ROOM NO | BED | FACILITY C |

# MEDICATION ADMINISTRATION RECORD



| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *TAO* to posterior neck tid x 14 day  KOP  5/1/02   5/13/02 | 6.1 / 12 / 6.5 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE**

CHARTING FOR  5-1-02   THROUGH  5-31-02

Physician

Alt. Physician  B. Hel_ CRNP

Allergies  NKA

Diagnosis

Telephone Number

Alt. Telephone

Rehabilitative Potential

Inmate No.  217905

Medicaid Number

Medicare Number

Complete Entries Checked  By: J. Junc_ LPN   Title: LPN   Date: 5/1/02

PATIENT  Averette  Zavius

PATIENT CODE  217905   ROOM NO.   BED   FACILITY C_  Statur

# MEDICATION
# ADMINISTRATION RECORD     NaphCare

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

T-gel shampoo to wash scalp 3xwk X30days 3/22/02 4/22/02

AFC / powder to feet TID X30days 3/22 – 4/22/02

given 3/24/02 AB

given / powder 3/26/02 AB

| | |
|---|---|
| CHARTING FOR 4/1/02 | THROUGH 4/30/02 |
| Physician | Telephone Number |
| Alt. Physician | Alt. Telephone |
| Allergies  NKA | Rehabilitative Potential |
| Diagnosis | |
| Medicaid Number | Medicare Number |

Inmate No. 217905

Complete Entries Checked By: D. Mullican LPN    Title:    Date: 3/25/

PATIENT  Wirette Bach Davus

| PATIENT CODE | ROOM NO | BED | FACILITY |

EDICATION
OMINISTRATION RECORD      NaphCare

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

~gel shampoo to wash
scalp 3x/wk x30d
3/22 - 4/22/a days

Antifugal cr/pwd to
feet tid x 30d
3/22 - 4/22/a days

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 3·1·02     THROUGH 3-31-02
Physician Selgin
Alt. Physician
Allergies     NKDA
Diagnosis

Telephone Number
Alt. Telephone
Rehabilitative Potential

Inmate No 2179

Complete Entries Checked
By:                    Title:     Date:
PATIENT CODE     ROOM NO     BED
Medicare Number

# MEDICATION
# ADMINISTRATION RECORD  NaphCare

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| T-gel Shampoo to scalp 4x / wk 10/25 – 11/22/01 Jagle | 9p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Keflex 500mg p.o. TID x10 days 10/29/01 – 11/8/01 | 6A 12N 6p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

MEDICATIONS    HOUR   1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 3

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 11.01.01    THROUGH 10.30.01

Physician Taylor
Alt. Physician

Allergies NKA

Telephone Number
Alt. Telephone
Rehabilitative Potential

Inmate No 217905

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked By: | Title: NR | Date: 9/25/0 |
|---|---|---|---|---|

PATIENT Averette, Zavious

PATIENT CODE 217905   ROOM NO   BED   FACILITY C

# MEDICATION
# ADMINISTRATION RECORD     NaphCare

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 750333 THERAPEUTIC SHAMPOO 240ML 09/11/01 APPLY TO AFFECTED AREA TWICE A WEEK FOR 30 DAYS KEEP ON PERSON Stop: 10/11/01 | K O P | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| T-gell Shampoo to self 4x/wk 10/25/01 – 11/25/01  Taylor | P O P | | | | | | | | | | | | | | | | | | | | | | | | | | K O/03 10/26 | |
| Keflex 500mg ÷ p.o. TID X10 days 10/29/01 – 11/8/01 | 64 2N 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|  |  | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|  |  | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|  |  | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|  |  | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|  |  | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|  |  | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|  |  | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FROM 10/01/01 | THROUGH 10/31/01 | | Inmate No |
|---|---|---|---|
| Physician Taylor | | Telephone No | 2179 |
| Alt Physician | | Alt Telephone | |
| Allergies NKA | | Rehabilitative Potential | |

Complete Entries Checked
By: _____    Title: _____    Date: ___

# MEDICATION
## ADMINISTRATION RECORD



| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

T-gel Shampoo
2X per week X 30d
9/12/01 – 10/12/01

Synalar oint to back of
scalp TID X 14d
9/12/01 – 9/26/01

Neosporin Opthalmic oint
To eye TID X 14d
9/11/01 – 9/25/01

| | |
|---|---|
| CHARTING FOR 9/1/01 | THROUGH 9/30/01 |
| Physician Taylor | Telephone Number |
| Alt. Physician | Alt. Telephone |
| Allergies NKA | Inmate No. 217905 |
| | Rehabilitative Potential |
| Dia. | |

| Medicaid Number | Medicare Number | Complete Entries Checked By: B. Beck Cpnt | | Date: 9/11/01 |
|---|---|---|---|---|
| PATIENT Averette | | PATIENT CODE | ROOM NO | BED | FACILITY STATE |



# Health Services Request Form

Print Name _Zavius A Averette_____    Date of Request _8-_

ID No. _217905_____    Date of Birth _N/A_____    Housing Location _East D___

Nature of problem or request _I really need something for my feet and a rash._

_____ _Thank you for your time._ _____

_____

_____

_Zavius A Averette_____
Sign here for consent to be treated by health staff for the condition described above.

## Place this slip in Medical Box or designated area
## DO NOT WRITE BELOW THIS LINE

------------------------------------------------------------

### Health Care Documentation

Subjective

Objective    BP_____    P_____    R___ _____    T_____

Assessment

Plan

Refer to   ○ PA/Physician    ○ Mental Health    ○ Dental

Signature_____    Title_____    Date_____

**Health Services Request Form**

NC04

# MEDICATION ADMINISTRATION RECORD



| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Ibuprophn 600mg
P.O. q8hrs ctood
X 5 days
1221 2001 - 1226 2001

6a
12n
6p

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR **Dec 2001**   THROUGH **Dec 2001**

| | | |
|---|---|---|
| Physician | Telephone Number | Inmate No |
| Alt. Physician | Alt. Telephone | |
| Allergies | Rehabilitative Potential | |
| Di...s | | |

| Medicaid Number | Medicare Number | Complete Entries Checked By: | Title: | Date: |
|---|---|---|---|---|

PATIENT: **Averette, Zavius**

PATIENT CODE **217905**   ROOM NO   BED FACILITY C... **Staton**

PFS NAPHC

## UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

Form must be Complete and Legible. You must Type or Print
Please send this form with the Authorization Letter to the service provider at the time of the Appointment

**PHS**

### DEMOGRAPHICS

| | | |
|---|---|---|
| Site Name & Number: Staton 843 — S CC | Patient Name: (Last, First): Averette, Zarius | Date: (mm/dd/yy) 11/21/04 |
| Site Phone #: (334) 567 - 1548 | Alias: (Last, First): | Date of Birth: (mm/dd/yy) ▉▉▉▉ |
| Site Fax #: (334) 567 - 1538 | Inmate #: 217905 | PHS Custody Date: (mm/dd/yy) 06/27/01 |
| Will there be a charge? ☐ Yes ☒ No    Sex: ☒ Male ☐ Female | SS Number: ▉▉▉▉▉▉ | Potential Release Date: (mm/dd/yy) 03/__/16 |

Responsible party: ☒ PHS ☐ Auto Ins. ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans ) ☐ Other, be specific (Excludes Medicare and Medicaid):

### CLINICAL DATA

Requesting Provider: ☒ Physician ☐ NP, PA ☐ Dental

WINFRED D. WILLIAMS

Facility Medical Director Signature and Dates:

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☒ Office Visit (OV)    ☐ X-ray (XR)    ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)    ☐ Dialysis (DA)
☒ Routine    ☐ Urgent

Estimated Date of Service (mm/dd/yy): __/__/__

(This starts the approval window for the "open authorization period")

Multiple Visits/Treatments: ☐ Radiation Therapy ☐ Chemotherapy

Number of Visits/Treatments: ☐ Other:

Specialist referred to: Dr. Bradford

Type of Consultation, Treatment, Procedure or Surgery:

Onsite eye exam

History of Illness/Injury/symptoms with Date of Onset:
V/A 20/40 (R)
20/30 (L)    5 glasses

Results of a complaint directed physical examination:

Previous treatment and response (including medications):

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

**\*\*For security and safety, please do not inform patient of possible follow-up appointment\*\*\***

**UM DETERMINATION:**
☐ Alternative Treatment Plan (explain here):
☐ More Information Requested. (See Attached)
☐ Resubmitted with requested information.

☒ Onsite Service Recommended and Authorized

Date resubmitted: __/__/__

Regional Medical Director Signature, printed name and date required:    11/2C/4    (mm/dd/yy)

**Do not write below this line. For Case Manager and Corporate Data Entry ONLY.**

| Serv Type: OT/OV | Med Class: 99201 | UR Auth #: 14441160 |
|---|---|---|

UM Referral review form 2-05-2004

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

Form must be Complete and Legible. You must Type or Print
*Please send this form with the Authorization Letter to the service provider at the time of the Appointment*

**PHS**

## DEMOGRAPHICS

| | | |
|---|---|---|
| **Site Name & Number:**<br>Staton 843 - S CC | **Patient Name: (Last, First,)**<br>Averette, Zavius | **Date: (mm/dd/yy)**<br>11 21 04 |
| **Site Phone #**<br>(334) 567 - 1548 | **Alias: (Last, First,)** | **Date of Birth: (mm/dd/yy)** |
| **Site Fax #**<br>(334) 567 - 1538 | **Inmate #**<br>217905 | **PHS Custody Date: (mm/dd/yy)**<br>06 27 01 |
| **Will there be a charge?** ☒Yes ☐No  **Sex** ☒Male ☐Female | **SS Number** | **Potential Release Date: (mm/dd/yy)**<br>03 16 |

**Responsible party:** ☒ PHS  ☐ Auto Ins.  ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans )
☐ Other, be specific (Excludes Medicare and Medicaid):

## CLINICAL DATA

**Requesting Provider:** ☒Physician  ☐ NP, PA  ☐ Dental

WINFRED D. WILLIAMS

**Facility Medical Director Signature and Date:**

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☒ Office Visit (OV)  ☐ X-ray (XR)  ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)  ☐ Dialysis (DA)

☒ Routine  ☐ Urgent

**Estimated Date of Service (mm/dd/yy)** ___/___/___

**(This starts the approval window for the "open authorization period")**

**Multiple Visits/Treatments:** ☐ Radiation therapy ☐ Chemotherapy
**Number of Visits/Treatments:** ☐ Other:

**Specialist referred to:** Dr. Bradford

**Type of Consultation, Treatment, Procedure or Surgery:**

Onsite eye exam

**You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.**
☐ Pertinent Documents have been attached and faxed.

**History of illness/injury/sypmtoms with Date of Onset:**

V/A 20/40 Ⓡ  5 glasses
20/30 Ⓛ

**Results of a complaint directed physical examination:**

**Previous treatment and response (including medications):**

**\*\*\*For security and safety, please do not inform patient of possible follow-up appointments\*\*\***

## UM DETERMINATION:

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.

☐ Offsite Service Recommended and Authorized

**Date resubmitted:** ___/___/___

FAXED 11/22/04

**Regional Medical Director Signature, printed name and date required:**

_____ / ___ / ___ (mm/dd/yy)

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | UR Auth #: |
|---|---|---|

UM Referral review form 2-05-2004

| Patient Name: | Averette, Zavius | Inmate Number: | 217905AV |
|---|---|---|---|
| Service Authorized: | Office Visits: Outpatient Optometry Referral | Effective Dates: | 11/29/2004 |
| Effective: | Visits authorized for 60 days from effective date. | Visits Authorized: | 1 |
| Responsible Facility: | Staton Correctional Facility | Contact Name: | Michelle Pope |
| Authorization Number: | 14441160 | Telephone Number: | (334)395-5973 Ext 14 |

**Note to Provider of Services:**
- **Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.**
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

| The consulting physician should complete this section. The completed form will be sealed in the attached envelope and returned with an officer to the correctional facility. |
|---|

| Clinical Summary or Attached Report |
|---|
|  |
|  |
|  |
|  |
|  |
|  |
| *** For security and safety, please do not inform patient of possible follow-up appointments. *** |

Signature of Consulting Physician: _____
                                           Date            Time

Reviewed and Signed By
Medical Director: _____
                                           Date            Time

## EYE EXAMINATION SHEET

| TO: (Service Physician) DR. BRADFORD | FROM: (Requesting Ward, Med. Fac. Phys.) STATON | Date of Request: 12/3/04 |
|---|---|---|

**Reason For Request: (Complaints and Finding)**

**Past History**

**Old Rx**

| Signature | Type of Consult ☐ Emergency ☐ Routine |
|---|---|

### CONSULTATION REPORT

Subjective: OD 20/40 OS 20/30 c̄ glasses          OPHTH: 106 c6/w

New Rx: OD OS          Seg. Ht.          Ext: Date Dispensed & Initials:

Seg. Type:    PLANO -025    -075 100 × 100 035 /7w 75

IDP & Time:

52/18/145

Frame:
Size:
Color:

MD 10/3/4
OPTOMETRIST'S SIGNATURE

| Patients Last Name AVERETTE | First ZARIUS | Middle | Age 26 | ,R/S | I D No 217905 |
|---|---|---|---|---|---|

F-65 Rev. (1-95)

12/17/2001  09:48    2054588478    S HAUSER @ NAPHCARE    PAGE 02/04
FAX:334 567  38    PAGE 8

FILE No.752 12/14 '01 10:53  ID: STATON HCU
[Staton]

**NaphCare**
OFF-SITE HEALTHCARE/EMERGENCY ROOM REFERRAL

Inmate name: Afigretto-Zavius    ID# 277905    SS#

DOB    REFERRED BY: P/a A. Taylor    DATE: 12/12    FACILITY/COST CENTER: 5061

INMATE COMPLAINT/SIGNIFICANT MEDICAL DATA (Chronic conditions, allergies, current medications):

- Large Chalazion (L upper lid)
  Recommend excision (per Dr. Paulk)

SERVICES REQUESTED/PROVIDER:    ○ AMBULANCE
Schedule for I+D of lesion
Dr. Paulk  6880 Winton Blount
on 12/21 @ 3:15pm  Blount

MEDICAL DIRECTOR APPROVAL: B Day?? M/O    DATE/TIME: 12/13/01

INSTRUCTIONS TO OFF-SITE PROVIDER:
1. Authorization is provided ONLY for requested procedure and treatment of life-threatening conditions. Prior approval of NAPHCARE Medical Director is required for additional procedures or hospitalization.
2. Because of security concerns, inmates must NOT be informed of follow-up appointments or possible hospitalization.
3. Complete bottom portion of Off-Site Healthcare Referral Form for preliminary documentation of services provided. Return this form in a sealed envelope with the Correctional Officer when inmate is returned to the facility.

NAPHCARE CONTACT: BDay MMO    PHONE: 567-1548
(334)

**OFF-SITE HEALTHCARE REPORT**
Significant Findings/Tests Completed/Diagnosis:


Treatment Provided: Chalazion Removal (L) L

Orders/Recommendations: IBprofen PRN - RTO PRN

PHYSICIAN: D Quinn Paulk    DATE/TIME: 12/21/01

NAPHCARE MEDICAL DIRECTOR REVIEW OF CONSULTANT ORDERS/RECOMMENDATIONS  2/24/0
Approved:___ Revised (see medical record)___  Signature: B Day MMO    Date/Time (415)

Bill to:
NaphCare
560 22nd St. N.
Birmingham, AL 35203
Phone 1-800-834-2420

Auth# @11217 STOP0.

Naphcare7176 Rev. 3/01

FILE
(Station)

**NaphCare**
## OFF-SITE HEALTHCARE/EMERGENCY ROOM REFERRAL

Inmate name: _Auerette - Zavius_ ID# _217905_ SS# ___

DOB: ___ REFERRED BY: _EP/for Dr.Taylor_ DATE: _12/12_ FACILITY/COST CENTER: _5021_

INMATE COMPLAINT/SIGNIFICANT MEDICAL DATA (Chronic conditions, allergies, current medications):

_Large Chalazion (upper lid)_
_recommend excision (per Dr. Paulk)_

SERVICES REQUESTED/PROVIDER: ☐ AMBULANCE

_schedule for I&D of lesion_
_Dr. Paulk 6880 Winton Blount_
_on 12/21 @ 3:15pm Blount_

MEDICAL DIRECTOR APPROVAL: _Bl Taylor M/D_ DATE/TIME: _12/12/01_

INSTRUCTIONS TO OFF-SITE PROVIDER:
1. Authorization is provided ONLY for requested procedure and treatment of life-threatening conditions. Prior approval of NAPHCARE Medical Director is required for additional procedures or hospitalization.
2. Because of security concerns, inmates must NOT be informed of follow-up appointments or possible hospitalization.
3. Complete bottom portion of Off-Site Healthcare Referral Form for preliminary documentation of services provided. Return this form in a sealed envelope with the Correctional Officer when inmate is returned to the facility.

NAPHCARE CONTACT: _____ PHONE: _____

**OFF-SITE HEALTHCARE REPORT**
Significant Findings/Tests Completed/Diagnosis:


Treatment Provided:


Orders/Recommendations:


PHYSICIAN: _____ DATE/TIME: _____

NAPHCARE MEDICAL DIRECTOR REVIEW OF CONSULTANT ORDERS/RECOMMENDATIONS

Approved: ____ Revised (see medical record) ____ Signature: _____ Date/Time _____

Bill to:
NaphCare
950 22nd St. N.
Birmingham, AL 35203
Phone 1-800-834-2420

Auth# _011217 STOP0._

Naphcare7176 Rev. 2/01

Staton

NaphCare

## OFF-SITE HEALTHCARE/EMERGENCY ROOM REFERRAL

Inmate name: _Averette Zavius_ ID# _217905_ SS# _____

DOB: _____ REFERRED BY: _Dr. Taylor_ DATE: _12/12_ FACILITY/COST CENTER: _5021_

INMATE COMPLAINT/SIGNIFICANT MEDICAL DATA (Chronic conditions, allergies, current medications):

_Large chalazions (L upper lid_
_recommend excision (Dr. Paulk)_

SERVICES REQUESTED/PROVIDER:

FAXED _schedule for I+D of lesion_
RM01 _Dr. Paulk_                    ○ AMBULANCE

MEDICAL DIRECTOR APPROVAL: _Dr Taylor M/O_ DATE/TIME: _12/13/01_

INSTRUCTIONS TO OFF-SITE PROVIDER:
1. Authorization is provided ONLY for requested procedure and treatment of life-threatening conditions. Prior approval of NAPHCARE Medical Director is required for additional procedures or hospitalization.
2. Because of security concerns, inmates must NOT be informed of follow-up appointments or possible hospitalization.
3. Complete bottom portion of Off-Site Healthcare Referral Form for preliminary documentation of services provided. Return this form in a sealed envelope with the Correctional Officer when inmate is returned to the facility.

NAPHCARE CONTACT:_____ PHONE:_____

## OFF-SITE HEALTHCARE REPORT
Significant Findings/Tests Completed/Diagnosis:


Treatment Provided:


Orders/Recommendations:


PHYSICIAN:_____ DATE/TIME:_____


NAPHCARE MEDICAL DIRECTOR REVIEW OF CONSULTANT ORDERS/RECOMMENDATIONS

Approved:_____ Revised (see medical record)___ Signature:_____ Date/Time____

Bill to:
NaphCare
950 22nd St. N.
Birmingham, AL 35203
Phone 1-800-834-2420

Auth#_____

Naphcare7176 Rev. 3/01

*(Staton)*

## NaphCare
## OFF-SITE HEALTHCARE/EMERGENCY ROOM REFERRAL

Inmate name: Averette, Zarius.    ID# 277905    SS#

DOB:          REFERRED BY: EE Dr. D. Bradford/Tagh   DATE: 11/12   FACILITY/COST CENTER:  5021

INMATE COMPLAINT/SIGNIFICANT MEDICAL DATA (Chronic conditions, allergies, current medications):

Large Chalazion (L) upper lid.

SERVICES REQUESTED/PROVIDER:    ○ AMBULANCE

Opthalmology - Dr. Paull
10 200 Highway 231 North
OS 12/11 @ 240 pM

MEDICAL DIRECTOR APPROVAL: Leu D. Bradford / Fellis, RN   DATE/TIME: 11/12/01

INSTRUCTIONS TO OFF-SITE PROVIDER:
1. Authorization is provided ONLY for requested procedure and treatment of life-threatening conditions. Prior approval of NAPHCARE Medical Director is required for additional procedures or hospitalization.
2. Because of security concerns, inmates must NOT be informed of follow-up appointments or possible hospitalization.
3. Complete bottom portion of Off-Site Healthcare Referral Form for preliminary documentation of services provided. Return this form in a sealed envelope with the Correctional Officer when inmate is returned to the facility.

NAPHCARE CONTACT:_____   PHONE:_____

OFF-SITE HEALTHCARE REPORT
Significant Findings/Tests Completed/Diagnosis:

Chalazion LUL

Treatment Provided:

Orders/Recommendations:  OK To schedule I & D of lesion
OS in Montgomery.

PHYSICIAN: W___ ___ Paull   DATE/TIME: 12/11/01

NAPHCARE MEDICAL DIRECTOR REVIEW OF CONSULTANT ORDERS/RECOMMENDATIONS

Approved:____ Revised (see medical record)___ Signature: [signature]   Date/Time 12/17/0

Bill to:
NaphCare
950 22nd St. N.
Birmingham, AL 35203
Phone 1-800-234-2420

Auth# 011203STOPA

Naphcare7176 Rev. 3/01

[Staton]

## NaphCare
## OFF-SITE HEALTHCARE/EMERGENCY ROOM REFERRAL

Inmate name: _Averette, Zarius_   ID# _217905_   SS# _____

DOB: ~~_____~~  REFERRED BY: _(EC) Dr. D. Bradford / Tayph_  DATE: _11/5_  FACILITY/COST CENTER: _5021_

INMATE COMPLAINT/SIGNIFICANT MEDICAL DATA (Chronic conditions, allergies, current medications):

_Large Chalazion (L) upper lid._

SERVICES REQUESTED/PROVIDER:   ○ AMBULANCE

_Ophthalmology - Dr. Faulk_
_200 Highway 231 North_
_on 12/11 @ 2:40 pm_

MEDICAL DIRECTOR APPROVAL: _Dr. D. Bradford_ _/Ellis, RN_ DATE/TIME: _11/12/01_

INSTRUCTIONS TO OFF-SITE PROVIDER:
1. Authorization is provided ONLY for requested procedure and treatment of life-threatening conditions. Prior approval of NAPHCARE Medical Director is required for additional procedures or hospitalization.
2. Because of security concerns, inmates must NOT be informed of follow-up appointments or possible hospitalization.
3. Complete bottom portion of Off-Site Healthcare Referral Form for preliminary documentation of services provided. Return this form in a sealed envelope with the Correctional Officer when inmate is returned to the facility.

NAPHCARE CONTACT: _____   PHONE: _____

### OFF-SITE HEALTHCARE REPORT
Significant Findings/Tests Completed/Diagnosis:


Treatment Provided:


Orders/Recommendations:


PHYSICIAN: _____   DATE/TIME: _____

NAPHCARE MEDICAL DIRECTOR REVIEW OF CONSULTANT ORDERS/RECOMMENDATIONS

Approved:_____ Revised (see medical record)_____ Signature: _____   Date/Time _____

Bill to:
NaphCare
950 22nd St. N.
Birmingham, AL 35203
Phone 1-800-634-2420

Auth# _011203STOPO._

Naphcare7176 Rev. 3/01

[Staton]

NaphCare

## OFF-SITE HEALTHCARE/EMERGENCY ROOM REFERRAL

Inmate name: _Averette, Zavius_,    ID# _217905_    SS# _____

DOB: _____ REFERRED BY: (EE) for Dr. Bradford /Tabor DATE: 11/12 FACILITY/COST CENTER: _5021_

INMATE COMPLAINT/SIGNIFICANT MEDICAL DATA (Chronic conditions, allergies, current medications):

_Large Chalazion (L) upper lid._

SERVICES REQUESTED/PROVIDER:

FAXED 11/13/01 (EE)    _Ophthalmology - Dr. Paulk._    ○ AMBULANCE

MEDICAL DIRECTOR APPROVAL: _Per Dr. Bradford /Ellis, RN_ DATE/TIME: _11/12/01_

INSTRUCTIONS TO OFF-SITE PROVIDER:
1. Authorization is provided ONLY for requested procedure and treatment of life-threatening conditions. Prior approval of NAPHCARE Medical Director is required for additional procedures or hospitalization.
2. Because of security concerns, inmates must NOT be informed of follow-up appointments or possible hospitalization.
3. Complete bottom portion of Off-Site Healthcare Referral Form for preliminary documentation of services provided. Return this form in a sealed envelope with the Correctional Officer when inmate is returned to the facility.

NAPHCARE CONTACT:_____ PHONE:_____

### OFF-SITE HEALTHCARE REPORT
Significant Findings/Tests Completed/Diagnosis:


Treatment Provided:


Orders/Recommendations:


PHYSICIAN:_____    DATE/TIME:_____


NAPHCARE MEDICAL DIRECTOR REVIEW OF CONSULTANT ORDERS/RECOMMENDATIONS

Approved:_____ Revised (see medical record)____ Signature:_____ Date/Time_____

Bill to:
NaphCare
950 22nd St. N.
Birmingham, AL 35203
Phone 1-800-834-2420

Auth#_____

## EYE EXAMINATION SHEET

| TO: (Service Physician) *Bedford* | FROM: (Requesting Ward. Med. Fac. Phys.) *Staton* | Date of Request: 11/9/01 |
|---|---|---|

**Reason For Request: (Complaints and Finding)**

growth on ① eye lid (upper) — 3 months

**Past History**

ɸ VA c/o

**Old Rx**

| Signature | Type of Consult ☐ Emergency ☐ Routine |
|---|---|

### CONSULTATION REPORT

Subjective: OD – 20/30
OS – 20/60    s̄

OPHTH:

New Rx: OD
OS          Seg. Ht.

Ext:
Date Dispensed & Initials:

Seg. Type:

IDP & Time:

LARGE CHALAZIO

Frame:
Size:
Color:

REFER TO OPHTHALMOLOGY
FOR EXCISION

MS 11/9/01

OPTOMETRIST'S SIGNATURE

| Patients Last Name *Averette,* | First *Zarius* | Middle | Age 22 | R/S | I.D No. 217905 |
|---|---|---|---|---|---|

F-65 Rev. (1-95)

**LabCorp**
Laboratory Corporation of America

## Laboratory Corporation of America

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | |
|---|---|---|---|---|
| 296-684-3231-0 | S | YX | COMPLETE | Page #:   1 |

ADDITIONAL INFORMATION

SCC                    FASTING: Y
                       DOB:

**CLINICAL INFORMATION**
CD- 41147603818

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| AVERETTE,ZAVIUS | M | 25 / 3 |

PT. ADD.:

PHYSICIAN ID.            PATIENT ID.
WILLIAMS W                217905

**ACCOUNT:** STATON CORRECTIONAL FACILITY
PRISON HEALTH SERVICES
2690 Marion Spillway Road
Elmore                AL  36205-0000
**ACCOUNT NUMBER:**   01308900

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 10/22/2004 | 8:00 | 10/22/2004 | 10/26/2004 | 16:39 | 4049 |

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| Uric A+ANA+RA Qn+CRP+ASO | | | | |
| Uric Acid, Serum | 5.5 | mg/dL | 2.4 - 8.2 | YX |
| Antistreptolysin O Antibodies | 134.0 | IU/mL | 0.0 - 200.0 | YX |
| C-Reactive Protein, Quant | <0.3 | mg/L | 0.0 - 4.9 | MB |
| RA Latex Turbid. | 11.5 | IU/mL | 0.0 - 13.9 | YX |
| Antinuclear Antibodies (ANA) | Negative | | | MB |
| | | | Negative   <1:80 | |
| | | | Borderline  1:80 | |
| | | | Positive   >1:80 | |

LAB: MB LabCorp Birmingham               DIRECTOR: Arthur Kelly G MD
1801 First Avenue South, Birmingham,  AL 35233-0000

LAB: YX LabCorp Montgomery Hull          DIRECTOR: Alton Sturtevant B PhD
543 Hull Street, Montgomery,  AL 36104-0000

10/24/04

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report

KILBY CORRECTIONAL FACILI
PO BOX 11
MT. MEIGS, AL 36057

PATIENT NAME
_Arvette Tarius_

PRISON ID
_217905_

DATE SUBMITTED
_8-16-04_

_See 126_

| TEST NAME | RESULT | REFERENCE RANGE | COMMENTS |
|---|---|---|---|
| HIV ANTIBODY | | NEGATIVE (NEG) | |
| RPR | NR | NON-REACTIVE (NR) | |
| URINALYSIS | | | |
| APPEARANCE | | | |
| pH | | pH 5- pH 6 | |
| PROTEIN | | NEGATIVE (NEG) | |
| GLUCOSE | | NEGATIVE (NEG) | |
| KETONES | | NEGATIVE (NEG) | |
| BILIRUBIN | | NEGATIVE (NEG) | |
| BLOOD | | < 5 RBC/MCL | |
| NITRITE | | NEGATIVE (NEG) | |
| UROBILINOGEN | | < 1.0 MG/DL | |
| LEUK. ESTERASE | | NEGATIVE (NEG) | |
| SPECIFIC GRAVITY | | 1.016-1.022 | |

"A"      These results are unreliable due to the age of the specimen.
"H"      These results are unreliable due to the hemolyzed condition of the specimen.
"A+H"    These results are unreliable due to the age and hemolyzed condition of the
         specimen.

_8/25/04_

CLIA ID NO.   01D0706289

WAYNE D. MERCER, PHI
LABORATORY DIRECTOI

LABORATORY REPORT

7186923   AREA/ROUTE/STOP: QBHM000
STATON CORRECTIONAL FACILITY
2690 MARION SPILLWAY RD
ELMORE, AL 36025-0056


Quest
Diagnostics

**MICROFILM# 03010342558**

| PATIENT NAME | PATIENT ID | ROOM NO | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|
| AVERETTE, ZAVIUS | 217905 | | 23 | | SONNIER |

| PAGE | REQUISITION NO | ACCESSION NO | LAB REF # | COLLECTION DATE & TIME | LOG-IN-DATE | REPORT DATE | & TIME |
|---|---|---|---|---|---|---|---|
| 1 | 2015184 | AT980048K | | 02282003 NG | 03012003 | 03032003 | 4:37PM |

REMARKS

EASTERN
TIME

| REPORT STATUS FINAL | TEST | RESULT IN RANGE | OUT OF RANGE | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|

Date of Birth: ▮▮▮▮▮▮▮▮
A COPY OF THIS REPORT HAS BEEN SENT TO: NAPHCARE INC
950 22ND ST N STE 825
BIRMINGHAM, AL 35203-5300

| TEST | IN RANGE | OUT OF RANGE | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|
| **HEPATIC FUNCTION PANEL** | | | | | AT |
| PROTEIN, TOTAL | | 9.1 H | G/DL | 6.0-8.3 | |
| ALBUMIN | 4.2 | | G/DL | 3.7-5.1 | |
| GLOBULIN | | 4.9 H | G/DL (CALC) | 2.2-4.2 | |
| ALBUMIN/GLOBULIN RATIO | 0.9 | | (CALC) | 0.8-2.0 | |
| BILIRUBIN, TOTAL | 0.8 | | MG/DL | 0.2-1.5 | |
| BILIRUBIN, DIRECT | 0.2 | | MG/DL | 0.0-0.3 | |
| BILIRUBIN, INDIRECT | 0.6 | | MG/DL (CALC) | 0.0-1.5 | |
| ALKALINE PHOSPHATASE | | 129 H | U/L | 20-125 | |
| AST | 31 | | U/L | 2-50 | |
| ALT | 42 | | U/L | 2-60 | |
| **CBC (INCLUDES DIFF/PLT)** | | | | | AT |
| WHITE BLOOD CELL COUNT | 4.7 | | THOUS/MCL | 3.8-10.8 | |
| RED BLOOD CELL COUNT | | 5.11 H | MILL/MCL | 4.20-5.10 | |
| HEMOGLOBIN | 13.3 | | G/DL | 13.2-15.5 | |
| HEMATOCRIT | 40.7 | | % | 38.5-45.0 | |
| MCV | | 79.6 L | FL | 80.0-100.0 | |
| MCH | | 26.0 L | PG | 27.0-33.0 | |
| MCHC | 32.7 | | G/DL | 32.0-36.0 | |
| RDW | 12.1 | | % | 11.0-15.0 | |
| PLATELET COUNT | 156 | | THOUS/MCL | 140-400 | |
| ABSOLUTE NEUTROPHILS | 2980 | | CELLS/MCL | 1500-7800 | |
| ABSOLUTE LYMPHOCYTES | 888 | | CELLS/MCL | 850-3900 | |
| ABSOLUTE MONOCYTES | 658 | | CELLS/MCL | 200-950 | |
| ABSOLUTE EOSINOPHILS | 165 | | CELLS/MCL | 15-500 | |
| ABSOLUTE BASOPHILS | 9 | | CELLS/MCL | 0-200 | |
| NEUTROPHILS | 63.4 | | % | | |
| LYMPHOCYTES | 18.9 | | % | | |
| MONOCYTES | 14.0 | | % | | |
| EOSINOPHILS | 3.5 | | % | | |
| BASOPHILS | 0.2 | | % | | |

>> REPORT CONTINUED ON NEXT PAGE - AVERETTE, ZAVIUS AT980048K <<

INDICATES TESTING SITE SEE REVERSE SIDE →




**LABORATORY REPORT**

Quest Diagnostics

```
7186923    AREA/ROUTE/STOP: QBHM000
STATON CORRECTIONAL FACILITY
2690 MARION SPILLWAY RD
ELMORE, AL 36025-0056
```

| PATIENT NAME | | | | | | | |
|---|---|---|---|---|---|---|---|
| AVERETTE, ZAVIUS | | PATIENT ID | | | | | |
| PAGE | REQUISITION NO | ACCESSION NO | 217905 | ROOM NO | AGE | SEX | PHYSICIAN |
| 1 | 2015097 | AT813288K | LAB REF # | | 23 | M | SONNIER |
| REMARKS | | | COLLECTION DATE & TIME | LOG-IN-DATE | REPORT DATE | | & TIME |
| | | | 02212003 7:35 AM | 02222003 | 02222003 | | 4:33A |

| REPORT STATUS FINAL | TEST | RESULT | | UNITS | REFERENCE RANGE | EASTE... TIM... |
|---|---|---|---|---|---|---|
| | | IN RANGE | OUT OF RANGE | | | |

Date of Birth: ██████

A COPY OF THIS REPORT HAS BEEN SENT TO: NAPHCARE INC
950 22ND ST N STE 825
BIRMINGHAM, AL 35203-5300

COMPREHENSIVE METABOLIC
 PANEL
 GLUCOSE                                    99                          MG/DL            65-109                AT
 UREA NITROGEN (BUN)                                                                   FASTING REFERENCE INTERVAL
 CREATININE                                 8                           MG/DL            7-25
 BUN/CREATININE RATIO                       1.0                         MG/DL            0.5-1.4
 SODIUM                                     8                           (CALC)           6-25
 POTASSIUM                                  140                         MMOL/L           135-146
 CHLORIDE                                   4.7                         MMOL/L           3.5-5.3
 CARBON DIOXIDE                             102                         MMOL/L           98-110
 CALCIUM                                    27                          MMOL/L           21-33
 PROTEIN, TOTAL                             9.5                         MG/DL            8.5-10.4
 ALBUMIN                                    8.3                         G/DL             6.0-8.3
 GLOBULIN                                   3.8                         G/DL (CALC)      3.7-5.1
 ALBUMIN/GLOBULIN RATIO                                   4.5 H         G/DL (CALC)      2.2-4.2
 BILIRUBIN, TOTAL                           0.8                         MG/DL            0.8-2.0
 ALKALINE PHOSPHATASE                       0.7                         U/L              0.2-1.5
 AST                                                      148 H         U/L              20-125
 ALT                                        46                          U/L              2-50
                                            53                                           2-60

BC (INCLUDES DIFF/PLT)
 WHITE BLOOD CELL COUNT                                                 THOUS/MCL        3.8-10.8              AT
 RED BLOOD CELL COUNT                       4.2                         MILL/MCL         4.20-5.80
 HEMOGLOBIN                                 4.75                        G/DL             13.2-17.1
 HEMATOCRIT                                               12.7 L        %                38.5-50.0
 MCV                                                      38.3 L        FL               80.0-100.0
 MCH                                        80.5                        PG               27.0-33.0
 MCHC                                                     26.8 L        G/DL             32.0-36.0
 RDW                                        33.3                        %                11.0-15.0
 PLATELET COUNT                             12.2                        THOUS/MCL        140-400
 ABSOLUTE NEUTROPHILS                       146                         CELLS/MCL        1500-7800
 ABSOLUTE LYMPHOCYTES                       2478                        CELLS/MCL        850-3900
 ABSOLUTE MONOCYTES                         979                         CELLS/MCL        200-950
 ABSOLUTE EOSINOPHILS                       508                         CELLS/MCL        15-500
 ABSOLUTE BASOPHILS                         223                         CELLS/MCL        0-200
     >> REPORT CONTINUED ON NEXT PAGE — AVERETTE, ZAVIUS AT813288K
                                           13
```

Chart
2/24/03

Kilby Correctional Facility
P.O. Box 11
Mt. Meigs, AL  36057

Patient Name
*Averette, Gavins*

AIS Number
*217905*

Date Submitted
*8/20/01*

*NAY 32*                                    *8/21*

| TEST NAME | RESULT | REFERENCE RANGE | COMMENTS |
|-----------|--------|-----------------|----------|
| HIV ANTIBODY | *NR* | NEGATIVE  (NEG) | |
| RPR | *NR* | NON-REACTIVE (NR) | |
| URINALYSIS | *Neg* | | |
| APPEARANCE | | | |
| ph | | ph5-ph6 | |
| PROTEIN | | NEGATIVE (NEG) | |
| GLUCOSE | | NEGATIVE (NEG) | |
| KETONES | | NEGATIVE (NEG) | |
| BILIRUBIN | | NEGATIVE (NEG) | |
| BLOOD | | < 5 RBC/MCL | |
| NITRITE | | NEGATIVE (NEG) | |
| UROBILINOGEN | | <1.0 MG/DL | |
| LEUK. ESTERASE | | NEGATIVE (NEG) | |
| SPECIFIC GRAVITY | | 1.016-1.022 | |
| | | | |
| | | | |

*8/21/01*
*(ad)*

WAYNE D. MERCER, PHD
LAB DIRECTOR

LABORATORY REPORT

7186923  AREA/ROUTE/STOP: QBHM000
STATON CORRECTIONAL FACILITY
2690 MARION SPILLWAY RD
ELMORE, AL 36025-0056


Quest
Diagnostics

MICROFILM# 03010342558

| PATIENT NAME | PATIENT ID | ROOM NO | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|
| AVERETTE, ZAVIUS | 217905 | | 23 | | SONNIER |

| PAGE | REQUISITION NO | ACCESSION NO | LAB REF # | COLLECTION DATE & TIME | LOG-IN-DATE | REPORT DATE | & TIME |
|---|---|---|---|---|---|---|---|
| 1 | 2015184 | AT980048K | | 02282003 NG | 03012003 | 03032003 | 4:37PM |

REMARKS

EASTERN
TIME

| REPORT STATUS FINAL | TEST | RESULT IN RANGE | OUT OF RANGE | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|

Date of Birth: ▇▇▇▇▇▇
A COPY OF THIS REPORT HAS BEEN SENT TO: NAPHCARE INC
                                         950 22ND ST N STE 825
                                         BIRMINGHAM, AL 35203-5300

| TEST | IN RANGE | OUT OF RANGE | UNITS | REFERENCE RANGE | |
|---|---|---|---|---|---|
| **HEPATIC FUNCTION PANEL** | | | | | AT |
| PROTEIN, TOTAL | | 9.1 H | G/DL | 6.0-8.3 | |
| ALBUMIN | 4.2 | | G/DL | 3.7-5.1 | |
| GLOBULIN | | 4.9 H | G/DL (CALC) | 2.2-4.2 | |
| ALBUMIN/GLOBULIN RATIO | 0.9 | | (CALC) | 0.8-2.0 | |
| BILIRUBIN, TOTAL | 0.8 | | MG/DL | 0.2-1.5 | |
| BILIRUBIN, DIRECT | 0.2 | | MG/DL | 0.0-0.3 | |
| BILIRUBIN, INDIRECT | 0.6 | | MG/DL (CALC) | 0.0-1.5 | |
| ALKALINE PHOSPHATASE | | 129 H | U/L | 20-125 | |
| AST | 31 | | U/L | 2-50 | |
| ALT | 42 | | U/L | 2-60 | |
| | | | | | |
| **CBC (INCLUDES DIFF/PLT)** | | | | | AT |
| WHITE BLOOD CELL COUNT | 4.7 | | THOUS/MCL | 3.8-10.8 | |
| RED BLOOD CELL COUNT | | 5.11 H | MILL/MCL | 4.20-5.10 | |
| HEMOGLOBIN | 13.3 | | G/DL | 13.2-15.5 | |
| HEMATOCRIT | 40.7 | | % | 38.5-45.0 | |
| MCV | | 79.6 L | FL | 80.0-100.0 | |
| MCH | | 26.0 L | PG | 27.0-33.0 | |
| MCHC | 32.7 | | G/DL | 32.0-36.0 | |
| RDW | 12.1 | | % | 11.0-15.0 | |
| PLATELET COUNT | 156 | | THOUS/MCL | 140-400 | |
| ABSOLUTE NEUTROPHILS | 2980 | | CELLS/MCL | 1500-7800 | |
| ABSOLUTE LYMPHOCYTES | 888 | | CELLS/MCL | 850-3900 | |
| ABSOLUTE MONOCYTES | 658 | | CELLS/MCL | 200-950 | |
| ABSOLUTE EOSINOPHILS | 165 | | CELLS/MCL | 15-500 | |
| ABSOLUTE BASOPHILS | 9 | | CELLS/MCL | 0-200 | |
| NEUTROPHILS | 63.4 | | % | | |
| LYMPHOCYTES | 18.9 | | % | | |
| MONOCYTES | 14.0 | | % | | |
| EOSINOPHILS | 3.5 | | % | | |
| BASOPHILS | 0.2 | | % | | |

>> REPORT CONTINUED ON NEXT PAGE - AVERETTE,ZAVIUS AT980048K <<

INDICATES TESTING SITE SEE REVERSE SIDE

CONTINUED REPORT

7186923  AREA/ROUTE/STOP: QBHM000
STATON CORRECTIONAL FACILITY
2690 MARION SPILLWAY RD
ELMORE, AL 36025-0056


Quest Diagnostics

**MICROFILM# 03010342558**

| PATIENT NAME | PATIENT ID | ROOM NO. | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|
| AVERETTE, ZAVIUS | 217905 | | 23 | | SONNIER |

| PAGE | REQUISITION NO. | ACCESSION NO | LAB REF # | COLLECTION DATE & TIME | LOG-IN-DATE | REPORT DATE | & TIME |
|---|---|---|---|---|---|---|---|
| 2 | 2015184 | AT980048K | | 02282003 NG | 03012003 | 03032003 | 4:37PM |

REMARKS

EASTERN TIME

| REPORT STATUS | TEST | RESULT | | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|
| FINAL | | IN RANGE | OUT OF RANGE | | | |

Date of Birth: ▮▮▮▮▮▮
HELICOBACTER PYLORI IGG
  ANTIBODY                              1.99 H      EIA VALUE                                    AT

      < OR = 0.90           NEGATIVE: NO HELICOBACTER PYLORI
                                     IGG ANTIBODY DETECTED
      0.91 - 1.09           EQUIVOCAL
      > OR = 1.10           POSITIVE: HELICOBACTER PYLORI IGG
                                     ANTIBODY DETECTED

      A POSITVE RESULT INDICATES THAT THE PATIENT HAS ANTIBODY
      TO H.PYLORI. IT DOES NOT DIFFERENTIATE BETWEEN AN ACTIVE
      OR PAST INFECTION. THE CLINICAL DIAGNOSIS MUST BE
      INTERPRETED IN CONJUNCTION WITH THE CLINICAL SIGNS AND
      SYMPTOMS OF THE PATIENT.

C-REACTIVE PROTEIN                      2.51 H      MG/DL        <0.80           AT

LIPASE                       33                     U/L          7-60            AT


           >> END OF REPORT - AVERETTE,ZAVIUS AT980048K <<

INDICATES TESTING SITE SEE REVERSE SIDE

7186923   AREA/ROUTE/STOP: QBHM000
STATON CORRECTIONAL FACILITY
2690 MARION SPILLWAY RD
ELMORE, AL 36025-0056



**Quest Diagnostics**

| PATIENT NAME | PATIENT ID | ROOM NO | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|
| AVERETTE, ZAVIUS | 217905 | | 23 | M | SONNIER |

| PAGE | REQUISITION NO | ACCESSION NO | LAB REF # | COLLECTION DATE & TIME | LOG-IN-DATE | REPORT DATE | & TIME |
|---|---|---|---|---|---|---|---|
| 1 | 2015097 | AT813288K | | 02212003 7:35 AM | 02222003 | 02222003 | 4:33AM |

REMARKS

EASTERN TIME

| REPORT STATUS | TEST | RESULT IN RANGE | RESULT OUT OF RANGE | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|
| FINAL | | | | | | |

Date of Birth: ▓▓▓▓▓▓▓▓
A COPY OF THIS REPORT HAS BEEN SENT TO: NAPHCARE INC
950 22ND ST N STE 825
BIRMINGHAM, AL 35203-5300

| TEST | IN RANGE | OUT OF RANGE | UNITS | REFERENCE RANGE | |
|---|---|---|---|---|---|
| COMPREHENSIVE METABOLIC PANEL | | | | | AT |
| GLUCOSE | 99 | | MG/DL | 65-109 | |
| | | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 8 | | MG/DL | 7-25 | |
| CREATININE | 1.0 | | MG/DL | 0.5-1.4 | |
| BUN/CREATININE RATIO | 8 | | (CALC) | 6-25 | |
| SODIUM | 140 | | MMOL/L | 135-146 | |
| POTASSIUM | 4.7 | | MMOL/L | 3.5-5.3 | |
| CHLORIDE | 102 | | MMOL/L | 98-110 | |
| CARBON DIOXIDE | 27 | | MMOL/L | 21-33 | |
| CALCIUM | 9.5 | | MG/DL | 8.5-10.4 | |
| PROTEIN, TOTAL | 8.3 | | G/DL | 6.0-8.3 | |
| ALBUMIN | 3.8 | | G/DL | 3.7-5.1 | |
| GLOBULIN | | 4.5 H | G/DL (CALC) | 2.2-4.2 | |
| ALBUMIN/GLOBULIN RATIO | 0.8 | | (CALC) | 0.8-2.0 | |
| BILIRUBIN, TOTAL | 0.7 | | MG/DL | 0.2-1.5 | |
| ALKALINE PHOSPHATASE | | 148 H | U/L | 20-125 | |
| AST | 46 | | U/L | 2-50 | |
| ALT | 53 | | U/L | 2-60 | |
| CBC (INCLUDES DIFF/PLT) | | | | | AT |
| WHITE BLOOD CELL COUNT | 4.2 | | THOUS/MCL | 3.8-10.8 | |
| RED BLOOD CELL COUNT | 4.75 | | MILL/MCL | 4.20-5.80 | |
| HEMOGLOBIN | | 12.7 L | G/DL | 13.2-17.1 | |
| HEMATOCRIT | | 38.3 L | % | 38.5-50.0 | |
| MCV | 80.5 | | FL | 80.0-100.0 | |
| MCH | | 26.8 L | PG | 27.0-33.0 | |
| MCHC | 33.3 | | G/DL | 32.0-36.0 | |
| RDW | 12.2 | | % | 11.0-15.0 | |
| PLATELET COUNT | 146 | | THOUS/MCL | 140-400 | |
| ABSOLUTE NEUTROPHILS | 2478 | | CELLS/MCL | 1500-7800 | |
| ABSOLUTE LYMPHOCYTES | 979 | | CELLS/MCL | 850-3900 | |
| ABSOLUTE MONOCYTES | 508 | | CELLS/MCL | 200-950 | |
| ABSOLUTE EOSINOPHILS | 223 | | CELLS/MCL | 15-500 | |
| ABSOLUTE BASOPHILS | 13 | | CELLS/MCL | 0-200 | |



>> REPORT CONTINUED ON NEXT PAGE - AVERETTE, ZAVIUS AT813288K <<

INDICATES TESTING SITE SEE REVERSE SIDE

CONTINUED REPORT                                                   LABORATORY REPORT

7186923  AREA/ROUTE/STOP: QBHM000
STATON CORRECTIONAL FACILITY
2690 MARION SPILLWAY RD
ELMORE, AL 36025-0056

**Quest Diagnostics**

| PATIENT NAME | | PATIENT ID | | ROOM NO | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|---|---|
| AVERETTE, ZAVIUS | | 217905 | | | 23 | M | SONNIER |

| PAGE | REQUISITION NO | ACCESSION NO | LAB REF # | COLLECTION DATE & TIME | LOG-IN-DATE | REPORT DATE | & TIME |
|---|---|---|---|---|---|---|---|
| 2 | 2015097 | AT813288K | | 02212003 7:35 AM | 02222003 | 02222003 | 4:33AM |

REMARKS

EASTERN TIME

| REPORT STATUS | TEST | RESULT | | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|
| FINAL | | IN RANGE | OUT OF RANGE | | | |

Date of Birth: ▓▓▓▓▓▓
CBC (INCLUDES DIFF/PLT) (CONTINUED)

| TEST | RESULT | UNITS |
|---|---|---|
| NEUTROPHILS | 59.0 | % |
| LYMPHOCYTES | 23.3 | % |
| MONOCYTES | 12.1 | % |
| EOSINOPHILS | 5.3 | % |
| BASOPHILS | 0.3 | % |

>> END OF REPORT - AVERETTE,ZAVIUS AT813288K <<

## HCX

**HEALTH CARE CORRECTIONS**
**RADIOLOGY SERVICES REQUEST AND REPORT**
INSTITUTION _STATE_

Name: _Zavius, Averett_
State ID No: _217903_
DOB: _____
Race: _Bm_    Sex: _____

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| Lassiter | 9-22-04 | 10⁴⁰ PM | ✓ | | |

HISTORY/DIAGNOSIS: _Bach/neck & elbow pain_

### X-RAY REQUEST

| | | | | | |
|---|---|---|---|---|---|
| ABDOMEN-KUB | FINGERS | NAVICULAR VIEW | SOFT TISSUE STUDIES | | |
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | FOOT | ORBITS | STERNUM | | |
| ANKLE | HAND | OS CALCIS (HEEL) | TEMPORO-MANDIBULAR JOINTS | | |
| X CERVICAL SPINE | HIP | PELVIS | THORACIC SPINE | | |
| CHEST PA / LATERAL | HUMERUS | RADIUS/ULNA | TIBIA/FIBULA | | |
| COCCYX | KNEE | RIBS | TOES | | |
| CONE DOWN SELLA TURCICA | ✓ LUMBAR SPINE | SACRO-ILIAC JOINTS | WRIST | | |
| X | MANDIBLE | SCAPULA | ZYGOMA | | |
| FACIAL BONES | MAXILLA | SHOULDER | ZYGOMATIC ARCH | | |
| FEMUR Zavius | NASAL BONES | SKULL | | | |

### REPORT

**CERVICAL SPINE:** The vertebrae are well aligned and show no evidence of any fracture or any destructive bone disease.
**IMPRESSION: NORMAL STUDY.**

**LEFT ELBOW:** The examination shows no evidence of recent fracture or other significant bony abnormality.
**IMPRESSION: NO BONY ABNORMALITY IS DETECTED. HOWEVER, IF SYMPTOMS PERSIST A FOLLOW UP EXAMINATION IS RECOMMENDED.**

D: & T: 09-30-04  Maurice H. Rowell/jhi  Board Certified Radiologist (Signature on file)

_D. McCann 9/30/04_

_K.H., RT_
**X-RAY TECHNOLOGIST'S NAME(PRINT)**

_D. Holes_
**X-RAY TECHNOLOGIST'S SIGNATURE**

**DATE, TIME EXAM PERFORMED**

**RADIOLOGIST'S NAME(PRINT)**    **RADIOLOGIST'S SIGNATURE**    **DATE SIGNED**

*pt stated Lower back is "Fine." *
_D. Holes, PT_

NaphCare

# X-Ray Requisition and Report

| Name of Hospital/Infirmary | Date of Request | Requested By | Patient Status |
|---|---|---|---|
| SHCU / SOC | 2 19 03 | B. Helms CRNP | ○ Inpatient ☑ Outpatient |

Examination Requested

CXR, PA & Lat, KUB

Clinical Diagnosis

| X-Ray Number | Date of X-Ray | Date of PPD Skin Test | |
|---|---|---|---|
| | 2-21-03 | | |

## Report of Findings

**AVERETT, ZAVIUS    ID#217905**

EPA AND LATERAL CHEST: 2-21-03
     Normal.

KUB:

     Gas and fecal material are scattered in the colon. Gas is seen in a single bowel loop in the left lower abdomen that most likely is small bowel borderline distended. The bowel gas pattern is most consistent with a very mild adynamic ileus. There are a few focal film processing artifacts seen over the upper abdomen but no abnormal mass or calcification seen.

**OPINION:  MILD ADYNAMIC ILEUS BOWEL GAS PATTERN.**

R. W. FINLEY, M.D./gm

RDTF 2-25-03

File
(mr)
2/28/0.

_____  M.D.

Physician's Signature

| Patient's Last Name | First | Middle | Date of Birth | H/S | ID Number |
|---|---|---|---|---|---|
| Averette, Zavius | | | | b/M | 217905 |

X-Ray Requisition and Report

NC059

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## DEPARTMENT OF CORRECTIONS

### MENTAL HEALTH SERVICES

# DENTAL RECORD

| DENTAL EXAMINATION | RESTORATIONS AND TREATMENTS |
|---|---|



Date of Initial Examination: 12·2·04 annual

Initial Classification

Oral Pathology ............................ Gingivitis — Malpositioned cuspids
Vincent's Infection
Stomatitis
Other Findings

Occlusion

Roentgenograms ....................... Periapical
Bitewing
Other

### Health Questionnaire

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| ☐ | ☒ | Rheumatic Fever | ☐ | ☒ | V.D. |
| ☐ | ☒ | Allergy (Novocaine, penicillin, etc.) | ☐ | ☒ | Hepatitis |
| ☐ | ☐ | Present Medication  muscle relaxer | ☐ | ☒ | Anemia or Bleeding Problems |
| ☐ | ☒ | Epilepsy | ☐ | ☒ | Heart Disease |
| ☐ | ☒ | Asthma | ☐ | ☒ | High Blood Pressure |
| ☐ | ☒ | Diabetes | ☐ | ☒ | Kidney Disease |
| ☐ | ☒ | HIV | ☐ | ☒ | Other Disease |

### SERVICES RENDERED

| Date | Tooth # | DX | TX | Initials | Class |
|---|---|---|---|---|---|
| 9/29/05 | | S/C | Sch for eval #6,11 | | |
| | | | RH OH Pain | PB | |
| 12/7/05 | | | Reappt due to security | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Averette, Zarvis | 217905 | | BM | SCC |

PHS-MD-70015



# Dental Treatment Record

| Name: *Averette, Xavius* | ID #: *217905* | Race: *B* | DOB: |
|---|---|---|---|



| Dental Examination | Restoration and Treatments |
|---|---|

Date of Initial Examination: *8-20-01*

Initial Classification: *7.18.03*

Oral Pathology:
- Gingivitis
- Vincent's Infection
- Stomatis
- Other Findings

Occlusion

Roentgenograms:
- Periapical
- Bitewing
- Panarex

| Tooth | Priority List |
|---|---|
| *7 = P* | |
| *9 = P* | |

## Health Questionnaire

| | | | | | |
|---|---|---|---|---|---|
| Are you in good health? | ☑ Yes | ○ No | Acquired Immune Deficiency (AIDS/HIV)? | ○ Yes | ☑ No |
| Allergies | ○ Yes | ☑ No | Gastrointestinal disorders | ○ Yes | ☑ No |
| Anemia | ○ Yes | ☑ No | Glaucoma | ○ Yes | ☑ No |
| Asthma or other respiratory problems | ○ Yes | ☑ No | Heart disease or murmur | ○ Yes | ☑ No |
| Blood pressure conditions | ○ Yes | ☑ No | Hepatitis | ○ Yes | ☑ No |
| Diabetes | ○ Yes | ☑ No | Kidney problems | ○ Yes | ☑ No |
| Epilepsy | ○ Yes | ☑ No | Reactions to anesthesia or medications | ○ Yes | ☑ No |
| Excessive bleeding after surgery | ○ Yes | ☑ No | Rheumatic fever | ○ Yes | ☑ No |
| Fainting | ○ Yes | ☑ No | Taking any medication | ○ Yes | ☑ No |
| Pregnant? | ○ Yes | ☑ No | Thyroid conditions | ○ Yes | ☑ |
| Tuberculosis | ○ Yes | ☑ No | Other conditions | ○ Yes | |

Dental Treatment Record



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Zavius Averette_ Date of Request: _11-30-05_
ID # _21790 5_ Date of Birth: _____ Location: _2-79_
Nature of problem or request: _It been 2months now i still_
_haven't had my dental appointment. They said I'm on_
_schedule. Can you please check it thanks._

_Zavius Averette_
_Signature_

**DO NOT WRITE BELOW THIS LINE**

Date: _12 5 05_
Time: _3:00_ AM PM

Allergies: _____

```
┌─────────────────────────────┐
│         RECEIVED            │
│ Date:  12/2/05             │
│ Time:                      │
│ Receiving Nurse Intials  PP │
└─────────────────────────────┘
```

**(S)ubjective:** _Same as above_

**(O)bjective (V/S): T:** _Rest_ **P:** ____ **R:** ____ **BP:** ____ **WT:** ____

**(A)ssessment:** _Rest_

**(P)lan:** _you have a Sch appt in a couple_
_of weeks_

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE (X)     EMERGENCY ( )
    If Emergency was PHS supervisor notified:   Yes ( )     No ( )
        Was MD/PA on call notified:   Yes ( )     No ( )

_P Pate DA_
**SIGNATURE AND TITLE**

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Zavius Averette_    Date of Request: _10-18-05_
ID # _212905_    Date of Birth: _____ Location: _2-79_
Nature of problem or request: _I been waiting on my dental appointment for three weeks my name still havent showed up on the board. my upper gum has got worst_

_____ _Zavius Averette_
                              *Signature*

### DO NOT WRITE BELOW THIS LINE

Date: _D/19/05_
Time: _1:25_ AM (PM)
Allergies: _____

┌─────────────────────────────┐
│         RECEIVED            │
│ Date: _10/19/05_           │
│ Time: _____             │
│ Receiving Nurse Intials _PP_ │
└─────────────────────────────┘

**(S)ubjective:** _Same as above_

**(O)bjective** (V/S): T: _eval_    P: _____    R: _____    BP: _____    WT: _____

**(A)ssessment:** _eval_

**(P)lan:** _You are sch for an appt_

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
                              CIRCLE ONE
Check One:   ROUTINE ( / )   EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )   No ( )
        Was MD/PA on call notified:   Yes ( )   No ( )

_____ _P. Patel OA_
                        *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _ZAVIUS AVERETTE_     Date of Request: _9-19-05_
ID # _217905_     Date of Birth: _____ Location: _8-79_
Nature of problem or request: _I got two teeth thats hurting real bad I want_
_them pulld._

_Zavius Averette_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _9 29 05_
Time: _11:00_ (AM) PM
Allergies: _____

| RECEIVED |
|---|
| Date: _9/20/05_ |
| Time: |
| Receiving Nurse Intials _PP_ |

**(S)ubjective:** Same above

**(O)bjective**   (V/S): T: _____ P: _____ R: _____   BP: _____   WT: _____

eval # 6.11

**(A)ssessment:** eval

**(P)lan:** Sch for eval

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE (√)     EMERGENCY ( )
     If Emergency was PHS supervisor notified:   Yes ( )     No ( )
     Was MD/PA on call notified:   Yes ( )     No ( )

_signature_ DA
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



**PRISON
HEALTH
SERVICES
INCORPORATED**

# PATIENT CONSENT AND AUTHORIZATION FOR DENTAL TREATMENT

**Patient Name:** _Averette, Zarius_ BCDC#: _217905_

1. I agree to having dental X-Rays taken of my teeth and jaws in order to determine my dental problems.

2. I have had a treatment plan explained to me, including alternatives or the recommendation of no treatment.

3. I consent to the use of local anesthetics or other medications and that there may be side effects, including allergic reactions and this has been explained to me.

4. I have had the opportunity to ask questions which have been answered to my satisfaction.

5. I understand there is no guarantee of success or permanence of the treatment.

_____
Patient's Signature

_D5_
_11-04-04_
Date

_____
Dentist's Signature

_11-5-04_
Date

PHS MD-70090

NaphCare

SCC

# Health Services Request Form

me _Zavius Averelle_

Date of Request _7-28-02_

a. _____  Date of Birth _____

Housing Location _E-7-25-T_

re of problem or request _I need to see the dentist about getting two teeth pull._

*Thanks for your time.*

_Zavius Averell_

for consent to be treated by health staff for the condition described above.

### Place this slip in Medical Box or designated area
## DO NOT WRITE BELOW THIS LINE

-----------------------------------------

### Health Care Documentation

tive    S/C say upper tooth bothers him if he eats on it - was told he needed to get it out when he had dental screening - cold air + water bother it

e    BP_____  P_____  R_____  T_____

S/C make EXT apt.

ent

Q Gantt    DA    7-29-02