IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

ZAVIUS AVERETTE, #217 905                *

    Plaintiff,                                       *

    v.                                                     *         2:06-CV-399-MHT

LT. WILLIE COPELAND, *et al*.,            *

    Defendants.                                   *

_____

**ORDER**

Upon consideration of the correctional defendants' written report (Doc. No. 13), and for good cause, it is

ORDERED that on or before September 1, 2006 the ADOC defendants shall file a copy of any and all documents, records, and/or reports, *etc*., generated as a result of the investigation conducted by the Alabama Department of Corrections Inspection and Intelligence Division into Plaintiff's allegation of excessive forced used against him on or about August 15, 2004.

Done, this 18th day of August 2006.

                                        **/s/ Delores R. Boyd**
                                        DELORES. R. BOYD
                                        UNITED STATES MAGISTRATE JUDGE