IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ZAVIUS AVERETTE | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| | ) |
| | ) CASE NO. 2:06-CV-399-MHT |
| WILLIE COPELAND, ET AL. | ) |
| | ) |
|    Defendants. | ) |
| | ) |
| | ) |

## RESPONSE TO COURT ORDER

COMES NOW Defendants, by and through the undersigned counsel, and pursuant to this Honorable Court's Order of August 18, 2006 (Doc 18) hereby submit the following:

1. Certified copies of all documents received from the Investigation and Intelligence Division of the Alabama Department of Corrections pertaining to an incident which occurred on August 14, 2004, at Staton Correctional Facility between Zavius Averette and Lieutenant Willie Copeland.

    Respectfully submitted,

    TROY KING
    Attorney General

    s/ Benjamin H. Albritton
    Benjamin H. Albritton
    Assistant Attorney General

ADDRESS OF COUNSEL:

Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7300
(334) 242-2433 - fax

## CERTIFICATE OF SERVICE

I hereby certify that I have, this the 1st day of September, 2006, served a copy of the foregoing upon the Plaintiff by placing same in the United States Mail, postage prepaid and properly addressed as follows:

Zavius Averette, AIS#217905
William E. Donaldson Correctional Facility
100 Warrior Lane
Bessemer, AL  35023

                                            s/ Benjamin H. Albritton
                                            Benjamin H. Albritton
                                            Assistant Attorney General