IN THE UNITED STATES DISTRICT
COURT FOR THE MIDDLE DISTRICT OF
ALABAMA NORTHERN DIVISION

RECEIVED
2006 SEP 18 A 11: 12

Zavius Averett,

Plaintiff

vs,                           Case No. 2:06-CV-399-MHT

Willie Copeland, et al

Defendants.

## MOTION FOR ENLARGEMENT OF TIME

Comes now the plaintiff, in the above styled- cause request an additional 30 day's pursuant to Rule 6 (b) of the A.R.Civ.P., and states the following:

1. Plaintiff is waiting for affidavits from other inmates at Station Correctional Facility to verify my/his allegation in his complaint, also plaintiff family is trying to find former prison commissioner Donal Campbell, to give me an affidavit from his investigation as well.

2. Plaintiff can and will prove each and every allegation once he get the above affidavits.

1

Wherefore, for the above stated premise, Plaintiff, respectfully request this Hon. Court to grant an additional 30 days for good cause shown.

Respectfully submitted,

_Zavius Averette_
Zavius Averette  Pro'se

CERTIFICATE OF SERVICE

I, hereby certify that I have served a copy of the foregoing to Troy King, Attorney General, and Benjamin H. Albritton via first class U.S. mail, postage prepaid and properly addressed on this 11th day of September, 2006.

Respectfully submitted,

_Zavius Averette_
Zavius Averette  Pro'se

cc:
   Office of the Attorney General
   11 South Union Street
   Montgomery, AL. 36130

2