IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

ZAVIUS AVERETTE, #217 905                    *

    Plaintiff,                                      *

    v.                                              *        2:06-CV-399-MHT

LT. WILLIE COPELAND, *et al.*,               *

    Defendants.                                   *

_____

## ORDER ON MOTION

Upon consideration of *Plaintiff's Motion for Extension of Time*, and for good cause, it is ORDERED that:

1. Plaintiff's motion (Doc. No. 21) is GRANTED; and

2. Plaintiff is GRANTED an extension from September 25, 2006 to October 25, 2006 to file his opposition to Defendants' written reports.

Done, this 26th day of September 2006.

                                              **/s/ Delores R. Boyd**
                                              DELORES R. BOYD
                                              UNITED STATES MAGISTRATE JUDGE