IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Zavius Averette,
  Plaintiff,

v.

Lt. Willie Copeland, et al.,
  Defendants

2:06-CV-399-MHT

## MOTION FORE "NOTICE OF CHANGE OF ADDRESS"

Plaintiff pursuant to transferr, are informing the court of his recently changed prison addresse. Plaintiff is no longer station at Donaldson Correction Facility, but are now located at the recent prison address underneith.

New Location
Zavius Averette
#217905-G3/D-145
1000 St. Clair, Rd.
Springville, Al 35146

Zavius Averette
Pro/Se

"CERTIFICATE OF SERVICE"

I hereby certify that I have this 17 day of Oct., 2006. served a copy of the foregoing on defendants counsel, by placing same in the united states Mail, postage pre-paid and addressed as follow;

Staff Attorneys
Benjamin H. Albritton
Richard B. Garrett
Post Office Box 270
Montgomery, Al 36101-0270

United States District Court
Clerk of Court
P.O. Box 711
Montgomery, Al 36101-0711

Zavius Averette
#217905/pro/se
1000 St. Clair Rd
Springville, Al 35146