IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ZAVIUS AVERETTE,
        Plaintiff,

V.                                                    2:06-CV-399-MHT

Lt. WILLIE COPELAND, et al.,
        Defendants,

Pursuant to Rule 34, Fed. R. Civ. P., the plaintiff request that the defendants produce the documents listed herein within 30 days, either by producing the documents by copies to plaintiff or, by making available to plaintiff for inspection and copying.

(1.) Any and all grievances, complaints, or other documents recieved by defendants or their agents concerning the mistreatment of inmates by the defendants Lt. Willie Copeland and C.O.I. Mrs. Latimore.

(2.) A complete copy of standard operating procedures (S.O.P.) 101 governing the use of force.

(3.) A complete copy of plaintiff medical record, during his time period spent in the infirmary Aug.-15-2004.

(4.) A complete copy of all investigative reports done by I&I investigator Mr. Ed Sasser, who upon interviewing made a recording of what he personal witness while plaintiff was submitted in the infirmary.

(5.) A copy of the transcript form of the recording of I&I investigator Mr. Ed Josser of the interview of plaintiff done the 8/24/04.

Wherefore, premises considered plaintiff respectfully requests that defendants produces the above and forementioned documents pursuant to Rule 34 Fed. R. C. v. P., and local Rule 26.1. Done this 20 day of OCT, 2006.

## "CERTIFICATE OF SERVICE"

I hereby certify that I have this 20 Day of OCT, 2006. Served a copy of the foregoing on defendants counsel(s), by placing same in the United States Mail, postage pre-paid and addressed as follows;

Staff Attorneys
Benjamin H. Albritton
Richard B. Garrett
P.O. Box 270
Montgomery, Al 35146

CLERK OF COURT
United States District Court
P.O. Box 711
Montgomery, Al 36101-0711