IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ZAVIUS AVERETTE,
    Plaintiff,

v.                                            2:06-CV-399-MHT

LT. COPELAND, et al.,
    Defendants.

## PLAINTIFF'S INITIAL DISCLOSURE

Comes now, Zavius Averette, pro se pursuant to Rule 26(a)(1) of Fe. R. Civ. P., and Local Rule 26.1 of the U.S. District Court, provides the following initial disclosures:

(A) Witness
    Zavius Averette
    #217905-G3/D-145
    1000 St. Clair Rd.
    Springville, Al 35146

Mr. Zavius Averette is the plaintiff in this matter and has knowledge of the allegations contained in his complaint. Inmate Reginald Knight AIS #182897 are witnesses to plaintiffs claims and have knowledge to or of the allegations contained in plaintiff complaint.
LT. COPELAND
C.O.I. Latimore

Nurse Mary Nelson
Nurse Brenda Parnell
C.O.I. Kendrick
are believed to have information regarding the treatment of Staton Correctional Facility...

Any person subsequently referred to in plaintiff's deposition, the defendants depositions, the depositions of any witnesses, the plaintiff's responses to request for production of documents, the defendants answers to interrogatories and defendants responses to request for production of documents...

(2.) Relevant Documents;
All documents referred in defendants initial disclosures and any supplemental disclosures.
Plaintiff's institutional files - Plaintiff medical files. The institutional files and personnel files of all defendants, all documents, pursuant to local Rule 26(1)(B) and the Federal Rules of Civil Procedures that are in the defendants possession, custody or control that may be used by the plaintiff (other than solely for impeachment purposes). To support the plaintiff claims and/or contention and refute the defendants, defenses are available for copying and inspection...

# CERTIFICATE OF SERVICE

I hereby certify that I have this 20 day of OCT, 2006. served a copy of the foregoing on defendants counsel, by placing same in the United States Mail, postage pre-paid and addressed as follows;

Staff Attorneys
Benjamin H. Albritton
Richard B. Garrett
P.O. Box 270
Montgomery, 36101-0270

CLERK OF COURT
United States District Court
P.O. Box 711
Montgomery, Al 36101-0711

Zavius Averett
Plaintiff pro/se
1000 St. Clair, Rd.
Springville, Al 35146