IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ZAVIUS AVERETTE,
    Plaintiff,

V.                             2:06-CV-399-MHT

LT. WILLIE COPELAND, et al.,

Plaintiff submission of Affidavits and documents as part of the response to special report and initial disclosure of plaintiff...

As part of plaintiff response report submitted contemporaneously here with in according with the court order dated Sept.-5-2006.

Plaintiff Zavius Averett hereby submitts the accompanying affidavits in support of his response, to defendants special report.

STATE OF ALABAMA
COUNTY OF ST. CLAIR

                                     Zavius Averette
                                     #217903-G3/D-145
                                     1000 St. Clair Rd
                                     Springville, Al 35146