EXHIBIT
A.

# STATE OF ALABAMA
## ST. CLAIR COUNTY

## AFFIDAVIT

Before me, the undersigned Notary Public, personally appeared ZAVIS AVERETTE, who being known to me, and after first being duly sworn, deposes and says as follows:

My name is ZAVIUS AVERETTE, and I am 27 years of age and competent to testify.

On the 8/15/04, Plaintiff was physically assaulted by Lt. Copland in the shift office, Mrs. Latimore, c.o.r., during the brutal beating stated only for the Lt. to not hit plaintiff upside the head. Upon plaintiff arrival at the infirmary, plaintiff was only treated for his busted left elbow, but denied treatment to his right arm and leg, which was swelling and bruised. Nurse Mary Adair and Brenda Rowell, fail to provide plaintiff with proper medical care according to D.O.C. policy of station correction facility. And by failing to provide the correct information to the body chart, I feel it was part of a cover up for the Lt.

_____
Signature of Affiant     217905

**Acknowledgement**

**State of Alabama**
ST. Clair County

Signed before me in person, a Notary Public, on this 19th day of OCT, 2006

_____
Notary Public

8-17-09
Commission Expires

Exhibit B.

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY | | SICK CALL / EMERGENCY / OUTPATIENT |
|---|---|---|---|---|
| 08/15/04 | 11:12 AM | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | | |

| ALLERGIES | CONDITION ON ADMISSION |
|---|---|
| NKA | ☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |

VITAL SIGNS: TEMP 98.2 (ORAL)  RESP 20  PULSE 92  B/P 130/92  RECHECK IF SYSTOLIC <100> 50

**NATURE OF INJURY OR ILLNESS**
S: "I hurt my arm."

| ABRASION /// | CONTUSION # | BURN xx | FRACTURE Z | LACERATION / SUTURES |
|---|---|---|---|---|





PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**PHYSICAL EXAMINATION**
O: Superficial laceration to (R) elbow. No other bruises or abrasions noted. O₂ Sat 97

A: Alteration in skin integrity

P: HCP review

**ORDERS / MEDICATIONS / IV FLUIDS**
Cleansed area c NS
Apply TAO to area
Bandage applied.

| | TIME | BY |
|---|---|---|

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**
Sign up for sick call for any problems.

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | CONDITION ON DISCHARGE |
|---|---|---|---|
| 08/15/04 | 11:12 AM/PM | ☒ DOC ☐ AMBULANCE | ☐ SATISFACTORY ☐ POOR ☒ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|
| [signature] | 08/15/04 | | | |

**INMATE NAME (LAST, FIRST, MIDDLE)** | DOC# | DOB | R/S | FAC.