DOCUMENT 27

STRICKEN AND RETURNED TO PLAINTIFF

PURSUANT TO ORDER ENTERED 4/25/07