IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| ZAVIUS AVERETTE, #217 905 | * | |
| Plaintiff, | * | |
| v. | * | 2:06-CV-399-MHT |
| LT. WILLIE COPELAND, *et al*., | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

On April 23, 2007 the court erroneously accepted and filed a Motion for Default Judgment. (Doc. No 27.) This motion is not properly before the court as it was submitted without permission of the court. (*See* Doc. No. 6, pg. 2, ¶ 3 - **"No motion for summary judgment, motion to dismiss or any other dispositive motions . . . [may] be filed by any party without permission of the court."**). The aforementioned order further directed that "[i]f any pleading denominated as a . . . dispositive motion is sent to the court [without the requisite permission having been granted], the court shall not file or otherwise treat the pleading as a dispositive motion until and unless further order of the court." *Id*. Accordingly, it is

ORDERED that the Motion for Default Judgment filed by Plaintiff on April 23, 2007 (Doc. No. 27), be stricken from the file and returned to Plaintiff for non-compliance with

the order of June 5, 2006.

    Done, this 25th day of April 2007.

                               /s/ Terry F. Moorer
                               TERRY F. MOORER
                               UNITED STATES MAGISTRATE JUDGE