```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602002793
Cashier ID: cstrecke
Transaction Date: 01/03/2008
Payer Name: ST CLAIR CORR FACILITY
------------------------------------
PLRA CIVIL FILING FEE
 For: JIM BALL
 Case/Party: D-ALM-2-03-CV-000382-001
 Amount:         $20.00
PLRA CIVIL FILING FEE
 For: ALBERT CARTER
 Case/Party: D-ALM-2-04-CV-000488-001
 Amount:         $15.00
PLRA CIVIL FILING FEE
 For: ZAVIUS AVERETTE
 Case/Party: D-ALM-2-06-CV-000399-001
 Amount:          $8.00
PLRA CIVIL FILING FEE
 For: JONATHAN ELLIS BROWN
 Case/Party: D-ALM-2-06-CV-000931-001
 Amount:         $38.00
------------------------------------
CHECK
 Remitter: ST CLAIR CO CORRECTIONAL FAC
 Check/Money Order Num: 37107
 Amt Tendered:  $81.00
------------------------------------
Total Due:      $81.00
Total Tendered: $81.00
Change Amt:      $0.00
```