IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ZAVIUS AVERETTE (AIS # 217905),

    Plaintiff,

v.

LT. WILLIE COPELAND, ET AL.,

    Defendants,

CASE NO. 2:06-CV-399-MHT

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Brenda Pernell, L.P.N., a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [✓] This party is an individual, or
- [ ] This party is a governmental entity, or
- [ ] There are no entities to be reported, or
- [■] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Prison Health Services, Inc. | This Defendant was an employee of Prison Health Services at certain times made the basis of Plaintiff's complaint. America Service Group, Inc. is the parent company of Prison Health Services, Inc. |

1/30/2007
Date

s/ R. Brett Garrett
(Signature)

R. Brett Garrett
(Counsel's Name)

Defendant, Mary Pernell, L.P.N.
Counsel for (print names of all parties)

PO Box 270
Montgomery, AL 36101-0270
Address, City, State Zip Code

334-206-3138
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, _R. Brett Garrett_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by _U.S. Mail_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this _30th_____ day of _January_____ 20_08_ to:

Zavius Averette (AIS # 217905), 100 Warrior Lane, Bessemer, Alabama 35023

1/30/2008                                                                s/ R. Brett Garrett
      Date                                                                        Signature