## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| ZAVIUS AVERETTE | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CASE NO. 2:06-CV-399-MHT |
| WILLIE COPELAND, ET AL. | ) |
| | ) |
|     Defendants. | ) |
| | ) |
| | ) |

### CONFLICT DISCLOSURE STATEMENT

COME NOW*, Willie Copeland, Annie Latimore, Willie Thomas, and Relford Kendrick* , Defendants in the above-captioned matter, and in accordance with the order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

    XX    This party is an individual, or

    XX    This party is a governmental entity (in official capacities), or

           There are no entities to be reported, or

           The following entities and their relationship to the party are hereby reported:

Reportable Entity                      Relationship to Party

_____  _____

_____  _____

                                Respectfully submitted,

                                TROY KING
                                Attorney General

                                s/ Benjamin H. Albritton
                                Benjamin H. Albritton
                                Assistant Attorney General

ADDRESS OF COUNSEL:

Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7555
(334) 242-2433 - fax


## CERTIFICATE OF SERVICE

I hereby certify that I have, this the 1st day of January, 2008, served a copy of the

foregoing upon the Plaintiff by placing same in the United States Mail, postage prepaid and

properly addressed as follows:

Zavius Averette, AIS#217905
St. Clair Correctional Facility
1000 St. Clair Road
Springville, AL 35146


s/ Benjamin H. Albritton
Benjamin H. Albritton
Assistant Attorney General