```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602003728
Cashier ID: khaynes
Transaction Date: 02/05/2008
Payer Name: ST CLAIR CORR FACILITY
----------------------------------------
PLRA CIVIL FILING FEE
 For: ZAVIUS ANTWAN AVERETTE
 Case/Party: D-ALM-2-06-CV-000399-001
 Amount:         $8.00
----------------------------------------
CHECK
 Check/Money Order Num: 37257
 Amt Tendered:  $8.00
----------------------------------------
Total Due:      $8.00
Total Tendered: $8.00
Change Amt:     $0.00
```