DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004274
Cashier ID: brobinso
Transaction Date: 03/12/2008
Payer Name: ST CLAIR CORR FACILITY
------------------------------------------
PLRA CIVIL FILING FEE
 For: ZAVIUS AVERETTE
 Case/Party: D-ALM-2-06-CV-000399-001
 Amount:        $18.00
------------------------------------------
CHECK
 Check/Money Order Num: 37411
 Amt Tendered:  $18.00
------------------------------------------
Total Due:       $18.00
Total Tendered:  $18.00
Change Amt:      $0.00