```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004995
Cashier ID: khaynes
Transaction Date: 05/06/2008
Payer Name: ST CLAIR CORR FACILITY
-----------------------------------
PLRA CIVIL FILING FEE
 For: ZAVIUS AVERETTE
 Case/Party: D-ALM-2-06-CV-000399-001
 Amount:          $17.00
-----------------------------------
CHECK
 Check/Money Order Num: 37676
 Amt Tendered:  $17.00
-----------------------------------
Total Due:       $17.00
Total Tendered: $17.00
Change Amt:      $0.00
```