```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602005705
Cashier ID: brobinso
Transaction Date: 07/03/2008
Payer Name: ST CLAIR CORR FACILITY
------------------------------------
PLRA CIVIL FILING FEE
 For: ZAVIUS AVERETTE
 Case/Party: D-ALM-2-06-CV-000399-001
 Amount:         $8.00
------------------------------------
CHECK
 Check/Money Order Num: 37970
 Amt Tendered:  $8.00
------------------------------------
Total Due:      $8.00
Total Tendered: $8.00
Change Amt:     $0.00
```