IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ZAVIUS ANTWAN AVERETTE,      )
                             )
    Plaintiff,               )
                             )        CIVIL ACTION NO.
    v.                       )         2:06cv399-MHT
                             )
WILLIE COPELAND and          )
ANNIE LATIMORE,              )
                             )
    Defendants.              )
```

                           ORDER

It is ORDERED as follows:

(1) The jury selection and trial of this cause are set for December 1, 2008, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.

(2) State of Alabama Penal Officials, who have custody of defendant Zavius Antwan Averette # 217 905, shall produce him at the federal courthouse in Montgomery, Alabama, on December

1, 2008, at 10:00 a.m. so that he may attend the trial of this cause.

It is further ORDERED that United States Magistrate Judge Terry F. Moorer shall take care of the subpoenaing of any witnesses on behalf of defendant Averette.

DONE, this the 23rd day of July, 2008.

                                                /s/ Myron H. Thompson
                                           UNITED STATES DISTRICT JUDGE