IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ZAVIUS AVERETTE, #217 905, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-399-MHT |
| | )             [WO] |
| LT. WILLIE COPELAND, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Plaintiff is hereby ordered to file a list of proposed witnesses by **September 15, 2008**.

In preparing the list for submission to the Court, Plaintiff shall

1) identify each prospective witness by name and provide a current address or last known address;

2) provide inmate identification number for incarcerated persons, where applicable; and

3) briefly summarize the expected testimony and relevance to Plaintiff's claims.

Upon the Court's review of names and submitted information, the Court will subpoena those witnesses deemed necessary for the presentation of Plaintiff's case.

DONE, this the 24th day of July, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE